1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9  SHIGE TAKIGUCHI, FUMI NONAKA,  )      2:13-cv-01183-GMN-VCF
   MITSUAKI TAKITA, KAORUKO KOIZUMI,)
10 AND TATSURO SAKAI,             )
                                  )      ORDER
11           Plaintiffs,          )
                                  )
12 vs.                            )
                                  )
13 MRI INTERNATIONAL, INC., EDWIN J )
   FUJINAGA, JUNZO SUZUKI, PAUL   )
14 MUSASHI SUZUKI, LVT, INC., dba  )
   STERLING ESCROW, and DOES 1-500, )
15                                )
                                  )
16           Defendants.          )
   _____ )

17      No later than 4:00 p.m. on Thursday, July 18, 2013, counsel

18 for plaintiffs shall, in compliance with Federal Rule of Civil

19 Procedure 65(b)(1)(B), separately certify in writing any efforts

20 made to give the adverse parties notice of their motion for

21 temporary restraining order and the reasons why notice should not

22 be required.

23      IT IS SO ORDERED.

24      DATED: This 16th day of July, 2013.

25

26                        _____
                          UNITED STATES DISTRICT JUDGE
27

28