# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, AND TATSURO SAKAI, <br><br> Plaintiffs, <br><br> vs. <br><br> MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500, <br><br> Defendants. | 2:13-cv-01183-GMN-VCF <br><br> ORDER |

   No later than 4:00 p.m. on Thursday, July 18, 2013, counsel for plaintiffs shall, in compliance with Federal Rule of Civil Procedure 65(b)(1)(B), separately certify in writing any efforts made to give the adverse parties notice of their motion for temporary restraining order and the reasons why notice should not be required.

   IT IS SO ORDERED.

   DATED: This 16th day of July, 2013.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE