# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHIGE TAKIGUCHI, *et al.*, | Case No.: 2:13-cv-1183-JAD-VCF |
| Plaintiffs, | |
| vs. | **Order (re Doc . 111)** |
| MRI INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

On October 21, 2013, Magistrate Judge Ferenbach entered a Minute Order temporarily staying discovery on certain topics but allowing it to proceed on others. (Doc. 109). Defendants MRI International, Inc. and Edwin Y. Fuginaga objected to the order, arguing that all discovery should be stayed until the court has ruled on the Defendants' then-pending motion to enforce an automatic stay and stay all discovery (#108). (Doc. 111). On December 11, 2013, Magistrate Judge Ferenbach granted the motion to stay "all discovery" pending resolution of Defendants' motions to dismiss, thereby obviating and mooting defendants' objection to the previous discovery order.

Accordingly, with good cause appearing, **IT IS HEREBY ORDERED** that the Defendants' objections [Doc. 111] are overruled as moot.

Dated:  January 14, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1