1
2
3
4
5
6
7                        **UNITED STATES DISTRICT COURT**
8                              **DISTRICT OF NEVADA**
9
10  SHIGE TAKIGUCHI, FUMI NONAKA,        )   2:13-cv-01183-JAD-VCF
    MITSUAKI TAKITA, KAORUKO KOIZUMI,)
11  TATSURO SAKAI, SHIZUKO ISHIMORI,   )
    YOKO HATANO, YUKO NAKAMURA,        )   ORDER
12  HIDEHITO MIURA, YOSHIKO TAZAKI,    )
    MASAAKI MORIYA, HATSUNE HATANO,    )
13  SATORU MORIYA, HIDENAO TAKAMA,     )
    SHIGERU KURISU, SAKA ONO,          )
14  KAZUHIRO MATSUMOTO, KAYA           )
    HATANAKA, HIROKA YAMAJIRI,         )
15  KIYOHARU YAMAMOTO, JUNKO           )
    YAMAMOTO, KOICHI INOUE, AKIKO      )
16  NARUSE, TOSHIMASA NOMURA, and      )
    RITSU YURIKUSA, Individually and   )
17  on Behalf of All Others Similarly  )
    Situated,                          )
18                                     )
              Plaintiffs,              )
19                                     )
    vs.                                )
20                                     )
    MRI INTERNATIONAL, INC., EDWIN J   )
21  FUJINAGA, JUNZO SUZUKI, PAUL       )
    MUSASHI SUZUKI, LVT, INC., dba     )
22  STERLING ESCROW, and DOES 1-500,   )
                                       )
23            Defendants.              )
    _____)
24
         On October 4, 2013, defendants Edwin Fujinaga and MRI
25
    International, Inc. filed a motion to dismiss plaintiffs' second
26
    amended complaint (#102).  On October 16, 2013, defendants Junzo
27
    Suzuki and Paul Musashi Suzuki also filed a motion to dismiss the
28

                                    1

second amended complaint (#105).  On May 6, 2014, the court granted plaintiffs leave to file an amended complaint.  Plaintiffs filed their third amended complaint on June 6, 2014.  The amended complaint supersedes plaintiffs' prior complaints.  *Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011).  Accordingly, the motions to dismiss the second amended complaint (#102, #105) are **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

    DATED: This 18th day of June, 2014.

                                        _Howard D. McKibben_
                                    UNITED STATES DISTRICT JUDGE