1  JAMES E. GIBBONS (*pro hac vice*)
   Cal. State Bar No. 130631
2  STEVEN J. RENICK (*pro hac vice*)
   Cal. State Bar No. 101255
3  MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
   801 South Figueroa Street, 15th Floor
4  Los Angeles, CA 90017

5  ROBERT W. COHEN (*pro hac vice*)
   Cal. State Bar No. 150310
6  MARIKO TAENAKA (*pro hac vice*)
   Cal. State Bar No. 273895
7  LAW OFFICES OF ROBERT W. COHEN, A.P.C.
   1875 Century Park East, Suite 1770
8  Los Angeles, CA 90067

9  JAMES OLSON
   State Bar No. 116
10 OLSON, CANNON, GORMLEY & DESRUISSEAUX
   9950 W. Cheyenne Ave.
11 Las Vegas, NV 89129

12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, HIROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, Individually and On Behalf of All Others Similarity Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500, <br><br> Defendants. | Case No.: 2:13-cv-01183-JAD-VCF <br><br> **PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARING ON DEFENDANT EDWIN FUJINAGA AND MRI INTERNATIONAL, INC.'S MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL** <br><br> Date:  July 8, 2014 <br> Time:  11:00 a.m. <br> Courtroom:  3D |

PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARING ON DEFENDANT EDWIN FUJINAGA AND
MRI INTERNATIONAL, INC.'S MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL

1

Pursuant United States District Court of Nevada Local Rule 6-1, Plaintiffs request a continuance of the date presently set for hearing on Defendants' Motion to Disqualify Plaintiffs' Counsel. Defendant Edwin Fujinaga and MRI International, Inc.'s filed their motion on May 30, 2014. Plaintiffs' filed their opposition on June 13, 2014 and Defendants filed their reply on June 23, 2014. On June 24, 2014, the Court ordered that the hearing for the motion be set for July 8, 2014 at 11:00 a.m. in courtroom 3D. Plaintiffs' counsel, however, will be out of the country until July 16, 2014. Plaintiffs respectfully request that the hearing be continued to July 18, 24, 25 or anytime thereafter that will be convenient for the Court. No other continuances for a hearing have been requested.

Dated: June 24, 2014

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ James Gibbons
    JAMES E. GIBBONS
    STEVEN J. RENICK
Attorneys for Plaintiffs

LAW OFFICES OF ROBERT W. COHEN

By: /s/ Robert W. Cohen
    ROBERT W. COHEN
    MARIKO TAENAKA
Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARING ON DEFENDANT EDWIN FUJINAGA AND MRI INTERNATIONAL, INC.'S MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2014, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5.5(h), notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

      /s/ Mariko Taenaka
      MARIKO TAENAKA

1  JAMES E. GIBBONS (*pro hac vice*)
   Cal. State Bar No. 130631
2  STEVEN J. RENICK (*pro hac vice*)
   Cal. State Bar No. 101255
3  MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
   801 South Figueroa Street, 15th Floor
4  Los Angeles, CA 90017

5  ROBERT W. COHEN (*pro hac vice*)
   Cal. State Bar No. 150310
6  MARIKO TAENAKA (*pro hac vice*)
   Cal. State Bar No. 273895
7  LAW OFFICES OF ROBERT W. COHEN, A.P.C.
   1875 Century Park East, Suite 1770
8  Los Angeles, CA 90067

9  JAMES OLSON
   State Bar No. 116
10 OLSON, CANNON, GORMLEY & DESRUISSEAUX
   9950 W. Cheyenne Ave.
11 Las Vegas, NV 89129

12 Attorneys for Plaintiffs

13                        UNITED STATES DISTRICT COURT

14                              DISTRICT OF NEVADA

15 SHIGE TAKIGUCHI, FUMI NONAKA,            )   Case No.: 2:13-cv-01183-JAD-VCF
   MITSUAKI TAKITA, KAORUKO KOIZUMI,        )
16 TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO    )   [PROPOSED] ORDER GRANTING
   HATANO, YUKO NAKAMURA, HIDEHITO          )   PLAINTIFFS' REQUEST FOR
17 MIURA, YOSHIKO TAZAKI, MASAAKI           )   CONTINUANCE OF HEARING ON
   MORIYA, HATSUNE HATANO, SATORU           )   DEFENDANT EDWIN FUJINAGA
18 MORIYA, HIDENAO TAKAMA, SHIGERU          )   AND MRI INTERNATIONAL, INC.'S
   KURISU, SAKA ONO, KAZUHIRO               )   MOTION TO DISQUALIFY
19 MATSUMOTO, KAYA HATANAKA, HIROKA         )   PLAINTIFFS' COUNSEL
   YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO       )
20 YAMAMOTO, KOICHI INOUE, AKIKO            )
   NARUSE, TOSHIMASA NOMURA, and RITSU      )
21 YURIKUSA, Individually and On Behalf of All )
   Others Similarity Situated,              )
22                        Plaintiffs,       )
                                            )
23 vs.                                      )
                                            )
24 MRI INTERNATIONAL, INC., EDWIN J.        )
   FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI     )
25 SUZUKI, LVT, INC., dba STERLING ESCROW,  )
   and DOES 1-500,                          )
26                                          )
                        Defendants.         )
27 _____  )

28

PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANT EDWIN FUJINAGA AND
MRI INTERNATIONAL, INC.'S MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL
1

1  Plaintiffs requested a continuance of the date presently set for hearing on Defendants' Motion to
2  Disqualify Plaintiffs' Counsel.  The Court grants the request and the hearing will be continued to July
3  __18__, 2014 at 11:00 a.m. in courtroom 3D.

5  IT IS SO ORDERED.

7
8  DATED: June 30, 2014

   CAM FERENBACH
   UNITED STATES MAGISTRATE JUDGE

---

PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANT EDWIN FUJINAGA AND
MRI INTERNATIONAL, INC.'S MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL
2

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5.5(h), notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                    /s/ Mariko Taenaka
                    MARIKO TAENAKA

PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANT EDWIN FUJINAGA AND MRI INTERNATIONAL, INC.'S MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL

3