# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, HIROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | 2:13-cv-01183-JAD-VCF<br><br>ORDER |

Plaintiff Yuko Nakamura has filed a motion for appointment as lead plaintiff and approval of choice of lead counsel (#144). Defendants Junzo Suzuki and Paul Musashi Suzuki have filed a notice to the court regarding issues and reservation of rights related to

1

the motion (#154).  Plaintiffs shall respond to the Suzuki defendant's notice on or before Wednesday, July 30, 2014.

**IT IS SO ORDERED.**

DATED: This 22nd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE