1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

16  SHIGE TAKIGUCHI, FUMI NONAKA,
MITSUAKI TAKITA, KAORUKO KOIZUMI,
17  TATSURO SAKAI, SHIZUKO ISHIMORI,
YOKO HATANO, YUKO NAKAMURA,
18  HIDEHITO MIURA, YOSHIKO TAZAKI,
MASAAKI MORIYA, HATSUNE HATANO,
19  SATORU MORIYA, HIDENAO TAKAMA,
SHIGERU KURISU, SAKA ONO, KAZUHIRO
20  MATSUMOTO, KAYA HATANAKA,
HIROKA YAMAJIRI, KIYOHARU
21  YAMAMOTO, JUNKO YAMAMOTO,
KOICHI INOUE, AKIKO NARUSE,
22  TOSHIMASA NOMURA, and RITSU
YURIKUSA, Individually and on Behalf of All
23  Others Similarity Situated,

Plaintiffs,

24           v.

25  MRI INTERNATIONAL, INC.; EDWIN J.
FUJINAGA; JUNZO SUZUKI; PAUL MUSASHI
26  SUZUKI; LVT, INC., d/b/a STERLING ESCROW;
and DOES 1-500,

27           Defendants.

28

Case No.: 2:13-CV-01183-JAD-VCF

ORDER GRANTING

**[PROPOSED] ORDER GRANTING DEFENDANT JUNZO SUZUKI'S UNOPPOSED EMERGENCY MOTION UNDER LOCAL RULE 7-5 FOR ORDER CLARIFYING PRELIMINARY INJUNCTION TO RELEASE BANK ACCOUNT**

-1-

1    This matter came before the Court on Defendant Junzo Suzuki's Unopposed Emergency
2    Motion Under Local Rule 7-5 For Order Clarifying Preliminary Injunction Order To Release
3    Bank Account (the "Motion").  Upon consideration of the Motion and the Declaration of Nicole
4    Tadano in Support of Defendant Junzo Suzuki's Unopposed Emergency Motion Under Local
5    Rule 7-5 For Release of Certain Bank Accounts Held Under Preliminary Injunction Order, it is
6    hereby

7    **ORDERED** that Defendant Junzo Suzuki's Unopposed Emergency Motion Under Local
8    Rule 7-5 For Order Clarifying Preliminary Injunction Order To Release Bank Account is
9    GRANTED.

10   The hold on the Suzuki Enterprises, Inc. business checking account at First Hawaiian
11   Bank, Waikiki Branch, account number ending in XX-XXX746 shall be released immediately for
12   the limited purpose of allowing Suzuki Enterprises, Inc., to withdraw funds to pay monthly
13   property fees on two office units owned by that entity, units OC102 and OC103, located at 1888
14   Kalakaua Ave., Honolulu, HI 96815.  These fees total approximately $1,407.63 per month.  In
15   addition, and on proper notice to plaintiffs' counsel, the account is unfrozen for the limited
16   purpose of paying other costs related to maintenance of the office unit, such as property taxes.
17   Counsel for moving party shall provide plaintiffs' counsel with monthly account statements.

18   Either party, upon appropriate notice, may petition the Court for modification of this Order.

Dated:  October 17, 2014

_____
UNITED STATES DISTRICT JUDGE