1   Jeffrey A. Silvestri, Nevada Bar No. 5779
    McDONALD CARANO WILSON LLP
2   2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada  89102
3   Tel:  702.873.4100 / Fax:  702.873.9966
    Email: jsilvestri@mcdonaldcarano.com
4
    Paul J. Georgeson, Nevada Bar No. 5322
5   McDONALD CARANO WILSON LLP
    100 West Liberty Street, 10th Floor
6   Reno, Nevada  89505
    Tel:  775.788.2000 / Fax:  775.788.2020
7   Email: pgeorgeson@mcdonaldcarano.com

8   Stellman Keehnel (*Pro Hac Vice*)
    John W. Wolfe (*Pro Hac Vice*)
9   Nicole M. Tadano (*Pro Hac Vice*)
    Katherine A. Heaton (*Pro Hac Vice*)
10  DLA PIPER LLP (US)
    701 Fifth Ave., Suite 7000, Seattle, WA 98104
11  Tel: 206.839.4800 / Fax:  206.839.4801
    stellman.keehnel@dlapiper.com
12  john.wolfe@dlapiper.com
    nicole.tadano@dlapiper.com
    katherine.heaton@dlapiper.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, HIROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, Individually and on Behalf of All Others Similarity Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MRI INTERNATIONAL, INC.; EDWIN J. FUJINAGA; JUNZO SUZUKI; PAUL MUSASHI SUZUKI; LVT, INC., d/b/a STERLING ESCROW; and DOES 1-500,<br><br>        Defendants. | Case No.: 2:13-CV-01183-JAD-VCF<br><br>ORDER GRANTING<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JUNZO SUZUKI'S UNOPPOSED EMERGENCY MOTION UNDER LOCAL RULE 7-5 FOR ORDER CLARIFYING OCTOBER 17, 2014 ORDER** |

-1-

1   This matter came before the Court on Defendant Junzo Suzuki's Unopposed Emergency
2   Motion Under Local Rule 7-5 For Order Clarifying October 17, 2014 Order (the "Motion").
3   Upon consideration of the Motion and the Declaration of Nicole Tadano in Support of Defendant
4   Junzo Suzuki's Unopposed Emergency Motion, it is hereby

5   **ORDERED** that Defendant Junzo Suzuki's Unopposed Emergency Motion Under Local
6   Rule 7-5 For Order Clarifying October 17, 2014 Order is GRANTED.

7   First Hawaiian Bank is hereby released from its obligation to maintain a hold on the
8   Suzuki Enterprises, Inc. ("Suzuki Enterprises") business checking account identified as Account
9   No. xx-xxx746 (the "Account"). Suzuki Enterprises is hereby ordered not to withdraw funds
10  from the Account except as follows: (1) for the purpose of paying monthly property fees on two
11  office units owned by Suzuki Enterprises, Units OC102 and OC103, located at 1888 Kalakaua
12  Ave., Honolulu, HI, 96815 (the "Office Units"), which fees total approximately $1,407.63 per
13  month; and (2) on proper notice to plaintiffs' counsel, for the purpose of paying other costs
14  related to the business or maintenance of the Office Units, such as property taxes. Counsel for
15  moving party shall provide plaintiffs' counsel with monthly statements for the Account.

16  DATED this 30th day of October, 2014.

_[signature: Howard D. McKibben]_
UNITED STATES DISTRICT JUDGE

21  WEST\251631911.1

-2-