# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SHIGE TAKIGUCHI, *et al.,* | |
| Plaintiffs, | 2:13-cv-01183-JAD-VCF |
| vs. | **MINUTE ORDER** |
| MRI INTERNATIONAL, INC., *et al.,* | |
| Defendants. | |

Before the Court is *Shige Takiguchi, et al., vs. MRI International, Inc., et al.*, case no. 2:13-cv-01183-JAD-VCF.  On June 4, 2015, the Honorable Howard D. McKibben, U.S. District Court Judge, lifted the discovery stay and referred discovery issues to the undersigned Magistrate Judge, including the setting of a discovery deadline.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulated discovery plan and scheduling order on or before June 12, 2015.

DATED this 5th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE