Paul J. Georgeson, NV SBN: 5322
McDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89505
Tel: (775) 788-2000 / Fax: (775) 788-2020
pgeorgeson@mcdonaldcarano.com

Nicolas Morgan, CA SBN: 166441
(Admitted pro hac vice)
ZACCARO MORGAN, LLP
888 S. Figueroa Street, Suite 400
Los Angeles, California 90017
Tel: (213) 406-0710 / Fax: (213) 265-3141
nicolas.morgan@zaccaromorgan.com

Nicole M. Tadano, WA SBN: 40531
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104
Tel: (206) 839-4800 / Fax: (206) 839-4801
john.wolfe@dlapiper.com
nicole.tadano@dlapiper.com

Attorneys for Defendants
Junzo Suzuki and Paul Musashi Suzuki

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al., Individually and on Behalf of All Others Similarity Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRI INTERNATIONAL, INC.; EDWIN J. FUJINAGA; JUNZO SUZUKI; PAUL MUSASHI SUZUKI; LVT, INC., d/b/a STERLING ESCROW; and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-CV-01183-JAD-VCF<br><br>*Assigned to the Hon. Jennifer A. Dorsey*<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

- 1 -

On June 10, 2015, Plaintiffs agreed that Defendants MRI International, Inc., Edwin J. Fujinaga, Junzo Suzuki, Paul Musashi Suzuki, and LVT, Inc. (d/b/a Sterling Escrow) (collectively, "Defendants") shall have additional time to file their Opposition to Lead Plaintiff Yuko Nakamura's Notice of Motion and Motion for Class Certification ("Motion for Class Certification") (Dkt. No. 255) in order to conduct class discovery.

Therefore, Plaintiffs and Defendants hereto stipulate and agree as follows:

1. Defendants shall have until August 19, 2015 for filing their Opposition to Plaintiff Nakamura's Motion for Class Certification.

Respectfully submitted this 12th day of June, 2015.

/s/ Nicolas Morgan
Nicolas Morgan, Cal. State Bar No. 166441
(admitted pro hac vice)
**Zaccaro Morgan LLP**
888 South Figueroa Street, Suite 400
Los Angeles, California 90049
Telephone:   213.406.0713
Email: nmorgan@zaccaromorgan.com

Attorneys for Defendants Junzo Suzuki
and Paul Musashi Suzuki

/s/ James Edwin Gibbons
James Edwin Gibbons
Manning & Kass Ellrod, Ramirez, Trester LLP
15th Floor at 801 Tower
801 S. Figueroa St.
Los Angeles, CA 90017
Tel:   213.624.6900
Email: jeg@manningllp.com

Attorneys for Plaintiffs

/s/ Daniel M. Hitzke
Erick M. Ferran
Hitzke & Associates
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Tel:   702.476.9668
Email: erick.ferran@hitzkelaw.com

Attorneys for Defendants MRI International, Inc. and Edwin Y. Fujinaga

**IT IS SO ORDERED.**

Dated:  June 18, 2015.

_____
UNITED STATES DISTRICT JUDGE

/s/ Robert A. Goldstein
Robert A. Goldstein
Sklar Williams PLLC
410 South Rampart Blvd., Suite 350
Las Vegas, NV 89145
Tel: 702 360-6000
Email: rgoldstein@sklar-law.com

Attorneys for Defendant LVT, Inc., dba Sterling Escrow

IT IS SO ORDERED.

DATED: This \_\_\_\_ day of _____, 2015.

_____
U.S. DISTRICT JUDGE

- 3 -