UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
SHIGE TAKIGUCHI, FUMI NONAKA,        )   2:13-cv-01183-JAD-VCF
MITSUAKI TAKITA, KAORUKO KOIZUMI,    )
TATSURO SAKAI, SHIZUKO ISHIMORI,     )
YOKO HATANO, YUKO NAKAMURA,          )   ORDER
HIDEHITO MIURA, YOSHIKO TAZAKI,      )
MASAAKI MORIYA, HATSUNE HATANO,      )
SATORU MORIYA, HIDENAO TAKAMA,       )
SHIGERU KURISU, SAKA ONO,            )
KAZUHIRO MATSUMOTO, KAYA             )
HATANAKA, HIROKA YAMAJIRI,           )
KIYOHARU YAMAMOTO, JUNKO             )
YAMAMOTO, KOICHI INOUE, AKIKO        )
NARUSE, TOSHIMASA NOMURA, and        )
RITSU YURIKUSA, Individually and     )
on Behalf of All Others Similarly    )
Situated,                            )
                                     )
            Plaintiffs,              )
                                     )
vs.                                  )
                                     )
MRI INTERNATIONAL, INC., EDWIN J.    )
FUJINAGA, JUNZO SUZUKI, PAUL         )
MUSASHI SUZUKI, LVT, INC., dba       )
STERLING ESCROW, and DOES 1-500,     )
                                     )
            Defendants.              )
_____)
```

The Suzuki Defendants have filed a motion to stay this action (#283). The hearing set for July 21, 2015, at 10:30 AM on Suzuki Defendants' renewed motion to permit the sale of real property (#253) is vacated. The court defers consideration of the motion to

1

permit sale until after there is a disposition of the Suzuki's motion to stay the action or until further order of the court.

**IT IS SO ORDERED.**

DATED: This 17th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

2