**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHIGE TAKIGUCHI, *et al.*,

        Plaintiffs,

vs.

MRI INTERNATIONAL, INC., *et al.*,

        Defendants.

2:13-cv-01183-JAD-VCF

**ORDER**

    Before the court is Plaintiffs' Emergency Motion for Order that Junzo and Paul Suzuki Pay for Interpreters Required for Depositions that the Suzukis Noticed of Plaintiffs (#324).

    IT IS HEREBY ORDERED that a hearing on Plaintiffs' Emergency Motion for Order that Junzo and Paul Suzuki Pay for Interpreters Required for Depositions that the Suzukis Noticed of Plaintiffs (#324) is scheduled for 9:00 a.m., November 25, 2015, in courtroom 3D.

    Local counsel must appear in person at the hearing and be prepared to argue the merits of the instant motion. Out of state counsel may appear telephonically. The call in conference number is 1-702-464-5625.

    DATED this 24th day of November, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE