# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHIGE TAKIGUCHI,

        Plaintiff,

vs.

MRI INTERNATIONAL, INC., *et al.*,

        Defendants.

2:13-cv-01183-HDM-VCF

**ORDER**

        Before the court is Defendants Junzo Suzuki's and Paul Suzuki's Motion for Order Compelling Deposition and Interpreter Costs and for Sanctions (#322).

        IT IS HEREBY ORDERED that a hearing on Defendants Junzo Suzuki's and Paul Suzuki's Motion for Order Compelling Deposition and Interpreter Costs and for Sanctions (#322) is scheduled for 2:00 p.m., January 20, 2016, in courtroom 3D. Counsel appearing in person must be prepared to address a firm schedule for completing Plaintiffs' depositions and briefing on class certification motion.

        IT IS SO ORDERED.

        DATED this 29th day of December, 2015.

                                                                           _____

                                                                           CAM FERENBACH
                                                                           UNITED STATES MAGISTRATE JUDGE