# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHIGE TAKIGUCHI,

        Plaintiff,

vs.

MRI INTERNATIONAL, INC., *et al.*,

        Defendants.

2:13-cv-01183-HDM-VCF

**ORDER**

        Before the court is Defendants Junzo Suzuki and Paul Musashi Suzuki's Request for Nicolas Morgan from the Law Offices of Zaccaro Morgan, LLP to Appear Telephonically for the January 20, 2016 Hearing (#340).

        IT IS HEREBY ORDERED that Defendants Junzo Suzuki and Paul Musashi Suzuki's Request for Nicolas Morgan from the Law Offices of Zaccaro Morgan, LLP to Appear Telephonically for the January 20, 2016 Hearing (#340) is GRANTED.  However, only counsel present in person at the hearing may make substantive representations and arguments.

        IT IS SO ORDERED.

        DATED this 31st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE