JAMES E. GIBBONS (*pro hac vice*)
Cal. State Bar No. 130631
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (*pro hac vice*)
Cal. State Bar No. 150310
MARIKO TAENAKA (*pro hac vice*)
Cal. State Bar No. 273895
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, HIROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, individually and on behalf of all others similarity situated,<br><br>    Plaintiff,<br><br> v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>    Defendants. | Case No.: 2:13-cv-01183-HDM-VCF<br>ORDER GRANTING<br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO DEFENDANTS' OPPOSITION FOR MOTION FOR CLASS CERTIFICATION** |

1

On June 2, 2015, Plaintiffs filed their Motion for Class Certification.  Dkt. No. 255.  Defendants filed their opposition December 28, 2015.  Dkt. Nos. 336, 337, 338.  Plaintiffs' reply brief is due January 7, 2015.  The parties have agreed that Plaintiffs shall have an additional seven (7) days to file their reply brief.

The parties hereto stipulate and agree as follows:

1. Plaintiffs shall have until January 14, 2016 to file their reply brief.

Respectfully submitted.

Dated: January 4, 2016

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:   /s/ James Gibbons          .
      JAMES E. GIBBONS
      STEVEN J. RENICK


HITZKE & ASSOCIATES


By:   /s/ Erick Ferran
      ERICK FERRAN
      Attorneys for Defendants MRI International, Inc. and Edwin Y. Fujinaga

ZACCARO MORGAN LLP


By:   /s/ Nicola Morgan
      NICOLAS MORGAN
      Attorneys for Defendants Junzo Suzuki and Paul Musashi Suzuki


SKLAR WILLIAMS PLLC


By:   /s/ Robert Goldstein
      ROBERT A. GOLDSTEIN
      Attorneys for Defendant LVT, Inc., dba Sterling Escrow

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 5, 2016

_____
Hon. Howard D. McKibben
United States District Judge

2