**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, IROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, Individually and On Behalf of All Others Similarity Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No. 2:13-cv-01183-HDM-VCF<br><br>ORDER GRANTING **STIPULATION AND PROPOSED ORDER TO AMEND FOURTH AMENDED COMPLAINT TO CONVERT CERTAIN PLAINTIFFS FROM NAMED PLAINTIFFS TO UNNAMED MEMBERS OF THE PROPOSED CLASS** |

**STIPULATION**

The parties hereby stipulate and agree that it would aid the efficient litigation of this action if the number of named plaintiffs were reduced, and accordingly they jointly request that the Court allow the Fourth Amended Complaint to be amended to change the status of the following individuals from named plaintiffs to unnamed members of the proposed class:

    KAORUKO KOIZUMI

    YOKO HATANO

    HIDEHITO MIURA

    YOSHIKO TAZAKI

    SATORU MORIYA

    SHIGERU KURISU

    SAKA ONO

    KAZUHIRO MATSUMOTO

    KAYA HATANAKA

    HIROKA YAMAJIRI

    KIYOHARU YAMAMOTO

    JUNKO YAMAMOTO

    KOICHI INOUE

    AKIKO NARUSE

    TOSHIMASA NOMURA

    RITSU YURIKUSA

The parties stipulate and agree that the conversion of the status of these individuals from named plaintiffs to unnamed members of the class will not in any way change or diminish the nature and extent of any monetary and/or other claims they may have against the defendants as set out in the Fourth Amended Complaint.

The parties further stipulate and agree the foregoing amendment of the Fourth Amended Complaint does not provide grounds for any party to file a motion to dismiss the complaint and all

1  Answers to the Fourth Amended Complaint will be deemed to serve as Answers to the further
2  amended complaint.

3  DATED:  February 3, 2016          **MANNING & KASS**
                                     **ELLROD, RAMIREZ, TRESTER LLP**
4

5
                                     By:      /s/ James Gibbons
6                                          JAMES E. GIBBONS
                                           STEVE RENICK
7                                          Attorneys for Plaintiffs

8
9  DATED:  February 3, 2016          **LAW OFFICES OF ROBERT W. COHEN, APC**

10
11                                   By:      /s/  Robert W. Cohen
                                           ROBERT W. COHEN
12                                         MARIKO TAENAKA
                                           Attorneys for Plaintiffs
13

14 DATED:  February 3, 2016          **ZACCARO MORGAN LLP**

15
16                                   By:      /s/ Nicolas Morgan
                                           NICOLAS MORGAN
17                                         Attorneys for Defendants
                                           Junzo Suzuki, Paul Musashi Suzuki
18

19 DATED:  February 3, 2016          **HITZKE & ASSOCIATES**

20
21                                   By:      /s/  Erick Ferran
                                           ERICK M. FERRAN
22                                         Attorneys for Defendants
                                           MRI International, Inc., Edwin J Fujinaga
23

24 DATED:  February 3, 2016          **SKLAR WILLIAMS PLLC**

25
26                                   By:      /s/  Robert Goldstein
                                           ROBERT A. GOLDSTEIN
27                                         Attorneys for Defendant
                                           LVT, Inc.
28

**STIPULATION AND PROPOSED ORDER TO AMEND FOURTH AMENDED COMPLAINT TO CONVERT
CERTAIN PLAINTIFFS FROM NAMED PLAINTIFFS TO UNNAMED MEMBERS OF THE PROPOSED CLASS**

The stipulation of the parties (#363) is GRANTED.

IT IS SO ORDERED.

DATED: February 4, 2016.

_____
UNITED STATES DISTRICT JUDGE