**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, HIROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>         Defendants. | 2:13-cv-01183-HDM-VCF<br><br>ORDER |

Before the court is the Suzukis' renewed motion to permit the sale of property located at 1550 Hoaaina St., Honolulu, Hawaii, for a price of seven hundred and fifty thousand dollars (#253). The plaintiffs objected to the sale on several grounds, principal among

1

those that the proposed sales price was substantially less than the actual value of the property.  At a hearing on December 15, 2015, the court deferred ruling on the motion pending submission of an appraisal by the Suzukis as to the value of the property.  The court also allowed plaintiffs to submit their own appraisal.  The court directed the Suzukis to file an appraisal on or before January 25, 2016.  The Suzukis have failed to do so.  Plaintiffs, however, have filed an appraisal, which values 1550 Hoaaina St. at one million one hundred and forty-five thousand dollars (Doc. #354).  Accordingly, on the basis of the only appraisal before the court, which shows the appraised value is substantially greater than the proposed sales price, the court is not satisfied that the proposed sales price is reasonably related to the value of the property.  The renewed motion to permit the sale of 1550 Hoaaina St. (#253) is therefore denied without prejudice.

**IT IS SO ORDERED.**

DATED: This 4th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

2