1   JAMES E. GIBBONS (*pro hac vice*)
    Cal. State Bar No. 130631
2   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
3   801 South Figueroa Street, 15th Floor
    Los Angeles, CA 90017
4   Tel. (213) 624-6900
    jeg@manningllp.com
5
    ROBERT W. COHEN (*pro hac vice*)
6   Cal. State Bar No. 150310
    MARIKO TAENAKA (*pro hac vice*)
7   Cal. State Bar No. 273895
    **LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
8   1875 Century Park East, Suite 1770
    Los Angeles, CA 90067
9   Tel. (310) 282-7586
    rwc@robertwcohenlaw.com
10  mt@robertwcohenlaw.com

11  *Attorneys for Plaintiffs*

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF NEVADA**

14

15  SHIGE TAKIGUCHI, FUMI NONAKA,           Case No.: 2:13-cv-01183-HDM-VCF
    MITSUAKI TAKITA, KAORUKO KOIZUMI,
16  TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO   **STIPULATION AND** ~~PROPOSED~~
    HATANO, YUKO NAKAMURA, HIDEHITO         **ORDER FOR EXTENSION OF**
17  MIURA, YOSHIKO TAZAKI, MASAAKI          **TIME FOR DEFENDANT EDWIN**
    MORIYA, HATSUNE HATANO, SATORU          **FUJINAGA TO OPPOSE**
18  MORIYA, HIDENAO TAKAMA, SHIGERU         **PLAINTIFFS' MOTION TO**
    KURISU, SAKA ONO, KAZUHIRO              **COMPEL**
19  MATSUMOTO, KAYA HATANAKA, HIROKA
    YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO
20  YAMAMOTO, KOICHI INOUE, AKIKO NARUSE,
    TOSHIMASA NOMURA, and RITSU YURIKUSA,
21  individually and on behalf of all others similarity
    situated,
22
                    Plaintiff,
23
           v.
24
    MRI INTERNATIONAL, INC., EDWIN J.
25  FUJINAGA,  JUNZO SUZUKI, PAUL MUSASHI
    SUZUKI, LVT, INC., dba STERLING ESCROW,
26  and DOES 1-500,

27                 Defendants.

28

                                    1

                              STIPULATION

On February 2, 2016, Plaintiffs filed their Motion to Compel Deposition of Defendant Edwin Fujinaga.  Dkt. No. 358.  Defendant's opposition brief is due February 19, 2015.  The parties have agreed that Defendant shall have an additional fourteen (14) days to file their reply brief.

The parties hereto stipulate and agree as follows:

1.      Defendant Edwin Fujinaga shall have until March 4, 2016 to file his reply brief.

Respectfully submitted.

Dated: February 8, 2016                              MANNING & KASS
                                                     ELLROD, RAMIREZ, TRESTER LLP

                                                     By:   /s/ James Gibbons          .
                                                           JAMES E. GIBBONS
                                                           STEVEN J. RENICK


                                                     HITZKE & ASSOCIATES


                                                     By:   /s/ Erick Ferran
                                                           ERICK FERRAN
                                                           Attorneys for Defendants MRI International,
                                                           Inc. and Edwin Y. Fujinaga

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: ___2-8-2016_____       _____
                                    Hon. Cam Ferenbach
                                    United States District Judge

STIPULATION

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on February 8, 2016, a copy of the foregoing document was filed

3 electronically via the Court's CM/ECF system. Pursuant to Local Rule 5.5(h), notice of filing will be

4 served on all parties by operation of the Court's CM/ECF system, and parties may access this filing

5 through the Court's CM/ECF system.

6

7                                                   /s/ Mariko Taenaka          .
                                                       Mariko Taenaka

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION