**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHIGE TAKIGUCHI, FUMI NONAKA,      )     2:13-cv-01183-HDM-VCF
MITSUAKI TAKITA, TATSURO SAKAI,    )
SHIZUKO ISHIMORI, YUKO NAKAMURA,   )
MASAAKI MORIYA, HATSUNE HATANO,    )     ORDER
and HIDENAO TAKAMA, Individually   )
and on Behalf of All Others        )
Similarly Situated,                )
                                   )
                 Plaintiffs,       )
                                   )
vs.                                )
                                   )
MRI INTERNATIONAL, INC., EDWIN J   )
FUJINAGA, JUNZO SUZUKI, PAUL       )
MUSASHI SUZUKI, LVT, INC., dba     )
STERLING ESCROW, and DOES 1-500,   )
                                   )
                 Defendants.       )
_____)

Defendants shall file any opposition to the plaintiffs'

emergency motion for issuance of a deposition order (#377) on or

before Monday, February 29, 2016.

**IT IS SO ORDERED.**

DATED: This 25th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE