**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>    Defendants.<br>_____ | 2:13-cv-01183-HDM-VCF<br><br><br>ORDER |

  Plaintiffs have filed an application for an order to show cause (#382).  The defendants Junzo Suzuki and Paul Musashi Suzuki shall have until March 7, 2016, within which to file a response to the application.  Plaintiffs shall have until March 14, 2016, within which to file a reply.

  **IT IS SO ORDERED.**

  DATED: This 26th day of February, 2016.

Howard D McKibben

_____
UNITED STATES DISTRICT JUDGE