1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12
13
14

15 | SHIGE TAKIGUCHI, et al., Individually and on Behalf of All Others Similarity Situated,

16 | Plaintiffs,

17 | v.

18 | MRI INTERNATIONAL, INC.; EDWIN J. FUJINAGA; JUNZO SUZUKI; PAUL MUSASHI SUZUKI; LVT, INC., d/b/a STERLING ESCROW; and DOES 1-500,

19
20
21 | Defendants.

Case No.: 2:13-CV-01183-HDM-VCF

*Honorable Howard D. McKibben*

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**

1

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL

1    Having reviewed Defendants' Junzo and Paul Suzuki's Motion to File Under Seal, upon
2 consideration of the record and finding good cause,
3    IT IS HEREBY ORDERED that the Motion to File Under Seal (#388) is GRANTED.
4    IT IS SO ORDERED.

DATED: March 8, 2016

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE