1  JAMES E. GIBBONS (*pro hac vice*)
   Cal. State Bar No. 130631
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  801 South Figueroa Street, 15th Floor
   Los Angeles, CA 90017
4  Tel. (213) 624-6900
   jeg@manningllp.com
5
   ROBERT W. COHEN (*pro hac vice*)
6  Cal. State Bar No. 150310
   MARIKO TAENAKA (*pro hac vice*)
7  Cal. State Bar No. 273895
   **LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
8  1875 Century Park East, Suite 1770
   Los Angeles, CA 90067
9  Tel. (310) 282-7586
   rwc@robertwcohenlaw.com
10 mt@robertwcohenlaw.com

11 *Attorneys for Plaintiffs*

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF NEVADA**

14

15 SHIGE TAKIGUCHI, FUMI NONAKA,        Case No.: 2:13-cv-01183-HDM-VCF
   MITSUAKI TAKITA, KAORUKO KOIZUMI,    ORDER GRANTING
16 TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO **STIPULATION AND PROPOSED**
   HATANO, YUKO NAKAMURA, HIDEHITO      **ORDER TO AMEND THE CLASS**
17 MIURA, YOSHIKO TAZAKI, MASAAKI       **DEFINITION**
   MORIYA, HATSUNE HATANO, SATORU
18 MORIYA, HIDENAO TAKAMA, SHIGERU
   KURISU, SAKA ONO, KAZUHIRO
19 MATSUMOTO, KAYA HATANAKA, HIROKA
   YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO
20 YAMAMOTO, KOICHI INOUE, AKIKO NARUSE,
   TOSHIMASA NOMURA, and RITSU YURIKUSA,
21 individually and on behalf of all others similarity
   situated,
22
                    Plaintiff,
23
        v.
24
   MRI INTERNATIONAL, INC., EDWIN J.
25 FUJINAGA,  JUNZO SUZUKI, PAUL MUSASHI
   SUZUKI, LVT, INC., dba STERLING ESCROW,
26 and DOES 1-500,

27                    Defendants.

28

                              1

On March 21, 2016, this Court granted plaintiffs' motion for class certification.  Dkt. No. 404. The order certified the following MRI investor class:

> [A]ll persons who purchased MRI securities during the period July 5, 2008, through May 1, 2013, and were injured as a result of the defendants' conduct. Excluded from the class are the defendants, their employees, their family members and their affiliates, and the following 26 individuals who are plaintiffs in the pending litigation against the defendants in Japan: (1) Tomoyasu Kojima; (2) Keiko Amaya; (3) Masakazu Sekihara; (4) Chiri Satou; (5) Meiko Murakami; (6) Masayoshi Tsutsumi; (7) Yumiko Ishiguro; (8) Reiko Suzuki; (9) Hiroji Sumita; (10) Eiko Uchiyama; (11) Hideyo Uchiyama; (12) Youzou Shiki; (13) Naoki Nagasawa; (14) Noboru Yokoyama; (15) Masami Segawa; (16) Fumiko Takagi; (17) Kumiko Kaita; (18) Fumi Kobayashi; (19) Ikuko Miyazaki; (20) Hina Nagase; (21) Akio Iwama; (22) Kouji Kishida; (23) Eri Kishida; (24) Nomai Nii; (25) Youko Miyahara; and (26) Tsukiko Kurano.

Plaintiffs prepared and filed a proposed Notice of Class Certification using the above class definition. Dkt. No. 410.

However, upon further review of the class definition, the parties now recognize that this class definition inadvertently excludes certain class members (namely those who purchased prior to the class period but nonetheless were injured during the class period) who were included as proposed class members in the Fourth Amended Complaint (Dkt. No. 223).  Specifically, paragraph 18 of the Fourth Amended Complaint defines the class as follows:

> "18.  Plaintiffs seek relief on behalf of themselves and a class of all
>
> persons, during the Class Period, who were MRI investors and who were
>
> injured as a result of defendants' illegal Ponzi scheme and actions ("Class
>
> or Class Members"). Excluded from the Class are the Defendants, their
>
> employees, their family members, and affiliates of defendants."

A court can amend or alter the class definition at any time, for any reason, before a decision on the merits.  Fed.R.Civ.P. 23(c)(1); *Vizcaino v. U.S. Dist. Court for Western Dist. of Washington*, 173 F.3d 713, 721 (9th Cir. 1999) (citing Rule 23(c)(1), which gives the court "explicit permission to alter or amend a certification order before [a] decision on the merits . . ."); *Andrews Farms v. Ca/cot, Ltd.*, 268 F.R.D. 380, 384 (E.D. Cal. 2010) (citing *Armstrong v. Davis*, 275 F.3d 849, 871 (9th Cir. 2001) ("[e]ven after a certification order is entered, the judge remains free to modify").

2

The parties therefore seek to have the class definition of the class certification order amended to be consistent with the definition set forth in the operative complaint, and that the court approve the revised Notice of Class Certification.

The parties therefore stipulate as follows:

1.     The class definition in the Order Granting Class Certification shall be amended as follows:

> The MRI Investor Class consisting of: all persons who were MRI investors and who were injured as a result of the defendants' alleged illegal Ponzi scheme and actions from July 5, 2008 through July 5, 2013. Excluded from the class are the defendants, their employees, their family members and their affiliates, and the following 26 individuals who are plaintiffs in the pending litigation against the defendants in Japan: (1) Tomoyasu Kojima; (2) Keiko Amaya; (3) Masakazu Sekihara; (4) Chiri Satou; (5) Meiko Murakami; (6) Masayoshi Tsutsumi; (7) Yumiko Ishiguro; (8) Reiko Suzuki; (9) Hiroji Sumita; (10) Eiko Uchiyama; (11) Hideyo Uchiyama; (12) Youzou Shiki; (13) Naoki Nagasawa; (14) Noboru Yokoyama; (15) Masami Segawa; (16) Fumiko Takagi; (17) Kumiko Kaita; (18) Fumi Kobayashi; (19) Ikuko Miyazaki; (20) Hina Nagase; (21) Akio Iwama; (22) Kouji Kishida; (23) Eri Kishida; (24) Nomai Nii; (25) Youko Miyahara; and (26) Tsukiko Kurano.

2.     That the Court approve the Notice of Class Certification, attached hereto as Exhibit A.

Respectfully submitted.

Dated: May 5, 2016                                   MANNING & KASS
                                                     ELLROD, RAMIREZ, TRESTER LLP

                                                     By:    /s/ James Gibbons
                                                          JAMES E. GIBBONS
                                                          STEVEN J. RENICK


                                                     ZACCARO MORGAN LLP


                                                     By:    /s/ Nicolas Morgan
                                                          NICOLAS MORGAN
                                                          Attorneys for Defendants Junzo Suzuki and
                                                          Paul Suzuki

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HITZKE & ASSOCIATES

By:     /s/ Erick Ferran
        ERICK FERRAN
        Attorneys for Defendants MRI International,
        Inc. and Edwin Y. Fujinaga

LAW OFFICES OF ROBERT A. GOLDSTEIN

By:     /s/ Robert Goldstein
        ROBERT A. GOLDSTEIN
        Attorneys for Defendant LVT, Inc., dba
        Sterling Escrow

The stipulation of the parties (#425) is GRANTED.

IT IS SO ORDERED.

DATED: May 6, 2016

_____
Hon. Howard D. McKibben
United States District Judge

STIPULATION