1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, IROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, Individually and On Behalf of All Others Similarity Situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>                Defendants. | Case No. 2:13-cv-01183- HDM-VCF<br><br>ORDER GRANTING **STIPULATATION AND ORDER RE: NOTICE OF CLASS CERTIFICATION** |

1

1  Pursuant to the Court's Order Granting Class Certification (Dkt. 404) and the hearing held
2  on May 6, 2016, the parties submit the attached revised Notice of Class Certification.  A copy of
3  the revised notice is attached as Exhibit A

4  Because virtually all of the class members are Japanese citizens, and due to the time
5  difference between California (class counsel's location) and Japan, as well as the language barrier
6  between class members and Class Counsel, the proposed Notice includes contact information for
7  Class Counsel's Japanese liaison attorneys (MRI Victims Attorney Group aka MRI Higai
8  Bengodan), to respond to questions from class members.

9  Once the Court approves the proposed notice, Class Counsel will translate the notice into
10 Japanese for dissemination in Japan.  The notice will be disseminated within forty-five (45) days
11 from the Court's approval by regular mail and by publication in the Saneki Shimbun, a Japanese
12 business-oriented newspaper with national circulation.  Due to the high expense of publishing the
13 full notice, the parties suggest that only the attached summary notice be submitted for publication.
14 A copy of the summary notice is attached hereto as Exhibit B.

15 Dated: May 9, 2016                                    MANNING & KASS
                                                         ELLROD, RAMIREZ, TRESTER LLP
16
                                                         By:    /s/ James Gibbons
17                                                              JAMES E. GIBBONS
                                                                STEVEN J. RENICK
18

19
                                                         ZACCARO MORGAN LLP
20

21
                                                         By:    /s/ Nicolas Morgan
22                                                              NICOLAS MORGAN
                                                                Attorneys for Defendants Junzo
23                                                              Suzuki and Paul Suzuki

24                                                       HITZKE & ASSOCIATES
25
                                                         By:    /s/ Erick Ferran                 .
26                                                              ERICK FERRAN
                                                                Attorneys for Defendants MRI
27                                                              International, Inc. and Edwin Y.
                                                                Fujinaga
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF ROBERT A. GOLDSTEIN


By:   /s/ Robert Goldstein
     ROBERT A. GOLDSTEIN
     Attorneys for Defendant LVT, Inc., dba Sterling Escrow

    The stipulation of the parties (#428) is GRANTED.  The proposed class notice filed on May 9, 2016, is hereby APPROVED.

DATED: May 9, 2016

_____
Hon. Howard D. McKibben
United States District Judge