JAMES E. GIBBONS (*pro hac vice*)
Cal. State Bar No. 130631
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (*pro hac vice*)
Cal. State Bar No. 150310
MARIKO TAENAKA (*pro hac vice*)
Cal. State Bar No. 273895
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, HIROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-VCF<br>ORDER GRANTING<br>**STIPULATION FOR ISSUANCE OF A DEPOSITION ORDER** |

1

On March 9, 2016, the Court ordered that the depositions of Junzo and Paul Suzuki be taken in Las Vegas, Nevada. Dkt. 399. On April 8, 2016 the Suzukis' moved for an order compelling that the depositions of Junzo and Paul Suzuki be taken at the U.S. Embassy in Japan. Dkt. 411. On May 2, 2016, this Court ordered that the depositions of Junzo and Paul Suzuki be taken at the U.S. Embassy on or before July 18, 2016. Dkt. 424.

The parties hereto stipulate as follows:

1. Plaintiffs will depose Junzo Suzuki on June 29, 2016 at the U.S. Embassy in Tokyo, Japan.
2. Plaintiffs will depose Paul Suzuki on June 30, 2016 at the U.S. Embassy in Tokyo, Japan.
3. Defendants will depose Plaintiff Hidenao Takama on July 1, 2016 at the U.S. Embassy in Tokyo, Japan.
4. That the court issue a deposition order pursuant to Article 17 of the United States – Japan Consular Convention to permit the depositions to go forward at the United States Embassy Tokyo.

Respectfully submitted.

Dated: May 6, 2016

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:   /s/ James Gibbons
      JAMES E. GIBBONS
      STEVEN J. RENICK


ZACCARO MORGAN LLP


By:   /s/ Nicolas Morgan
      NICOLAS MORGAN
      Attorneys for Defendants Junzo Suzuki and
      Paul Suzuki


HITZKE & ASSOCIATES


By:   /s/ Erick Ferran
      ERICK FERRAN
      Attorneys for Defendants MRI International,
      Inc. and Edwin Y. Fujinaga

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF ROBERT A. GOLDSTEIN

By: /s/ Robert Goldstein
ROBERT A. GOLDSTEIN
Attorneys for Defendant LVT, Inc., dba Sterling Escrow

IT IS SO ORDERED.

*[signature: Howard D. McKibben]*

Howard D. McKibben
Senior U.S. District Judge
DATED: May 13, 2016

3

STIPULATION