JAMES E. GIBBONS (*pro hac vice*)
Cal. State Bar No. 130631
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (*pro hac vice*)
Cal. State Bar No. 150310
MARIKO TAENAKA (*pro hac vice*)
Cal. State Bar No. 273895
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, KAORUKO KOIZUMI, TATSURO SAKAI, SHIZUKO ISHIMORI, YOKO HATANO, YUKO NAKAMURA, HIDEHITO MIURA, YOSHIKO TAZAKI, MASAAKI MORIYA, HATSUNE HATANO, SATORU MORIYA, HIDENAO TAKAMA, SHIGERU KURISU, SAKA ONO, KAZUHIRO MATSUMOTO, KAYA HATANAKA, HIROKA YAMAJIRI, KIYOHARU YAMAMOTO, JUNKO YAMAMOTO, KOICHI INOUE, AKIKO NARUSE, TOSHIMASA NOMURA, and RITSU YURIKUSA, Individually and On Behalf of All Others Similarity Situated, | Case No.: 2:13-cv-01183-HDM-VCF  **AMENDED DEPOSITION ORDER** |
| Plaintiff, | |
| v. | |
| MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA,  JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500, | |
| Defendants. | |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**

**UNITED STATES EMBASSY TOKYO**

Upon the stipulation of the parties and pursuant to Article 17 of the United States – Japan Consular Convention, it is hereby

**ORDERED** that the depositions on notice of the following witnesses be taken at the U.S. Embassy in Tokyo, Japan:

(1) Junzo Suzuki, Gobancho Kataoka Bldg. 4F, Gobancho 2-7, Chiyoda-ku Tokyo 102-0076, Japan, deposed as an individual defendant;

(2) Paul Musashi Suzuki, Gobancho Kataoka Bldg. 4F, Gobancho 2-7, Chiyoda-ku Tokyo 102-0076, Japan deposed as an individual defendant; and

(3) Hidenao Takama, Sawada Bldg. 5F, Shinjuku 1-15-9, Shinjuku-ku, Tokyo 160-0022, Japan deposed as an individual plaintiff,

commencing on or about June 29, 2016, 9:00 a.m. and continuing until on or about July 1, 2016, and to make any documentary exhibits in connection therewith.

Counsel for defendants who will participate in the depositions are Nicolas Morgan, Erick Miguel Ferran, and Robert A. Goldstein. Counsel for plaintiffs who will participate in the depositions are Robert Winslow Cohen and Mariko Taenaka. The proceedings will be reported and/or videotaped by Planet Depos.

Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this court with all convenient speed.

**IT IS SO ORDERED.**

DATED: May 16, 2016.

_____
United States District Judge