**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | 2:13-cv-01183-HDM-VCF<br><br>ORDER |

On September 18, 2014, the court entered a preliminary injunction freezing the Suzukis' assets (ECF No. 183). The order allowed a limited exception to the freeze for "normal living expenses and legal fees." *Id.* at 17. Since that date, the defendants have expended at least $1,717,090.24 in attorney's fees, $8,447.86 for general living expenses, and $5,821.59 for

1

preservation of assets.  (ECF No. 355).  On May 2, 2016, in response to the plaintiffs' request that the court modify the injunction to limit or eliminate the attorney's fee carve-out, the court directed the Suzukis to provide the court with a reasonable monthly limit for attorney's fees.  (*See* ECF No. 424 (Minutes of the Court Dated May 2, 2106)).  The schedule filed by the Suzukis on May 17, 2016, suggests a monthly limit of $90,000.00 for attorney's fees, $40,000.00 of which would be for this litigation alone (ECF No. 439).  The schedule further proposes a monthly limit of $10,000.00 for preservation of assets, and indicates that at the time of filing the Suzukis had $66,838.99 in outstanding invoices for preservation of assets.  *Id.*  Nothing filed by the Suzukis provides any sort of detail as to these expenditures.

The amounts sought in the schedule filed on May 17, 2016, are unreasonable and are not authorized by the provision of the injunction allowing payment of reasonable fees relating to this litigation only.  Accordingly, pursuant to the provision of the injunction that allows payment of normal living expenses and legal fees, the Suzukis may pay up to $10,000.00 per month for attorney's fees relating to this litigation only and up to $5,000.00 per month for expenses related to the preservation of assets.  The Suzukis shall file monthly accountings with the court detailing any such expenditures.  The Suzukis and their agents and representatives, and all persons and entities under the control of or acting in concert with either of them are prohibited from using any of the assets or expending any of the funds that are the subject of the injunction in excess of the amounts set forth above without prior authorization of the court.  All requests for excess expenditures

shall be submitted to the court for consideration, and the court, after considering any objection by the plaintiffs, may increase the amount authorized by this order for good cause shown.  Any such request shall contain an itemization of the funds expended sufficient for the court to determine the reasonableness of the expenditures.

**IT IS SO ORDERED.**

DATED: This 30th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE