# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHIGE TAKIGUCHI, *et al.*, | |
| Plaintiffs, | 2:13-cv-01183-APG-VCF |
| vs. | **ORDER** |
| MRI INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

Before the Court is Plaintiffs' Notice of Motion and Motion to File Under Seal (ECF No. 455).

Plaintiff's motion does not comply with Local Rule IA 10-5.

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Notice of Motion and Motion to File Under Seal (ECF No. 455) is DENIED.

DATED this 2nd day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE