**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | 2:13-cv-01183-HDM-VCF<br><br>ORDER |

The court has considered the report and recommendation of the United States Magistrate Judge (ECF No. 463) filed on August 31, 2016, in which the magistrate judge recommends that this court enter an order granting in part and denying in part Junzo Suzuki's and Paul Musashi Suzuki's motion for release of funds (ECF No. 447). The magistrate judge recommends that the court permit the

1

payment of $32,600.44 for legal fees and expenses billed by Zaccaro Morgan and $300.00 for legal fees and expenses billed by McDonald Carano during the month of June 2016.

The Suzukis did not file any objection to the report and recommendation. The plaintiffs object only to the recommendation that the court allow payment of travel expenses related to the Suzukis' depositions in Japan. The court finds the expenses were reasonable and necessary and therefore denies plaintiffs' objection in this respect.

The court also finds and concludes that Damon Key may not pay itself with funds it is holding on the Suzukis' behalf, as those funds are frozen under the court's preliminary injunction order.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (ECF No. 463). Accordingly, the motion for release of funds (ECF No. 447) is **GRANTED IN PART** and **DENIED IN PART**. Junzo and Paul Musashi Suzuki shall be allowed to pay $32,600.44 to Zaccaro Morgan and $300.00 to McDonald Carano for legal fees and expenses billed in the month of June 2016.

**IT IS SO ORDERED**.

DATED: This 18th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE