# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>          Plaintiffs,<br>     v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>          Defendants. | Case No.: 2:13-cv-01183-HDM-VCF<br>ORDER GRANTING<br>**STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on September 18, 2014, the Court issued a preliminary injunction as to certain assets held by or for the benefit of Junzo Suzuki and Paul Suzuki (Dkt. # 183);

WHEREAS the preliminary injunction expressly allowed disbursement of certain legal fees, and this Court has allowed payment of said fees in this matter;

WHEREAS the Plan recently retained counsel on an hourly basis;

WHEREAS Plaintiffs assert that, pursuant to the preliminary injunction, the Plan's assets are frozen and cannot be disbursed, even to counsel, without approval from the Court; and

WHEREAS the Parties have communicated a mutual desire to discuss an informal resolution of this matter over the next few months and focus their efforts on those discussions once the Plan gets up to speed and responds to the Complaint; NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses may be made from the Plan's funds upon approval by the Court;

2. To obtain approval, the Plan shall submit to Plaintiffs, within the first seven days of each month, redacted bills for the work performed and expenses incurred during the prior month, and Plaintiffs shall communicate any concerns about the bills within seven days of Plaintiffs' receipt of the bills;

3. To the extent that Plaintiffs find all or a portion of a bill to be reasonable, then the Parties shall execute a stipulation promptly, with appropriate support, to allow the Court to issue an order, on a more expeditious basis, approving any bill or portion of a bill that Plaintiffs find to be reasonable; and

///

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES

4. To the extent that Plaintiffs find all or a portion of a bill to be unreasonable, then the Plan shall apply to the Court for payment of the amount that Plaintiffs deem to be unreasonable, Plaintiffs shall provide any objections to the bill within seven days, and the Plan shall file its Reply within three days of receipt of Plaintiffs' objections.

DATED this 29th day of November 2016

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons
    James E. Gibbons
    (*pro hac vice*)
    801 S. Figueroa Street
    15th Floor
    Los Angeles, CA 90017
    *Attorneys for Plaintiffs*

DATED this 29th day of November 2016

**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**

By: /s/ Robert A. Rabbat
    Robert A. Rabbat
    Nevada Bar No. 12633
    3960 Howard Hughes Parkway
    Suite 280
    Las Vegas, NV 89169
    *Attorneys for Defendant Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED this 29th day of November 2016

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**

By: : /s/ Robert W. Cohen
    Robert W. Cohen
    (*pro hac vice*)
    1901 Avenue of the Stars
    Suite 1900
    Los Angeles, CA 90067
    *Attorneys for Plaintiffs*

///

///

## **ORDER**

**IT IS SO ORDERED** that:

- Payment of the Plan's legal fees and expenses may be made from the Plan's funds upon approval by the Court;

- To obtain approval, the Plan shall submit to Plaintiffs, within the first seven days of each month, redacted bills for the work performed and expenses incurred during the prior month, and Plaintiffs shall communicate any concerns about the bills within seven days of Plaintiffs' receipt of the bills;

- To the extent that Plaintiffs find all or a portion of a bill to be reasonable, then the Parties shall execute a stipulation promptly, with appropriate support, to allow the Court to issue an order, on a more expeditious basis, approving any bill or portion of a bill that Plaintiffs find to be reasonable; and

- To the extent that Plaintiffs find all or a portion of a bill to be unreasonable, then the Plan shall apply to the Court for payment of the amount that Plaintiffs deem to be unreasonable, Plaintiffs shall provide any objections to the bill within seven days, and the Plan shall file its Reply within three days of receipt of Plaintiffs' objections.

DATED this  2nd   day of   December    , 2016.

_____
   HOWARD D. MCKIBBEN
   United States District Judge