GREGG ZUCKER, ESQ.
Cal. Bar No. 166692 (*pro hac vice*)
Email: gregg@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
2049 Century Park E., Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-7561
Facsimile: (310) 979-8701
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated, <br><br> Plaintiffs, <br> v. <br><br> MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500, <br><br> Defendants. | Case No.: 2:13-cv-01183-HDM-VCF <br><br> **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING NOVEMBER 2016** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2014, the Court issued its order [550] ("Order re Fees") approving the Stipulation and Order re Payment of Attorneys' Fees [549] ("Stipulation re Fees") incurred by the Plan from Plan funds presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Order re Fees expressly provides for payment of fees incurred by the Plan via stipulation;

WHEREAS, the Plan incurred legal fees for the month of November 2016 in the amount of $14,263.50, payable to Foundation Law Group, LLP, counsel for the Plan, who is fronting legal fees to local counsel and ERISA counsel;

WHEREAS, the Plan's redacted invoices are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees for payment of the fees incurred by the Plan for the month of November 2016;

NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses for the month of November 2016, in the total amount of $14,263.50, shall be made from the funds held by LPL Financial for the benefit of the Plan;

2. $14,263.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

3. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys fees and expenses;

4. Payment of attorneys fees and expenses for the month of November 2016 (per item 2 above) shall be made from cash on hand, to the extent available and capable of satisfying such fees and expenses. If assets, such as mutual funds, need to be liquidated in order to satisfy such fees

2

and expenses, then LPL Financial shall exercise its discretion on liquidating assets and shall communicate its intent to counsel for the Plan and for Plaintiffs.

Respectfully submitted,

DATED this 9th day of December 2016

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons
James E. Gibbons
*Attorneys for Plaintiffs*

DATED this 9th day of December 2016

**ENENSTEIN RIBAKOFF LaVIÑA & PHAM**

By: /s/ Robert A. Rabbat
Robert A. Rabbat
*Attorneys for Defendant*
*Suzuki Enterprises, Inc., Profit*
*Sharing Plan*

DATED this 9th day of December 2016

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**

By: : /s/ Robert W. Cohen
Robert W. Cohen
*Attorneys for Plaintiffs*

DATED this 9th day of December 2016

**FOUNDATION LAW GROUP LLP**

By: /s/ Gregg Zucker
Gregg Zucker
*Attorneys for Defendant*
*Suzuki Enterprises, Inc., Profit*
*Sharing Plan*

## <u>ORDER</u>

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this 12th day of December, 2016.

_____
Cam Ferenbach
United States Magistrate Judge

3

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING NOVEMBER 2016

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on the 9th day of December, 2016, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING NOVEMBER 2016** via mandatory electronic service via Pacer.  Parties may access this filing through the Court's CM/ECF.


