GREGG ZUCKER, ESQ.
Cal. Bar No. 166692 (*pro hac vice*)
Email: gregg@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
2049 Century Park E., Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-7561
Facsimile: (310) 979-8701
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>                    Plaintiffs,<br>          v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>                    Defendants. | Case No.: 2:13-cv-01183-HDM-VCF<br><br>**STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING DECEMBER 2016** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2014, the Court issued its order [550] ("Order re Fees") approving the Stipulation and Order re Payment of Attorneys' Fees [549] ("Stipulation re Fees") incurred by the Plan from Plan funds presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Order re Fees expressly provides for payment of fees incurred by the Plan via stipulation;

WHEREAS the Plan incurred legal fees for, among other things, developing and researching its anticipated defenses, preparing initial disclosures and negotiating a settlement with Plaintiffs;

WHEREAS the Plan has incurred legal fees for the month of December 2016 in the amount of $57,585.41, payable as follows:

- $30,956.50 payable to Foundation Law Group, LLP, lead counsel for the Plan;

- $13,953.75 payable to Brucker & Morra, APC, counsel for the Plan focusing on ERISA issues; and

- $12,675.16 payable to Enenstein Ribakoff LaViña & Pham, local counsel for the Plan focusing on, among other things, preparing Initial Disclosures;

WHEREAS, the Plan's redacted invoices are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees for payment of the fees incurred by the Plan for the month of December 2016;

NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses for the month of December 2016, in the total amount of $57,585.41, shall be made from the funds held by LPL Financial for the benefit of the Plan;

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING DECEMBER 2016

2.  $30,956.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

3.  $13,953.75 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Brucker & Morra, APC;

4.  $12,675.16 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Ribakoff LaViña & Pham;

5.  The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

6.  Payment of attorneys' fees and expenses for the month of December 2016 (per items 2, 3 and 4 above) shall be made from cash on hand, to the extent available and capable of satisfying such fees and expenses.  If assets, such as mutual funds, need to be liquidated in order to satisfy such fees and expenses, then LPL Financial shall exercise its discretion on liquidating assets and shall communicate its intent to counsel for the Plan and for Plaintiffs.

Respectfully submitted,

DATED this 9th day of January 2017

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons
    James E. Gibbons
    *Attorneys for Plaintiffs*

DATED this 9th day of January 2017

**ENENSTEIN RIBAKOFF LaVIÑA & PHAM**

By: /s/ Robert A. Rabbat
    Robert A. Rabbat
    *Attorneys for Defendant*
    *Suzuki Enterprises, Inc., Profit*
    *Sharing Plan*

DATED this 9th day of January 2017        DATED this 9th day of January 2017

**LAW OFFICES OF ROBERT W.**        **FOUNDATION LAW GROUP LLP**
**COHEN, A.P.C.**

By: :  /s/ Robert W. Cohen        By:  /s/ Gregg Zucker
        Robert W. Cohen                Gregg Zucker
        *Attorneys for Plaintiffs*            *Attorneys for Defendant*
                        *Suzuki Enterprises, Inc., Profit*
                        *Sharing Plan*

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this 10th day of January _____, 2017.

_____
_ United States Magistrate Judge

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI
ENTERPRISES, INC., PROFIT SHARING PLAN DURING DECEMBER 2016

1
2

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on the 9th day of January, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING DECEMBER 2016** via mandatory electronic service via Pacer.  Parties may access this filing through the Court's CM/ECF.


