**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated, | 2:13-cv-01183-HDM-VCF |
| Plaintiffs, | ORDER |
| vs. | |
| MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500, | |
| Defendants. | |

Before the court is the plaintiffs' motion to file their application for a contempt order under seal (ECF No. 601). The basis for the request is that documents relied on in and attached to the application have been designated as confidential because they contain private financial information of the Suzukis.

As set forth in the court's order of January 10, 2017, the court is not persuaded that evidence showing the amount or generic

1

location of assets are properly sealed.  Rather, sealing is appropriate to the extent – and only to the extent – that documents contain account numbers, specific location of assets, and other private identifying information such as social security numbers.

Accordingly, the motion to seal (ECF No. 601) is **DENIED WITHOUT PREJUDICE** to the filing of a renewed motion to seal, by any party, on or before February 3, 2017.  Any renewed motion shall show cause why any specific portions relating to discrete items of information in the application or its exhibits should remain sealed.  The application for order to show cause (ECF No. 602) shall remain under seal pending further order of the court.  Should the parties fail to show cause on or before February 3, 2017, that any specific portions of the application or exhibits attached thereto should remain sealed, the court will unseal the application for order to show cause (ECF No. 602) in its entirety.

DATED: This 24th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

2