**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>                Defendants. | 2:13-cv-01183-HDM-VCF<br><br><br>ORDER |

On January 10, 2017, the court entered an order to show cause why several documents filed in connection with the plaintiffs' motions for summary judgment should not be unsealed and the motions to seal those documents denied (ECF No. 592). No party has filed any response to the court's order, and the time for doing so has

1

expired.

Accordingly, **IT IS ORDERED** the court's order granting the plaintiffs' motion to seal the motion for summary judgment against Junzo Suzuki (ECF No. 531) is hereby **VACATED,** and the plaintiffs' motion to seal (ECF No. 528) is **DENIED.** The motion for summary judgment against Junzo Suzuki (ECF No. 529) shall therefore be **UNSEALED.**

**IT IS FURTHER ORDERED** that the Suzukis' motion to seal their responses to the plaintiff's statement of facts (ECF No. 562) is **DENIED.** The Suzukis' responses to the plaintiffs' statement of facts (ECF Nos. 564 & 567) shall therefore be **UNSEALED.**

**IT IS FURTHER ORDERED** that the plaintiffs' motion to seal their reply to Junzo Suzuki's responses to the plaintiffs' statement of facts (ECF No. 578) is **DENIED.** The plaintiffs' reply to Junzo Suzuki's response to the plaintiffs' statement of facts (ECF No. 579) shall therefore be **UNSEALED.**

DATED: This 24th day of January, 2017.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

2