**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>   Defendants. | 2:13-cv-01183-HDM-VCF<br><br>ORDER |

  On January 24, 2017, the court entered an order denying the plaintiffs' motion to file under seal their application for an order to show cause (ECF No. 602). The denial was without prejudice to the filing of a renewed motion to seal, by any party, on or before February 3, 2017. The court indicated that absent a

1

renewed motion to seal on or before that date, it would order the application for order to show cause be unsealed in its entirety. No party has filed a renewed motion to seal, and the time for doing so has expired.  Accordingly, **IT IS ORDERED** that the plaintiffs' application for an order to show cause (ECF No. 602) shall therefore be **UNSEALED**.

   DATED: This 7th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

2