**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>        Defendants. | 2:13-cv-01183-HDM-VCF<br><br>ORDER |

On January 9, 2017, the magistrate judge entered an order granting in part and denying in part the Suzukis' request for attorney's fees for the month of August 2016 (ECF No. 585). The order approved release from frozen funds of $35,612.89 to pay Paul Hastings and $800 to pay McDonald Carano. Plaintiffs have objected to the order (ECF No. 600), and the Suzukis have responded (ECF No.

1

609).

The court does find that the magistrate judge's order should be affirmed in part and reversed in part. The court disallows the Suzukis' request for $8,150.00 in fees that appear to be related to a motion that was never filed and is not adequately described or detailed in the motion. In all other respects, the magistrate judge's order (ECF No. 585) is affirmed and the plaintiffs' objections (ECF No. 600) are denied. Accordingly, the court approves the release to Paul Hastings of attorney's fees for the month of August 2016 in the amount of $27,462.89, and the release to McDonald Carano of attorney's fees for the month of August 2016 in the amount of $800.00.

**IT IS SO ORDERED.**

DATED: This 22nd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

2