GREGG ZUCKER, ESQ.
Cal. Bar No. 166692 (*pro hac vice*)
Email: gregg@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
2049 Century Park E., Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-7561
Facsimile: (310) 979-8701
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>　　　　　　Defendants. | Case No.: 2:13-cv-01183-HDM-VCF<br><br>**STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING JANUARY 2017** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2014, the Court issued its order [550] ("Order re Fees") approving the Stipulation and Order re Payment of Attorneys' Fees [549] ("Stipulation re Fees") incurred by the Plan from Plan funds presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Order re Fees expressly provides a procedure for payment of the fees incurred by the Plan through stipulation by the Parties;

WHEREAS the Plan incurred legal fees and costs in January 2017 for, among other things, researching and analyzing numerous ERISA and class action settlement issues, negotiating settlement terms with Plaintiffs, and communications with multiple counsel and Plan fiduciaries regarding ERISA and settlement issues;

WHEREAS the nature of the settlement in this case required the Plan to hire additional counsel to assist in some of the class action settlement issues, and lead counsel for the Plan paid a $10,000 retainer to class action settlement counsel;

WHEREAS the Plan has incurred legal fees and certain costs for the month of January 2017 in the amount of $52,747.98 (which includes fronting a $10,000 retainer that will be applied to future billings, likely next month);

WHEREAS such fees and costs are payable as follows:

- $29,754.00 payable to Foundation Law Group, LLP, lead counsel for the Plan ($10,000 of which represents payment of an evergreen retainer for the Plan's class action settlement counsel, Mitchell Silberberg & Knupp, LLP, that will be applied to future billings);
- $6,543.75 payable to Brucker & Morra, APC, counsel for the Plan focusing on ERISA issues;
- $1,838.28 payable to Enenstein Ribakoff LaViña & Pham, local counsel for the Plan focusing on, among other things, procedural issues and document preparation;

- $14,611.95 payable to Mitchell Silberberg & Knupp, LLP, counsel for the Plan focusing on class action settlement issues.

WHEREAS, the Plan's invoices are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees for payment of the fees incurred by the Plan for the month of January 2017;

NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses for the month of December 2016, in the total amount of $52,747.98, shall be made from the funds held by LPL Financial for the benefit of the Plan with the specific breakdown of this total amount below;

2. $29,754.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

3. $6,543.75 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Brucker & Morra, APC;

4. $1,838.28 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Ribakoff LaViña & Pham;

5. $14,611.95 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Mitchell Silberberg & Knupp, LLP; and

///

6. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses.

DATED this 9th day of February 2017

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons
    *Attorneys for Plaintiffs*

DATED this 9th day of February 2017

**ENENSTEIN RIBAKOFF LaVIÑA & PHAM**

By: /s/ Robert A. Rabbat
    *Attorneys for Defendant Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED this 9th day of February 2017

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**

By: : /s/ Robert W. Cohen
    *Attorneys for Plaintiffs*

DATED this 9th day of February 2017

**FOUNDATION LAW GROUP LLP**

By: /s/ Gregg D. Zucker
    *Attorneys for Defendant Suzuki Enterprises, Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this 8th day of March, 2017.

_____
United States Magistrate Judge

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING JANUARY 2017

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on the 9th day of February, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING JANUARY 2017** via mandatory electronic service via Pacer. Parties may access this filing through the Court's CM/ECF.

/s/ Michelle Choto
Michelle Choto