GREGG ZUCKER, ESQ.
Cal. Bar No. 166692 (*pro hac vice*)
Email: gregg@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
2049 Century Park E., Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-7561
Facsimile: (310) 979-8701
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-VCF<br><br>**STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING FEBRUARY 2017** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2014, the Court issued its order [550] ("Order re Fees") approving the Stipulation and Order re Payment of Attorneys' Fees [549] ("Stipulation re Fees") incurred by the Plan from Plan funds presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Order re Fees expressly provides a procedure for payment of the fees incurred by the Plan through stipulation by the Parties;

WHEREAS the Plan incurred legal fees and costs in February 2017 for, among other things, coordinating global settlement discussions, addressing numerous class action settlement issues, negotiating settlement terms with Plaintiffs, communications with multiple counsel and Plan fiduciaries regarding settlement issues and appearing at a deposition noticed by Plaintiffs;

WHEREAS the nature of the settlement in this case required the Plan to hire additional counsel to assist in some of the class action settlement issues;

WHEREAS the Plan has incurred legal fees and certain costs for the month of February 2017 in the amount of $18,136.47;

WHEREAS such fees and costs are payable as follows:

- $9,877.00 payable to Foundation Law Group, LLP, lead counsel for the Plan, focusing on settlement discussions with Plaintiffs and coordination of global settlement discussions;

- $2,543.75 payable to Brucker & Morra, APC, counsel for the Plan focusing on ERISA issues related to a settlement that the parties have almost finalized;

- $2,952.00 payable to Enenstein Ribakoff LaViña & Pham, local counsel for the Plan, focusing on preparing for and attending a deposition noticed by Plaintiffs;

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING FEBRUARY 2017

- $2,763.72 payable to Mitchell Silberberg & Knupp, LLP, counsel for the Plan focusing on class action settlement issues.

WHEREAS the Plan's invoices are attached hereto as Exhibit "A";

WHEREAS the invoices include outstanding balances, in addition to the billing for February 2017, because the Court only recently approved on March 9, 2017, the Stipulation re payment of fees incurred by the Plan in January 2017 [611];

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees for payment of the fees incurred by the Plan for the month of February 2017;

NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses for the month of December 2016, in the total amount of $18,136.47, shall be made from the funds held by LPL Financial for the benefit of the Plan with the specific breakdown of this total amount below;

2. $9,877.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

3. $2,543.75 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Brucker & Morra, APC;

4. $2,952.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Ribakoff LaViña & Pham;

5. $2,763.72 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Mitchell Silberberg & Knupp, LLP;

6. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

7. Payment of attorneys' fees and expenses for the month of February 2017 (per items 2, 3 4, and 5 above) shall be made from cash on hand.

DATED this 9th day of March 2017            DATED this 9th day of March 2017

**MANNING & KASS ELLROD**            **ENENSTEIN RIBAKOFF LaVIÑA**
**RAMIREZ, TRESTER LLP**            **& PHAM**

By: /s/ James E. Gibbons            By: /s/ Robert A. Rabbat
    *Attorneys for Plaintiffs*                *Attorneys for Defendant*
                                  *Suzuki Enterprises, Inc., Profit*
                                  *Sharing Plan*

DATED this 9th day of March 2017            DATED this 9th day of March 2017

**LAW OFFICES OF ROBERT W.**            **FOUNDATION LAW GROUP LLP**
**COHEN, A.P.C.**

By: : /s/ Robert W. Cohen            By: /s/ Gregg D. Zucker
    *Attorneys for Plaintiffs*                *Attorneys for Defendant*
                                    *Suzuki Enterprises, Inc., Profit*
                                  *Sharing Plan*

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this __10th__ day of __March__ , 2017.

_____
Cam Ferenbach
United States Magistrate Judge

4

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI
ENTERPRISES, INC., PROFIT SHARING PLAN DURING FEBRUARY 2017

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on the 10th day of March, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING JANUARY 2017** via mandatory electronic service via Pacer.  Parties may access this filing through the Court's CM/ECF.