_____/s/ Michelle Choto_____
Michelle Choto

**Exhibit A – Plan's Redacted Invoices**



# INVOICE

Invoice # 1204
Date: 12/01/2016

Suzuki Enterprises, Inc. Profit Sharing Plan

## 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

## Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

### Services

| Type | Date | Attorney | Description | Quantity | Rate | Total |
|------|------|----------|-------------|----------|------|-------|
| Service | 11/18/2016 | Gregg Zucker | Review complaint; strategize regarding potential defenses, default, settlement, local counsel and service issues; review prior applications for attys fees, asset freeze issues and preliminary injunction; research regarding default issues; correspondence to prospective local counsel regarding retention. | 2.40 | $595.00 | $1,428.00 |
| Service | 11/20/2016 | Gregg Zucker | Strategize regarding settlement, mediators and default issues; review court docket regarding asset freeze order; correspondence to opposing counsel regarding same; correspondence to Judge Lichtman regarding same. | 0.60 | $595.00 | $357.00 |
| Service | 11/21/2016 | Caroline Magbojos | Set up Suzuki as new client in our system, correspondence with Gregg and Ms.Taenako re: documents and download documents from Dropbox | 0.70 | $150.00 | $105.00 |
| Service | 11/21/2016 | Gregg Zucker | Telephone conference with opposing counsel regarding settlement, service and default issues; strategize regarding same; review correspondence and service attachments from opposing counsel; research regarding service issues; telephone conference with Mr. Morgan regarding settlement discussions; correspondence to | 4.30 | $595.00 | $2,558.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | client regarding same and service issues. | | | |
| Service | 11/22/2016 | Caroline Magbojos | Compile reports for Gregg re: Profit Sharing Plan and Trust Agreement; correspondence with Gregg and Ms. Sesser re: documents | 0.90 | $150.00 | $135.00 |
| Service | 11/22/2016 | Gregg Zucker | Telephone conference with and correspondence to/from opposing counsel regarding service and stipulations; correspondence to opposing counsel regarding same; review and prepare correspondence from/to opposing counsel regarding response to complaint and proposed stipulations; prepare stipulations to set aside default and authorize payment of fees out of plan funds; review documents regarding same; strategize regarding settlement issues; correspondence to client regarding engagement of local counsel; telephone conference with ERISA counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓; meet with local counsel to discuss strategy. | 4.70 | $595.00 | $2,796.50 |
| Service | 11/23/2016 | Caroline Magbojos | Compile Profit Sharing Plan files for Mr. Bartlett and send to him | 0.10 | $150.00 | $15.00 |
| Service | 11/23/2016 | Gregg Zucker | Review correspondence from plaintiff's counsel regarding revised stipulation; further revision to stipulation; research regarding Initial Disclosure timing; correspondence to plaintiff's counsel regarding same; strategize regarding same; review memorandum regarding ▓▓▓▓▓ ▓▓▓▓; correspondence to client regarding same; review correspondence from plaintiff's counsel regarding tracing issues; strategize regarding same and settlement. | 2.40 | $595.00 | $1,428.00 |
| Service | 11/28/2016 | Gregg Zucker | Telephone conference with plaintiffs' counsel regarding Initial Disclosures; revise stipulation; correspondence regarding same; strategize regarding potential for settlement, demand, and mediation; strategize regarding content of Initial Disclosures and discovery needed if no settlement; correspondence regarding insurance and existence of any arbitration provisions; prepare and review | 2.90 | $595.00 | $1,725.50 |

|  |  |  | numerous correspondence regarding insurance issues; telephone conference with SEI insurance agent regarding same; strategize regarding ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; prepare and review correspondence regarding same; research regarding same; prepare correspondence regarding payment of premiums, insurance policies and efforts to obtain same. |  |  |  |
|---|---|---|---|---|---|---|
| Service | 11/29/2016 | Gregg Zucker | Review court order on default set aside; correspondence regarding attys fees stipulation; strategize regarding settlement posture; correspondence to/from opposing counsel regarding meeting; coordinate same; review numerous correspondence regarding potential insurance; strategize regarding constructive trust and fraudulent transfer claims. | 1.30 | $595.00 | $773.50 |
| Service | 11/30/2016 | Gregg Zucker | Strategize regarding documentation and information required for Initial Disclosures; review and prepare correspondence regarding same. | 0.60 | $595.00 | $357.00 |

**Services Subtotal**     **$11,679.00**

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/28/2016 | INV. 51345 Brucker & Morra Research and Telephone Conference | 1.00 | $485.00 | $485.00 |

**Expenses Subtotal**     **$485.00**

**Subtotal**     **$12,164.00**

**Total**     **$12,164.00**

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $12,164.00 | ) - ( | $0.00 | ) = | $12,164.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1204 | 12/01/2016 | $12,164.00 | $0.00 | $12,164.00 |
| | | | **Outstanding Balance** | **$12,164.00** |
| | | | **Total Amount Outstanding** | **$12,164.00** |

Payment is due upon receipt unless otherwise agreed in writing.

## Remittance Advice

**Checking Information**

**Remit checks to:**   Foundation Law Group LLP
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

**Wire Transfer Information**

**Bank Name/Address:**   Chase Bank
749 Foothill Blvd.
La Canada, CA 91011

**Bank ABA/Routing #:**   322271627

**Name/Account #:**   Foundation Law Group LLP
Account Number- 525388950

**SWIFT:**   CHASUS33

Please include the invoice number 1204 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.