                    /s/ Michelle Choto
                     Michelle Choto

# Exhibit A – The Plan's Redacted Invoices



# INVOICE

Invoice # 1260
Date: 12/30/2016

Suzuki Enterprises, Inc. Profit Sharing Plan

## 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

## Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

| Type | Date | Attorney | Description | Quantity | Rate | Total |
|------|------|----------|-------------|----------|------|-------|
| Service | 12/01/2016 | Gregg Zucker | Revise Pro Hac Vice Application; obtain Certificate of Standing from Cal Bar; correspondence regarding Application; finalize same. | 0.50 | $595.00 | $297.50 |
| Service | 12/01/2016 | Caroline Magbojos | Correspondence with Gregg re: bill | 0.10 | $150.00 | $15.00 |
| Service | 12/02/2016 | Gregg Zucker | Review court order re jury trial; strategize regarding upcoming items; conference with opposing counsel regarding same and settlement issues; telephone conferences with local counsel and Mr. Morgan regarding settlement issues, scheduling and trial; obtain notarization on pro hac vice application; prepare numerous correspondence regarding same; review correspondence regarding settlement; correspondence to client regarding same; correspondence to/ from mediator regarding scheduling; strategize regarding potential continuance; strategize regarding potential defenses. | 4.20 | $595.00 | $2,499.00 |
| Service | 12/04/2016 | Gregg Zucker | Strategize regarding potential continuance, settlement approach with client decisionmakers, potential defenses and prospective trial preparation. | 0.60 | $595.00 | $357.00 |
| Service | 12/05/2016 | Caroline Magbojos | Download documents from Ms. Taenaka at Robert Cohen Law; correspondence with Gregg and review documents | 0.60 | $150.00 | $90.00 |