_____/s/ Michelle Choto_____
Michelle Choto

# Exhibit A – the Plan's invoices



# INVOICE

Invoice # 1322
Date: 02/28/2017

Suzuki Enterprises, Inc. Profit Sharing Plan

## 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

## Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

| Type | Date | Attorney | Description | Quantity | Rate | Total |
|------|------|----------|-------------|----------|------|-------|
| Service | 02/01/2017 | Gregg Zucker | Numerous correspondence to client, Plaintiffs' counsel and class action settlement counsel regarding status, approval of settlement, timing and billing; review correspondence from client regarding same; review correspondence regarding revisions to settlement documentation; prepare correspondence to Plaintiffs' counsel and class action settlement counsel regarding same. | 1.00 | $595.00 | $595.00 |
| Service | 02/02/2017 | Gregg Zucker | Prepare and review correspondence regarding claims administration/sub-trust issues; strategize regarding client approval of settlement; prepare and review correspondence regarding revisions to motion for approval/notice and related documentation. | 0.80 | $595.00 | $476.00 |
| Service | 02/03/2017 | Gregg Zucker | Review and prepare numerous correspondence regarding settlement status and revisions to same; telephone conferences with Mr. Morgan regarding client concerns on same; strategize regarding same; coordinate conference call with client regarding same. | 1.10 | $595.00 | $654.50 |
| Service | 02/05/2017 | Gregg Zucker | Review correspondence regarding conference call with client; telephone conference with client regarding settlement issues; correspondence to client regarding same. | 1.40 | $595.00 | $833.00 |
| Service | 02/06/2017 | Gregg Zucker | Prepare and review numerous correspondence to/from Plaintiffs' counsel regarding settlement; strategize regarding same; correspondence to/from client regarding same and timing issues. | 0.90 | $595.00 | $535.50 |

| Service | 02/07/2017 | Gregg Zucker | Prepare and review numerous correspondence to/from client regarding timing of settlement and negotiation of terms; strategize regarding same; prepare and review numerous correspondence to/from Plaintiffs' counsel regarding sub-trust and settlement issues; telephone conference with Plaintiffs' counsel regarding same; review settlement agreement regarding same; telephone conference with ERISA counsel regarding same; strategize regarding same; telephone conference with Mr. Morgan regarding same; correspondence to ERISA counsel regarding sub-trust issues. | 2.50 | $595.00 | $1,487.50 |
| Service | 02/08/2017 | Gregg Zucker | Prepare and review correspondence to/from client regarding settlement issues; revise stipulation for payment of fees; correspondence to Plaintiffs' counsel regarding sub-trust issues; strategize regarding same. | 0.90 | $595.00 | $535.50 |
| Service | 02/09/2017 | Gregg Zucker | Strategize regarding settlement issues; correspondence to client regarding same. | 0.50 | $595.00 | $297.50 |
| Service | 02/10/2017 | Gregg Zucker | Telephone conference with Plaintiffs' counsel and prospective trustee for sub-trust regarding sub-trust fees and related issues; correspondence to Mr. Morgan regarding client direction and communications; strategize regarding same; review recent filings and correspondence regarding same. | 0.60 | $595.00 | $357.00 |
| Service | 02/13/2017 | Gregg Zucker | Telephone conference with Mr. Morgan regarding settlement issues; strategize regarding sub trust issues; correspondence to/from Boston Private regarding same; correspondence to/from ERISA counsel regarding same; strategize regarding same; telephone conferences with Boston Private regarding same; correspondence to Plaintiffs' counsel regarding status. | 1.90 | $595.00 | $1,130.50 |
| Service | 02/14/2017 | Gregg Zucker | Numerous correspondence and strategize regarding sub-trust and settlement issues; telephone conference with Boston Private regarding same. | 0.40 | $595.00 | $238.00 |
| Service | 02/15/2017 | Gregg Zucker | Telephone conference with Plaintiffs' counsel regarding settlement issues; telephone conference with Mr. Morgan regarding same; strategize regarding same; review recent filings; | 0.50 | $595.00 | $297.50 |