**Enenstein Ribakoff LaViña & Pham**

3960 Howard Hughes Pkwy, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Fax: (702) 920-8228

Suzuki Enterprises, Inc. Profit Sharing Plan

December 02, 2016
Invoice No. 20297

| Client: | Suzuki Enterprises, Inc. Profit Sharing Plan |
| Matter ID: | NV 400012.001 Suzuki adv. Takiguchi |

**For Services Rendered Through 11/30/2016**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 11/22/2016 | RAR | REVIEW COMPLAINT AND ADDRESS UPCOMING ACTION ITEMS | 0.50 | $247.50 |
| 11/22/2016 | RAR | REVIEW PROPOSED STIPULATIONS RE ATTORNEYS FEES AND SET ASIDE OF DEFAULT | 0.20 | $99.00 |
| 11/23/2016 | MC | PREPARATION OF VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL | 0.50 | $70.00 |
| 11/23/2016 | RAR | DRAFT STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES | 0.50 | $247.50 |
| 11/23/2016 | RAR | DRAFT STIPULATION AND ORDER RE SET ASIDE OF DEFAULT | 0.50 | $247.50 |
| 11/23/2016 | RAR | ADDRESS PRO HAC VICE APPLICATION FOR ZUCKER | 0.20 | $99.00 |
| 11/23/2016 | RAR | REVIEW EMAIL FROM COUNSEL FOR PLAINTIFF RE STIPULATION TO SET ASIDE DEFAULT AND HIS REVISIONS TO THE PROPOSED STIPULATION | 0.10 | $49.50 |
| 11/23/2016 | RAR | EMAIL COUNSEL FOR PLAINTIFFS RE STIPULATIONS TO SET ASIDE DEFAULT AND FOR PAYMENT OF ATTORNEYS' FEES | 0.10 | $49.50 |
| 11/28/2016 | RAR | REVIEW LOCAL RULES RE JURY DEMAND AND EMAIL CO-COUNSEL RE SAME | 0.30 | $148.50 |
| 11/28/2016 | RAR | STRATEGIZE RE STIPULATION RE SET ASIDE, DISCOVERY PENDING RESPONSE, AND OTHER ITEMS | 0.50 | $247.50 |
| 11/28/2016 | RAR | FINALIZE AND FILE STIPULATION TO SET ASIDE DEFAULT | 0.20 | $99.00 |
| 11/28/2016 | RAR | ADDRESS PRO HAC VICE APPLICATION OF ZUCKER | 0.20 | $99.00 |
| 11/28/2016 | RAR | REVIEW EMAIL FROM COUNSEL FOR PLAINTIFF DISCOVERY DISCLOSURES | 0.10 | $49.50 |
| 11/29/2016 | RAR | FINALIZE AND FILE STIPULATION RE PAYMENT OF ATTORNEYS FEES | 0.20 | $99.00 |
| 11/30/2016 | RAR | STRATEGIZE RE INITIAL DISCLOSURES, ▓▓▓▓▓▓▓▓▓▓▓ (▓▓▓▓ RESPONSIVE PLEADING), AND OTHER ITEMS | 0.50 | $247.50 |
| | | **Billable Hours / Fees:** | **4.60** | **$2,099.50** |

**Timekeeper Summary**

Timekeeper MC worked 0.50 hours at $140.00 per hour, total $70.00.

Continued On Next Page

**Matter ID:** NV 400012.001

12/2/2016
Page: 2

Timekeeper RAR worked 4.10 hours at $495.00 per hour, total $2,029.50.

---

| | | |
|---|---:|---|
| **Prior Balance:** | $0.00 | |
| **Payments Received:** | ($0.00) | **Last Payment:** |
| **Current Fees:** | $2,099.50 | |
| **Advanced Costs:** | $0.00 | |
| **Administrative Cost/Late Charges:** | $0.00 | |
| **Amount to be Applied from Trust:** | ($0.00) | |
| **TOTAL AMOUNT DUE:** | **$2,099.50** | |

Thank You For Your Business