| Service | 12/05/2016 | Gregg Zucker | Preliminary review of tracing documents and correspondence regarding same; strategize regarding same; strategize regarding potential defenses. | 0.60 | $595.00 | $357.00 |
|---------|------------|--------------|---|------|---------|---------|
| Service | 12/06/2016 | Gregg Zucker | Numerous correspondence to client regarding settlement; correspondence to opposing counsel regarding tracing documents and continuance; strategize regarding same; telephone conference with local counsel regarding same; correspondence and telephone conference with all counsel regarding setting a call with the court; strategize regarding same; review and prepare correspondence regarding coverage issues. | 3.20 | $595.00 | $1,904.00 |
| Service | 12/07/2016 | Gregg Zucker | Review court order on telephone conference re continuance; calendar same; telephone conference with opposing counsel regarding settlement communications; numerous correspondence to client and Mr. Bartlett regarding same; correspondence regarding Initial Disclosures; strategize regarding response to Complaint; register for ECF filings. | 2.00 | $595.00 | $1,190.00 |
| Service | 12/08/2016 | Gregg Zucker | Review correspondence from Mr. Bartlett regarding settlement issues; telephone conference with Mr. Morgan regarding same; strategize regarding same; strategize regarding accounting of funds at LPL; correspondence regarding same; correspondence to plaintiff's counsel regarding settlement offer; correspondence to client regarding same; review tracing documents and complaint; correspondence to ERISA counsel regarding potential defenses; strategize regarding same; correspondence regarding insurance issues. | 2.30 | $595.00 | $1,368.50 |
| Service | 12/09/2016 | Gregg Zucker | Review briefing in opposition to the MSJ; telephone conference with and correspondence from/to opposing counsel regarding insurance documentation; numerous correspondence regarding ERISA issues; strategize regarding same | 2.20 | $595.00 | $1,309.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and potential defenses; correspondence and telephone conference with LPL Financial regarding amount of assets in Plan; strategize regarding settlement issues. | | | |
| Service | 12/12/2016 | Gregg Zucker | Correspondence to client regarding account balance in plan and permission to obtain information on same from LPL; correspondence to/ from client regarding settlement issues; strategize regarding same. | 0.30 | $595.00 | $178.50 |
| Service | 12/13/2016 | Gregg Zucker | Prepare for and telephone conference with court regarding continuance; strategize regarding settlement issues; strategize regarding Reno v. LV venue; numerous correspondence regarding same; numerous correspondence regarding Initial Disclosures; review same; telephone conference with Mr. Morgan regarding settlement issues and response to complaint; correspondence to plaintiff's counsel regarding settlement issues; correspondence to insurance broker regarding policies; telephone conference with LPL regarding assets and potential liquidation; review and prepare correspondence regarding same; telephone conference with Mr. Bartlett regarding same; correspondence to client regarding same; correspondence to client regarding settlement approach; strategize regarding trial and deposition witnesses; correspondence to client regarding same; correspondence to Ms. Sasser regarding ERISA issues. | 2.90 | $595.00 | $1,725.50 |
| Service | 12/14/2016 | Caroline Magbojos | Download files from Paul Hastings; correspondence with Gregg and Mr. Jones re: access to documents | 0.60 | $150.00 | $90.00 |
| Service | 12/14/2016 | Gregg Zucker | Review correspondence regarding settlement demand; telephone conference with Mr. Cohen regarding same; numerous correspondence regarding settlement issues; correspondence to client regarding assessment of case; strategize regarding same; strategize regarding tracing issues; | 3.70 | $595.00 | $2,201.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | review documents regarding same; correspondence regarding same; telephone conference with Mr. Rabat regarding same; correspondence to ERISA counsel regarding ERISA issues. | | | |
| Service | 12/16/2016 | Gregg Zucker | Numerous telephone conferences and correspondence regarding settlement, tax issues, ERISA rules, pre-2008 contributions, and liquidation of assets; strategize regarding same. | 1.80 | $595.00 | $1,071.00 |
| Service | 12/18/2016 | Gregg Zucker | Strategize regarding ERISA issues; review research/caselaw regarding same; review and strategize regarding correspondence from opposing counsel regarding fraudulent transfer and tracing issues; correspondence to ERISA counsel regarding same. | 0.90 | $595.00 | $535.50 |
| Service | 12/19/2016 | Gregg Zucker | Telephone conference with ERISA counsel regarding potential defenses, legal issues and strategy; review caselaw regarding same; strategize regarding potential tax implications and settlement issues; review and revise stipulation re liquidation; correspondence regarding same. | 2.00 | $595.00 | $1,190.00 |
| Service | 12/20/2016 | Gregg Zucker | Research, strategize and telephone conference with ERISA counsel regarding ERISA and tax issues; numerous correspondence to/from Mr. Morgan regarding alleged Ponzi scheme issues; telephone conference with Plaintiffs' counsel regarding potential settlement; prepare correspondence to Plaintiffs' counsel regarding same; strategize regarding same; telephone conference with Plaintiffs' counsel regarding liquidation stipulation; revise same; correspondence to Plaintiffs' counsel regarding same; correspondence to LPL regarding same; review tracing documents; review court order regarding scheduling; calendaring same; review Munoz deposition; review MSJ papers regarding evidence for alleged starting date for alleged Ponzi scheme; strategize regarding response to complaint; review prior | 6.30 | $595.00 | $3,748.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | answers by Suzuki; strategize regarding potential motion to dismiss arguments; research Nevada law on ERISA related issues under state law. | | | |
| Service | 12/21/2016 | Gregg Zucker | Telephone conferences with Mr. Morgan, ERISA counsel, and Plaintiffs' counsel regarding alleged Ponzi scheme issues, tracing issue and ERISA issues; strategize regarding same; extensive correspondence to client regarding same; review research regarding ERISA issues; correspondence to Plaintiffs' counsel regarding liquidation and settlement; correspondence and telephone call to LPL regarding liquidation; strategize regarding same; review additional testimony from Munoz; correspondence regarding same; review correspondence from Plaintiffs' counsel regarding ERISA cases; review correspondence from ERISA lawyers distinguishing same; strategize regarding same; correspondence to Plaintiffs' counsel regarding same. | 4.30 | $595.00 | $2,558.50 |
| Service | 12/22/2016 | Gregg Zucker | Research regarding ERISA issues; prepare numerous correspondence regarding same and settlement; telephone conferences with Plaintiffs' counsel regarding same; telephone conference with ERISA counsel and local counsel regarding same; strategize regarding same; correspondence to client regarding same; correspondence regarding liquidation and assets in plan. | 5.90 | $595.00 | $3,510.50 |
| Service | 12/23/2016 | Gregg Zucker | Strategize regarding settlement discussions; telephone conference with Plaintiffs' counsel regarding same; prepare and review correspondence to/from, and telephone conference with, LPL regarding liquidation; strategize regarding same; coordinate Initial Disclosures; memorialize settlement and correspondence regarding extension request; inform team and client regarding settlement; strategize regarding court approval. | 2.30 | $595.00 | $1,368.50 |