| | | | correspondence regarding attys fees stipulation. | | | |
|---|---|---|---|---|---|---|
| Service | 02/16/2017 | Gregg Zucker | Review filings; review and prepare correspondence regarding sub-trust issues; strategize regarding timing of settlement. | 0.40 | $595.00 | $238.00 |
| Service | 02/17/2017 | Gregg Zucker | Telephone conference with Mr. Morgan regarding settlement discussions; strategize regarding same. | 0.30 | $595.00 | $178.50 |
| Service | 02/20/2017 | Gregg Zucker | Telephone conferences with Mr. Morgan and Plaintiffs' counsel regarding settlement issues; strategize regarding same. | 0.40 | $595.00 | $238.00 |
| Service | 02/21/2017 | Gregg Zucker | Prepare and review correspondence regarding sub-trust and escrow issues. | 0.20 | $595.00 | $119.00 |
| Service | 02/22/2017 | Gregg Zucker | Telephone conference with Plaintiffs' counsel regarding subtrust and settlement issues; preliminary review of revised agreement; strategize regarding same; review filings; review report on deposition; correspondence to client regarding settlement; review correspondence from client regarding same; strategize regarding disconnect on same. | 1.40 | $595.00 | $833.00 |
| Service | 02/23/2017 | Gregg Zucker | Telephone conference with Mr. Morgan regarding settlement issues; strategize regarding same; review revised motion for preliminary approval; correspondence regarding same. | 0.50 | $595.00 | $297.50 |
| Service | 02/27/2017 | Gregg Zucker | Telephone conference with client regarding global settlement; strategize regarding same; correspondence to Mr. Morgan regarding same and timing; review court order on motion for summary judgment; review recent filings. | 0.90 | $595.00 | $535.50 |
| | | | | **Subtotal** | | **$9,877.00** |
| | | | | **Total** | | **$9,877.00** |

# Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| ( $29,754.00 | + | $9,877.00 | ) - ( | $0.00 | ) = | **$39,631.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1285 | 01/31/2017 | $29,754.00 | $0.00 | $29,754.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1322 | 02/28/2017 | $9,877.00 | $0.00 | $9,877.00 |

|  |  |  | Outstanding Balance | $39,631.00 |
|---|---|---|---|---|
|  |  |  | Total Amount Outstanding | $39,631.00 |

Payment is due upon receipt unless otherwise agreed in writing.

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Foundation Law Group LLP |
| | 445 S. Figueroa Street, Suite 3100 |
| | Los Angeles, CA 90071 |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | Chase Bank |
| | 749 Foothill Blvd. |
| | La Canada, CA 91011 |
| **Bank ABA/Routing #:** | 322271627 |
| **Name/Account #:** | Foundation Law Group LLP |
| | Account Number- 525388950 |
| **SWIFT:** | CHASUS33 |

Please include the invoice number 1322 as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees assessed by your financial institution.

You may also pay by Chase QuickPay at billing@foundationlaw.com



**BRUCKER & MORRA, APC**
10866 Wilshire Blvd., 10th Floor
Los Angeles, CA 90024
Ph: 310-475-7540 • F: 310-470-4806

A PROFESSIONAL CORPORATION

Gregg    Zucker
Foundation Law Group LLP
2049 Century Park East, Suite 2480
Los Angeles, CA 90067

Invoice Number        51650

February 21, 2017

Our Identifying Code for this Matter      FOUN4-11    MJS
Billing Cut Off                            Feb 27/17