| Service | 12/26/2016 | Gregg Zucker | Telephone conferences with Plaintiffs' counsel regarding settlement process; prepare settlement agreement; correspondence to Plaintiffs' counsel and ERISA lawyers regarding same; strategize regarding same. | 1.70 | $595.00 | $1,011.50 |
|---------|------------|--------------|---|------|---------|-----------|
| Service | 12/27/2016 | Gregg Zucker | Review revisions to draft settlement agreement; correspondence to ERISA lawyers and Plaintiffs' counsel regarding same; strategize regarding same; review correspondence regarding class settlement issues; strategize regarding same. | 1.00 | $595.00 | $595.00 |
| Service | 12/28/2016 | Gregg Zucker | Telephone conference with ERISA lawyers regarding escrow and other settlement issues; correspondence to/from Plaintiffs' counsel regarding same; strategize regarding same. | 1.10 | $595.00 | $654.50 |
| Service | 12/29/2016 | Gregg Zucker | Strategize regarding settlement and class issues; strategize regarding timing of same. | 0.20 | $595.00 | $119.00 |
| Service | 12/30/2016 | Gregg Zucker | Telephone conference with ERISA counsel regarding Plan issues and settlement agreement revisions; strategize regarding same; redline same; correspondence to/from LPL regarding status of liquidation and funds in Plan. | 1.70 | $595.00 | $1,011.50 |

|  | **Subtotal** | **$30,956.50** |
|--|--------------|----------------|
|  | **Total** | **$30,956.50** |

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---------------------|-------------|-------------------|--------------------------|
| (        $0.00 | +    $30,956.50 | ) - (        $0.00 | ) = **$30,956.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1260 | 12/30/2016 | $30,956.50 | $0.00 | $30,956.50 |
| | | | Outstanding Balance | $30,956.50 |
| | | | Total Amount Outstanding | $30,956.50 |

Payment is due upon receipt unless otherwise agreed in writing.

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Foundation Law Group LLP<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071 |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | Chase Bank<br>749 Foothill Blvd.<br>La Canada, CA 91011 |
| **Bank ABA/Routing #:** | 322271627 |
| **Name/Account #:** | Foundation Law Group LLP<br>Account Number- 525388950 |
| **SWIFT:** | CHASUS33 |

Please include the invoice number 1260 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.



**BRUCKER & MORRA, APC**
**10866 Wilshire Blvd., 10th Floor**
**Los Angeles, CA 90024**
**Ph: 310-475-7540 • F: 310-470-4806**

A PROFESSIONAL CORPORATION

| | Invoice Number | Sample |
|---|---|---|
| | December 29, 2016 | |

| | Our Identifying Code for this Matter | FOUN4-11 | MJS |
|---|---|---|---|
| | Billing Cut Off | Dec 30/16 | |

Name of Matter:   PROFIT SHARING PLAN

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/09/16 | AMB | Conference with Meredith regarding ERISA Defense to claims. | 0.50 | 325.00 |
| 12/09/16 | MJS | Legal research regarding ERISA pre-emption to law suit and anti-assignment rules. Various email to Gregg regarding ERISA preemption. | 1.50 | 727.50 |
| 12/14/16 | MJS | Respond to Greg regarding trustee removal issue and review of documents regarding same. | 0.50 | 242.50 |
| 12/15/16 | AMB | Telephone conferences with Client regarding claims vs. plan | 0.75 | 487.50 |
| 12/15/16 | MJS | Legal research regarding tracing of employer contributions and ponzi scheme. Telephone conference with Gregg regarding erisa protection, ▓▓▓▓▓▓ and plan merger. | 1.50 | 727.50 |
| 12/15/16 | MJS | Emails with Gregg regarding tortfeasers and protection by ERISA. Research regarding protection of assets and segregation of assets based on date of ponzhi scheme. Email to Gregg regarding review of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.25 | 606.25 |
| 12/16/16 | MJS | Email to Greg regarding ▓▓▓▓▓▓ proceeds from plan as settlement. Telephone conference with Greg and Alex regarding ERISA issues. | 1.00 | 485.00 |

| Invoice Number | Sample | Page   2 | | December 29, 2016 |
|---|---|---|---|---|