Name of Matter:    PROFIT SHARING PLAN

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/27/17 | MJS | Advise Gregg regarding comments on sub trust. Work regarding sub trust. | 1.00 | 500.00 |
| 01/30/17 | MJS | Respond to mariko and Greg regarding sub trust. | 0.25 | 125.00 |
| 02/03/17 | MJS | Telephone conference with Jim, Jeff and Ed regarding sub trust and qualification as a settlement trust and payments to class settlement | 0.75 | 375.00 |
| 02/06/17 | AMB | Telephone conferences with Sesser regarding Sub Trust | 0.25 | 168.75 |
| 02/06/17 | MJS | Telephone conference with Gregg regarding sub trust and call with Heffler claims administrator. Emails with Gregg regarding same. | 0.25 | 125.00 |
| 02/07/17 | MJS | Respond to Mariko regarding use of sub trust. Telephone conference with Shauna Shalom regarding trustee for sub trust. Telephone conference with Gregg Zucker regarding concerns over fees for sub trust. Emails with Gregg regarding same. | 1.00 | 500.00 |
| 02/13/17 | MJS | Emails with Gregg regarding bank account fees and alternative to sub trust. Respond to emails from Shauna. | 0.75 | 375.00 |
| 02/21/17 | MJS | Emails with Greg regarding sub trust and payment to plaintiff. | 0.25 | 125.00 |

Invoice Number       51650                          Page   2                                   February 21, 2017

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/21/17 | MJS | Email to Greg regarding need for sub trust. | 0.25 | 125.00 |
| 02/24/17 | MJS | Review of revised settlement agreement. | 0.25 | 125.00 |
| | | Total for Professional Services | 5.00 | $2,543.75 |

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| Alex M Brucker | 0.25 | $675.00 | $168.75 |
| Meredith J. Sesser | 4.75 | $500.00 | $2,375.00 |

TOTAL CURRENT FEES AND COSTS                                      $2,543.75

Previous Balance                                                        $6,543.75
Previous Payments

**BALANCE DUE NOW**                                              **$9,087.50**

| Aging: | <=30 | <=60 | <=90 | <=120 | > 120 |
|---|---|---|---|---|---|
| | $9,087.50 | $0.00 | $0.00 | $0.00 | $0.00 |

**\* \* \* BALANCE DUE UPON RECEIPT \* \* \***

Invoice Number      51650                    Page   3                              February 21, 2017

# CREDIT CARD AUTHORIZATION FORM

Cardholder Name: _____

Credit Card Billing Address: _____

_____

Invoice Number: _____51650_____

Identifying Client Code: _____FOUN4-11    MJS_____

Credit Card #: _____

Expiration Date: _____ / _____  Security Code: _____

<u>Please Choose one:</u>

☐  One time payment of:          **$9,087.50**

Signature: _____

☐  Recurring monthly payments of: _____

Signature: _____

Please direct any inquiries to:   **Maria Lagman**

Brucker & Morra, APC
10866 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90024
310-954-2179 direct
310-470-4806 fax
mlagman@pensionlawyers.com

***We appreciate your business!***

### Enenstein Ribakoff LaViña & Pham

3960 Howard Hughes Pkwy, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Fax: (702) 920-8228

Suzuki Enterprises, Inc. Profit Sharing Plan

March 03, 2017
Invoice No. 21434

| Client: | Suzuki Enterprises, Inc. Profit Sharing Plan |
| --- | --- |
| Matter ID: | NV 400012.001 Suzuki adv. Takiguchi |

**For Services Rendered Through 2/28/2017**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 2/1/2017 | RAR | ADDRESS FEE APPLICATION AND ATTENDANCE AT UPCOMING DEPOSITION | 0.20 | $99.00 |
| 2/2/2017 | RAR | REVIEW AMENDED NOTICE OF DEPOSITION OF ICAG; EMAILS WITH COUNSEL RE SAME; ADDRESS ATTENDANCE OF DEPOSITION | 0.20 | $99.00 |
| 2/6/2017 | RAR | REVIEW AMENDED NOTICE OF DEPOSITION OF ICAG | 0.10 | $49.50 |
| 2/7/2017 | RAR | REVIEW INVOICES AND DRAFT STIPULATION FOR PAYMENT OF FEES FOR JANUARY 2017 | 0.90 | $445.50 |
| 2/8/2017 | RAR | ADDRESS FEE APPLICATION AND FOLLOW-UP | 0.20 | $99.00 |
| 2/9/2017 | RAR | REVISE STIPULATION RE FEES PURSUANT TO PLAINTIFFS' REQUEST REVISIONS; FINALIZE AND FILE SAME | 0.50 | $247.50 |
| 2/21/2017 | TJ | PREPARE FOR DEPOSITION (1.0); ATTEND DEPOSITION OF CHERYL SHINTAKU (3.5) | 4.50 | $1,912.50 |
| | | **Billable Hours / Fees:** | **6.60** | **$2,952.00** |

#### Timekeeper Summary

Timekeeper TJ worked 4.50 hours at $425.00 per hour, total $1,912.50.