| 12/19/16 | AMB | Telephone conferences with Client regarding claims vs. plan.  Legal research re same | 0.75 | 487.50 |
|---|---|---|---|---|
| 12/19/16 | MJS | Emails to Greg regarding ERISA preemption and asset issue. Telephone conference with Greg and Alex Brucker regarding ERISA Preemption and issue with earnings on contribution. Research case law regarding ERISA preemption and email research to Gregg. Email to Gregg regarding additional tax questions. | 2.00 | 970.00 |
| 12/19/16 | MLM | Work regarding coordination of documents and files for Brucker | 1.50 | 262.50 |
| 12/20/16 | AMB | Work regarding preemption issue and emails and telephone conferences with Client and Sesser | 0.50 | 325.00 |
| 12/20/16 | MJS | Email to Gregg regarding additional tax questions. Telephone conference with Gregg regarding ERISA preemption. Research regarding MVRA and ▓▓▓ case. | 1.00 | 485.00 |
| 12/21/16 | MJS | Research regarding each case ▓▓▓ raised and comments regarding why ▓▓▓▓▓▓▓▓▓ not apply. Email to Greg regarding ▓▓▓ case and research regarding same. Research regarding tracing assets. | 1.50 | 727.50 |
| 12/22/16 | MJS | Legal research regarding case for ERISA preemption regarding: ▓▓▓▓ Stern and opposition. | 1.00 | 485.00 |
| 12/26/16 | MJS | Review and revise settlement agreement. | 1.00 | 485.00 |
| 12/27/16 | AMB | Work regarding review settlement agreement and analysis | 1.00 | 650.00 |
| 12/28/16 | AMB | Work regarding continued review of agreement and telephone conferences with Sesser and Client regarding same. | 1.25 | 812.50 |
| 12/28/16 | MJS | Discuss with Alex Brucker ERISA language for settlement agreement and histroy of plan. | 0.50 | 242.50 |
| 12/29/16 | AMB | Work regarding revisions to settlement agreement and review ERISA protection issues and review Plan annual reports | 1.25 | 812.50 |
| 12/30/16 | AMB | Complete agreement revisions and review sub-trust provisions.  Telephone conferences with Client and Sesser regarding same | 3.25 | 2,112.50 |

| Invoice Number | Sample | Page  3 | | December 29, 2016 |
|---|---|---|---|---|

| 12/30/16 | MJS | Work regarding subtrust language and additional revisions with Brucker. | 2.00 | 970.00 |
|---|---|---|---|---|
| | | Total for Professional Services | 25.50 | $13,428.75 |

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| Alex M Brucker | 9.25 | $650.00 | $6,012.50 |
| Meredith J. Sesser | 14.75 | $485.00 | $7,153.75 |
| Maria Lagman Mapoy | 1.50 | $175.00 | $262.50 |

**COSTS ADVANCED**

| 12/09/16 | Lexis computer research | 275.00 |
|---|---|---|
| 12/19/16 | Lexis computer research | 250.00 |
| | Total Advanced Costs | $525.00 |
| | TOTAL CURRENT FEES AND COSTS | $13,953.75 |
| | Previous Balance | $485.00 |
| | Previous Payments 12 /16/16 | $485.00 |
| | **BALANCE DUE NOW** | **$13,953.75** |

| Aging: | <=30 | <=60 | <=90 | <=120 | > 120 |
|---|---|---|---|---|---|
| | $13,953.75 | $0.00 | $0.00 | $0.00 | $0.00 |

**\* \* \* BALANCE DUE UPON RECEIPT \* \* \***

**Enenstein Ribakoff LaViña & Pham**

3960 Howard Hughes Pkwy, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Fax: (702) 920-8228

Suzuki Enterprises, Inc. Profit Sharing Plan

December 28, 2016
Invoice No. 20656

| | |
|---|---|
| Client: | Suzuki Enterprises, Inc. Profit Sharing Plan |
| Matter ID: | NV 400012.001 Suzuki adv. Takiguchi |