Timekeeper RAR worked 2.10 hours at $495.00 per hour, total $1,039.50.

## Cost Detail

| Date | Description | Amount | Check No. |
| --- | --- | --- | --- |
| 12/31/2016 | DOCUMENT RETRIEVAL - PACER INV. # 4138789-Q42016 (MASTERCARD - RAR) | $23.30 | |
| | **Total Costs:** | **$23.30** | |

Continued On Next Page

|  |  |  |  |
|---|---:|---|---|
| **Prior Balance:** | $1,837.00 |  |  |
| **Payments Received:** | ($0.00) | **Last Payment:** | 2/1/2017 |
| **Current Fees:** | $2,952.00 |  |  |
| **Advanced Costs:** | $23.30 |  |  |
| **Administrative Cost/Late Charges:** | $0.00 |  |  |
| **Amount to be Applied from Trust:** | ($0.00) |  |  |
| **TOTAL AMOUNT DUE:** | **$4,812.30** |  |  |

Thank You For Your Business

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Foundation Law Group, LLP                          00189  48129
                                                   Invoice: 357074

                                                   March 8, 2017

**LEGAL SERVICES RENDERED** through February 28, 2017

Re:     Class Settlement Consulting              3,070.80
                                                              3,070.80
                                                              _____
                                                              3,070.80

Less courtesy adjustment:                                     (307.08)
                                                              _____
Subtotal - current charges:                                   2,763.72

11377 West Olympic Boulevard, Los Angeles, California  90064-1683
Phone: (310) 312-2000     Fax: (310) 312-3100     TIN: 95-1883538

msk

Foundation Law Group, LLP

00189  48129
Invoice: 357074

March 8, 2017
Page 2

## Class Settlement Consulting

**Fees through February 28, 2017:**

| | | | | |
|---|---|---|---|---|
| 02/01/17 | Review class notice (.3); prepare for and conference with counsel regarding documentation issues (.4) | J. DURRANT | 0.70 | 500.85 |
| 02/01/17 | Prepare class notice; review and revise claim form; review and revise motion for preliminary approval order; review and analyze administration issues. | J. RICHARDSON | 2.20 | 1,435.50 |
| 02/02/17 | Review and analyze settlement administration issues. | J. RICHARDSON | 0.60 | 391.50 |
| 02/06/17 | Review and analyze settlement issues. | J. RICHARDSON | 0.70 | 456.75 |
| 02/08/17 | Legal analysis concerning CAFA | J. DURRANT | 0.40 | 286.20 |

| | |
|---|---|
| 10% courtesy discount | (307.08) |
| Total Fees: | $2,763.72 |

## Billing Summary

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| J. DURRANT | 1.10 | hours at | $715.50 | = | 787.05 |
| J. RICHARDSON | 3.50 | hours at | $652.50 | = | 2,283.75 |
| SUMMARY TOTALS | 4.60 | | | | 3,070.80 |

**msk**

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Foundation Law Group, LLP

00189  48129
Invoice: 357074

March 8, 2017

# REMITTANCE
**(please include with payment)**

| | |
|---|---|
| Current Fees: | 2,763.72 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$2,763.72** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064

**Wire/ACH Transfer Instructions:**
| | |
|---|---|
| Routing Number or ABA: | 121000248 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 420 Montgomery, San Francisco, CA 94104 |
| Beneficiary Account No.: | 4159349430 |
| Beneficiary Account Name: | Mitchell Silberberg & Knupp LLP |
| For International Transfers: | Swift  BIC WFBIUS6S |

For ACH inquiries only, please contact Elizabeth Carrera at exc@msk.com

☐ I am able to receive future statements via email. Please send them to:

Contact name: _____

Email address: _____