**For Services Rendered Through 12/28/2016**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/2/2016 | RAR | REVIEW COURT ORDER GRANTING STIPULATION FOR PAYMENT OF ATTORNEYS FEES; EMAIL CO-COUNSEL RE SAME | 0.20 | $99.00 |
| 12/2/2016 | RAR | FINALIZE AND FILE PRO HAC APPLICATION FOR GREGG ZUCKER | 0.30 | $148.50 |
| 12/2/2016 | RAR | REVIEW MINUTE ORDER BY COURT SETTING DATE FOR PRE-TRIAL SUBMISSIONS AND CONFIRMING TRIAL DATE | 0.20 | $99.00 |
| 12/2/2016 | RAR | REVIEW LOCAL RULES RE PRE-TRIAL SUBMISSIONS, INCLUDING JOINT PRE-TRIAL REPORT | 0.20 | $99.00 |
| 12/2/2016 | RAR | ADDRESS POTENTIAL NEED FOR TRIAL CONTINUANCE; REVIEW CORRESPONDENCE WITH CLIENT RE SAME | 0.40 | $198.00 |
| 12/2/2016 | RAR | REVIEW COURT ORDER RE JURY INSTRUCTIONS | 0.20 | $99.00 |
| 12/5/2016 | RAR | REVIEW NOTIFICATION RE MOTION FOR ATTORNEYS FEES FILED BY JUNZO AND PAUL SUZUKI | 0.10 | $49.50 |
| 12/6/2016 | RAR | TELEPHONE CONFERENCE REGARDING STATUS CHECK RE CONTINUANCE | 0.30 | $148.50 |
| 12/6/2016 | RAR | TELEPHONE CONFERENCE WITH COURTROOM ADMINISTRATOR REGARDING TELEPHONIC CONFERENCE AND COURT AVAILABILITY RE SAME | 0.30 | $148.50 |
| 12/6/2016 | RAR | DRAFT EMAIL RE SETTING TELEPHONIC STATUS CONFERENCE | 0.10 | $49.50 |
| 12/6/2016 | RAR | REVIEW STIPULATION RE TELEPHONIC CONFERENCE | 0.20 | $99.00 |
| 12/6/2016 | RAR | EMAIL EXCHANGES WITH COUNSEL FOR ALL PARTIES RE STIPULATION AND ORDER RE CONFERENCE | 0.30 | $148.50 |
| 12/6/2016 | RAR | STRATEGIZE RE CONFERENCE TO ADDRESS CONTINUANCE | 0.10 | $49.50 |
| 12/6/2016 | RAR | ADDRESS RULE 26 DISCLOSURES | 0.30 | $148.50 |
| 12/6/2016 | RAR | REVIEW RULE 26 RE DISCLOSURE REQUIREMENTS | 0.20 | $99.00 |
| 12/6/2016 | RAR | REVIEW AND ANALYZE COMPLAINT FOR USE IN DRAFTING INITIAL DISCLOSURES | 1.10 | $544.50 |
| 12/7/2016 | RAR | REVIEW STIPULATION RE TELEPHONIC CONFERENCE | 0.10 | $49.50 |
| 12/7/2016 | RAR | REVIEW COURT ORDER SETTING TELEPHONIC CONFERENCE | 0.10 | $49.50 |
| 12/7/2016 | RAR | TELEPHONE CALL TO COURT RE TELEPHONIC CONFERENCE SET FOR DECEMBER 13, 2016 | 0.20 | $99.00 |

Continued On Next Page

| | | | | |
|---|---|---|---|---|
| 12/7/2016 | RAR | ADDRESS COLLECTION AND REVIEW OF RELEVANT DOCUMENTS FOR USE IN DRAFTING INITIAL DISCLOSURES; CONFER WITH COUNSEL FOR OTHER DEFENDANTS RE SAME; DRAFT INITIAL DISCLOSURES | 0.90 | $445.50 |
| 12/8/2016 | RAR | TELEPHONE CALLS TO AND FROM COURT CLERK RE APPEARANCE ON BEHALF OF SUZUKI ENTERPRISES PROFIT SHARING PLAN AND SET ASIDE OF DEFAULT | 0.30 | $148.50 |
| 12/8/2016 | RAR | STRATEGIZE RE SETTLEMENT NEGOTIATIONS WITH COUNSEL FOR PLAINTIFF | 0.30 | $148.50 |
| 12/8/2016 | RAR | DRAFT STIPULATION RE PAYMENT OF ATTORNEYS FEES FOR MONTH OF NOVEMBER 2016 | 1.00 | $495.00 |
| 12/8/2016 | RAR | REVIEW EMAILS TO AND FROM COUNSEL FOR PLAINTIFF RE SETTLEMENT NEGOTIATIONS AND STIPULATION RE PAYMENT OF ATTORNEYS FEES INCURRED BY PLAN FOR NOVEMBER 2016 | 0.20 | $99.00 |
| 12/9/2016 | RAR | FINALIZE AND FILE STIPULATION RE FEES AND ACCOMPANYING EXHIBITS | 0.40 | $198.00 |
| 12/9/2016 | RAR | REVIEW EMAIL REGARDING DISCLOSURE OF INSURANCE POLICIES | 0.10 | $49.50 |
| 12/9/2016 | RAR | ADDRESS INITIAL DISCLOSURES | 0.30 | $148.50 |
| 12/9/2016 | RAR | ADDRESS RESPONSE TO COMPLAINT | 0.10 | $49.50 |
| 12/12/2016 | RAR | EMAIL EXCHANGES WITH COUNSEL FOR CO-DEFENDANTS RE INITIAL DISCLOSURES | 0.20 | $99.00 |
| 12/12/2016 | RAR | REVIEW COURT ORDER GRANTING STIPULATION RE PAYMENT OF ATTORNEYS FEES | 0.10 | $49.50 |
| 12/13/2016 | RAR | PREPARE FOR STATUS CONFERENCE | 0.30 | $148.50 |
| 12/13/2016 | RAR | ATTEND TELEPHONIC STATUS CONFERENCE | 0.80 | $396.00 |
| 12/13/2016 | RAR | STRATEGIZE RE JURY POOL RESEARCH TO EVALUATE LAS VEGAS VERSUS RENO FOR TRIAL VENUE | 0.20 | $99.00 |
| 12/13/2016 | RAR | TELEPHONE CALLS AND EMAIL EXCHANGES WITH COLLEAGUES REGARDING IMPRESSIONS OF RENO VERSUS LAS VEGAS JURY POOL | 1.10 | $544.50 |
| 12/13/2016 | RAR | RESEARCH RESPECTIVE PROFILES OF JURY POOLS IN LAS VEGAS VERSUS RENO | 0.70 | $346.50 |
| 12/14/2016 | RAR | REVIEW MINUTE ORDER RE TRIAL CONTINUANCE AND RELATED DEADLINES | 0.10 | $49.50 |
| 12/14/2016 | RAR | BEGIN REVIEW AND ANALYSIS OF DOCUMENTS FOR USE IN DRAFTING INITIAL DISCLOSURES | 1.90 | $940.50 |
| 12/14/2016 | RAR | ADDRESS SETTLEMENT DISCUSSIONS | 0.40 | $198.00 |
| 12/15/2016 | RAR | ADDRESS UPCOMING DEADLINES, INCLUDING INITIAL DISCLOSURES AND RESPONSE TO COMPLAINT | 0.40 | $198.00 |
| 12/19/2016 | RAR | DRAFT STIPULATION RE LIQUIDATION OF PLAN ASSETS | 0.60 | $297.00 |
| 12/19/2016 | RAR | REVIEW PRELIMINARY INJUNCTION FOR USE IN DRAFTING STIPULATION AND ORDER RE LIQUIDATION OF PLAN ASSETS | 0.80 | $396.00 |
| 12/19/2016 | RAR | REVIEW EMAIL REGARDING STIPULATION TO LIQUIDATE PLAN; STRATEGIZE RE STIPULATION TO LIQUIDATE PLAN | 0.20 | $99.00 |
| 12/19/2016 | RAR | CONTINUE REVIEW OF DOCUMENTS AND PREPARATION OF INITIAL DISCLOSURES | 2.90 | $1,435.50 |
| 12/19/2016 | RAR | REVIEW EMAIL EXCHANGE REGARDING STIPULATION RE LIQUIDATION | 0.10 | $49.50 |
| 12/20/2016 | RAR | REVIEW MULTIPLE EMAILS REGARDING SETTLEMENT NEGOTIATIONS AND SUPPORTING DOCUMENTATION/CASE LAW RE SAME | 0.50 | $247.50 |
| 12/20/2016 | RAR | REVIEW MINUTE ORDER RE TRIAL DEADLINES | 0.10 | $49.50 |
| 12/20/2016 | RAR | REVIEW EMAIL FROM COUNSEL FOR PLAINTIFF RE LIQUIDATION | 0.10 | $49.50 |

Continued On Next Page

12/28/2016
Page: 3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | OF PLAN ASSETS | | |
| 12/21/2016 | RAR | REVIEW EMAILS WITH TRUSTEE REGARDING LIQUIDATION OF PLAN ASSETS AND ORDER RE SAME | 0.20 | $99.00 |
| 12/21/2016 | RAR | REVIEW PROPOSED STIPULATION RE LIQUIDATION OF PLAN ASSETS | 0.20 | $99.00 |
| 12/21/2016 | RAR | REVIEW STATUS OF SETTLEMENT NEGOTIATIONS AND DEVELOPING LEGAL ISSUES | 0.30 | $148.50 |
| 12/21/2016 | RAR | REVIEW INSURANCE AND RELATED DOCUMENTS FOR USE IN DRAFTING DISCLOSURES AND PREPARATION OF DOCUMENTS DISCLOSURES | 0.40 | $198.00 |
| 12/21/2016 | RAR | REVIEW RULE OF CIVIL PROCEDURE 26 AND RELATED MATERIALS RE INSURANCE AGREEMENT DISCLOSURE REQUIREMENT | 0.40 | $198.00 |
| 12/21/2016 | RAR | REVIEW COMPLAINT, OTHER PLEADINGS, AND OTHER DISCLOSURES AVAILABLE FOR USE IN DRAFTING WITNESS LISTING IN INITIAL DISCLOSURES | 2.10 | $1,039.50 |
| 12/21/2016 | RAR | FINALIZE AND FILE STIPULATION RE LIQUIDATION | 0.30 | $148.50 |
| 12/21/2016 | RAR | REVIEW EMAIL EXCHANGES RE STIPULATION RE LIQUIDATION AND AMENDMENTS THERETO | 0.20 | $99.00 |
| 12/22/2016 | RAR | ADDRESS STATUS OF SETTLEMENT AND NEGOTIATIONS | 0.30 | $148.50 |
| 12/23/2016 | RAR | ASSESS STATUS OF SETTLEMENT NEGOTIATIONS TO DATE AND CONFER WITH CO-COUNSEL RE SAME | 0.30 | $148.50 |
| 12/28/2016 | RAR | REVIEW STIPULATION RE TIMING OF RESPONSE TO COMPLAINT AND ASSESS NEED FOR FURTHER STIPULATION IN LIGHT OF PENDING SETTLEMENT | 0.10 | $49.50 |
| 12/28/2016 | RAR | REVIEW SETTLEMENT AGREEMENT DRAFT AND EMAIL CO-COUNSEL RE SAME | 0.30 | $148.50 |
| | | **Billable Hours / Fees:** | **25.10** | **$12,424.50** |

**Timekeeper Summary**

Timekeeper RAR worked 25.10 hours at $495.00 per hour, total $12,424.50.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 11/30/2016 | NOVEMBER 2016 WESTLAW RESEARCH | $0.66 | |
| 12/02/2016 | FILING FEE - VERIFIED PETITION FEE (MASTERCARD RAR) | $250.00 | |
| | **Total Costs:** | **$250.66** | |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 12/16/2016 | Check Number 4111 (Chase) | ($2,099.50) |
| | **Total Payments Received:** | **($2,099.50)** |

Continued On Next Page

Case 2:13-cv-01183-HDM-NJK   Document 589   Filed 01/10/17   Page 21 of 21

|  |  |  |  |
|---|---|---|---|
| **Prior Balance:** | $2,099.50 |  |  |
| **Payments Received:** | ($2,099.50) | **Last Payment:** | 12/16/2016 |
| **Current Fees:** | $12,424.50 |  |  |
| **Advanced Costs:** | $250.66 |  |  |
| **Administrative Cost/Late Charges:** | $0.00 |  |  |
| **Amount to be Applied from Trust:** | ($0.00) |  |  |
| **TOTAL AMOUNT DUE:** | **$12,675.16** |  |  |

Thank You For Your Business