GREGG ZUCKER, ESQ.
Cal. Bar No. 166692 (*pro hac vice*)
Email: gregg@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
2049 Century Park E., Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-7561
Facsimile: (310) 979-8701
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated, <br><br> Plaintiffs, <br> v. <br><br> MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500, <br><br> Defendants. | Case No.: 2:13-cv-01183-HDM-NJK <br> ORDER GRANTING <br> **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING MARCH/APRIL 2017** |

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI
ENTERPRISES, INC., PROFIT SHARING PLAN DURING MARCH/APRIL 2017

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2016, the Court issued its order [550] ("Order re Fees") approving the Stipulation re Payment of Attorneys' Fees [549] ("Stipulation re Fees"), providing a procedure for payment of legal fees and costs from Plan funds that are presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Plan incurred legal fees and costs in March and the first week of April 2017, in the amount of $11,578.50, for coordinating global settlement discussions, negotiating with Plaintiffs, communications with multiple counsel and Plan fiduciaries regarding settlement issues, and appearing at a mediation;

WHEREAS such fees and costs are payable as follows:

- $11,305.00 payable to Foundation Law Group, LLP, lead counsel for the Plan, focusing on settlement discussions with Plaintiffs and coordination of global settlement discussions; and

- $273.50 payable to Enenstein Ribakoff LaViña & Pham, local counsel for the Plan, focusing on document preparation;

WHEREAS the Plan's invoices are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees through this Stipulation;

NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses for the month of March and first week of April 2017, in the total amount of $11,578.50, shall be made from the funds held by LPL Financial for the benefit of the Plan with the specific breakdown of this total amount below;

2. $11,305.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

2

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING MARCH/APRIL 2017

3. $273.50. of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Ribakoff LaViña & Pham;

4. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

5. Payment of attorneys' fees and expenses for the month of March and first week of April 2017 (per items 2 and 3 above) shall be made from cash on hand that is held in the name of the Plan.

DATED this 7th day of April 2017          DATED this 7th day of April 2017

**MANNING & KASS ELLROD**          **ENENSTEIN RIBAKOFF LaVIÑA**
**RAMIREZ, TRESTER LLP**              **& PHAM**

By: /s/ James E. Gibbons                  By: /s/ Robert A. Rabbat
*Attorneys for Plaintiffs*                *Attorneys for Suzuki Enterprises, Inc.,*
                                          *Profit Sharing Plan*

DATED this 7th day of April 2017          DATED this 7th day of April 2017

**LAW OFFICES OF ROBERT W.**          **FOUNDATION LAW GROUP LLP**
**COHEN, A.P.C.**

By: : /s/ Robert W. Cohen                 By: /s/ Gregg D. Zucker
*Attorneys for Plaintiffs*                *Attorneys for Suzuki Enterprises,*
                                          *Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this 13th day of ___April___, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on the 7th day of April, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING MARCH/APRIL 2017** via mandatory electronic service via Pacer.  Parties may access this filing through the Court's CM/ECF.

<u>        /s/ Michelle Choto                    </u>
Michelle Choto

**Exhibit A – the Plan's invoices**



# INVOICE

Invoice # 1384
Date: 04/06/2017

Suzuki Enterprises, Inc. Profit Sharing Plan

## 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

## Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

| Type | Date | Attorney | Description | Quantity | Rate | Total |
|------|------|----------|-------------|----------|------|-------|
| Service | 03/01/2017 | Gregg Zucker | Telephone conference with Plaintiffs' counsel regarding settlement status and global settlement; review correspondence from Plaintiffs' counsel regarding same; correspondence to Mr. Morgan regarding same; strategize regarding same and mediation schedule. | 0.40 | $595.00 | $238.00 |
| Service | 03/02/2017 | Gregg Zucker | Telephone conferences with Plaintiffs' counsel regarding global settlement, communications with mediators and settlement issues; strategize regarding same; review filings. | 1.00 | $595.00 | $595.00 |
| Service | 03/03/2017 | Gregg Zucker | Prepare and review correspondence regarding selection of mediator. | 0.20 | $595.00 | $119.00 |
| Service | 03/06/2017 | Gregg Zucker | Prepare and review numerous correspondence to/from client, plaintiffs' counsel and mediator regarding global settlement; review terms of mediation and execute agreement on same. | 0.50 | $595.00 | $297.50 |
| Service | 03/07/2017 | Gregg Zucker | Correspondence regarding mediation; telephone conference with Plaintiffs' counsel regarding same; strategize regarding same; correspondence to Plaintiffs' counsel regarding scheduling; strategize regarding same. | 0.50 | $595.00 | $297.50 |
| Service | 03/08/2017 | Gregg Zucker | Prepare and review correspondence regarding mediation; prepare stipulations for response to complaint and attys fees; correspondence to/from Plaintiffs' counsel regarding same; telephone conference with Plaintiffs' counsel regarding mediation; strategize regarding same; | 3.10 | $595.00 | $1,844.50 |

| | | | review correspondence regarding service of Catherine Suzuki; correspondence to client regarding same; review recent filings. | | | |
|---|---|---|---|---|---|---|
| Service | 03/09/2017 | Gregg Zucker | Review order approving stipulation; correspondence to and telephone conference with LPL regarding attorneys' fees distributions; numerous correspondence regarding mediation. | 0.80 | $595.00 | $476.00 |
| Service | 03/13/2017 | Gregg Zucker | Correspondence to mediator in lieu of mediation brief; telephone conference with mediator regarding same; telephone conference with Plaintiffs' counsel and Mr. Morgan regarding same; correspondence to/from Mr. Morgan and Plaintiffs' counsel regarding same; strategize regarding mediation. | 1.10 | $595.00 | $654.50 |
| Service | 03/15/2017 | Gregg Zucker | Telephone conference with Mr. Morgan and Plaintiffs' counsel regarding settlement issues; review Plaintiffs' mediation brief; telephone conference with local counsel regarding prospective trial schedule; strategize regarding same; correspondence to/from ERISA counsel regarding settlement terms; strategize regarding same. | 0.60 | $595.00 | $357.00 |
| Service | 03/16/2017 | Gregg Zucker | Telephone conference with mediator regarding mediation briefs; telephone conference with Plaintiffs' counsel regarding same and settlement potential; strategize regarding same and mediation approach. | 1.40 | $595.00 | $833.00 |
| Service | 03/19/2017 | Gregg Zucker | Strategize regarding mediation; correspondence to counsel regarding availability. | 0.20 | $595.00 | $119.00 |
| Service | 03/20/2017 | Gregg Zucker | Prepare for and telephone conference with mediation regarding settlement issues; prepare for mediation; attend mediation; conference with Mr. Morgan and Plaintiffs' counsel post-mediation; strategize regarding same; correspondence to Mr. Morgan regarding same; review stipulation to extend date for pre-trial order; correspondence to Plaintiffs' counsel regarding same. | 5.80 | $595.00 | $3,451.00 |
| Service | 03/21/2017 | Gregg Zucker | Review correspondence regarding mediation; prepare correspondence regarding pre-trial order; strategize regarding settlement negotiations; telephone conference with Mr. Morgan | 1.10 | $595.00 | $654.50 |

| | | | regarding same; telephone conference with Plaintiffs' counsel regarding mediation issues. | | | |
|---|---|---|---|---|---|---|
| Service | 03/22/2017 | Gregg Zucker | Telephone conference with Mr. Morgan regarding settlement issues; strategize regarding same. | 0.30 | $595.00 | $178.50 |
| Service | 03/28/2017 | Gregg Zucker | Correspondence and telephone conference with Plaintiffs' counsel regarding settlement issues; review correspondence from Mr. Morgan regarding settlement; telephone conference with Mr. Morgan regarding same; review magistrate recusal; telephone conference with Plaintiffs' counsel regarding same; strategize regarding same. | 0.70 | $595.00 | $416.50 |
| Service | 04/06/2017 | Gregg Zucker | Correspondence to/from local counsel regarding settlement status; strategize regarding same; telephone conferences with and correspondence to Mr. Morgan regarding same. | 1.30 | $595.00 | $773.50 |

| | **Subtotal** | **$11,305.00** |
|---|---|---|
| | **Total** | **$11,305.00** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $11,305.00 | ) - ( | $0.00 | ) = | **$11,305.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1384 | 04/06/2017 | $11,305.00 | $0.00 | $11,305.00 |
| | | | **Outstanding Balance** | **$11,305.00** |
| | | | **Total Amount Outstanding** | **$11,305.00** |

Payment is due upon receipt unless otherwise agreed in writing.

# Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Foundation Law Group LLP<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071 |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | Chase Bank<br>749 Foothill Blvd.<br>La Canada, CA 91011 |
| **Bank ABA/Routing #:** | 322271627 |
| **Name/Account #:** | Foundation Law Group LLP<br>Account Number- 525388950 |
| **SWIFT:** | CHASUS33 |

Please include the invoice number 1384 as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees assessed by your financial institution.

You may also pay by Chase QuickPay at billing@foundationlaw.com

**Enenstein Ribakoff LaViña & Pham**

3960 Howard Hughes Pkwy, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Fax: (702) 920-8228

Suzuki Enterprises, Inc. Profit Sharing Plan

April 04, 2017
Invoice No. 21705

| | |
|---|---|
| Client: | Suzuki Enterprises, Inc. Profit Sharing Plan |
| Matter ID: | NV 400012.001 Suzuki adv. Takiguchi |

**For Services Rendered Through 3/31/2017**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/9/2017 | RAR | DRAFT STIPULATION RE PAYMENT OF FEES | 0.30 | $148.50 |
| 3/9/2017 | RAR | TELEPHONE CALL WITH CO-COUNSEL RE FEE APPLICATION AND MEDIATION | 0.20 | $99.00 |
| | | Billable Hours / Fees: | **0.50** | **$247.50** |

**Timekeeper Summary**

Timekeeper RAR worked 0.50 hours at $495.00 per hour, total $247.50.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 12/31/2016 | DOCUMENT RETRIEVAL - PACER INV. # 4138789-Q42016 (MASTERCARD - RAR) | $3.80 | |
| | Total Costs: | **$3.80** | |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 03/15/2017 | Check Number 104784800 (Bank of America) | ($1,838.28) |
| 03/17/2017 | Check Number 104786603 (Bank of America) | ($2,952.00) |
| | Total Payments Received: | **($4,790.28)** |

Continued On Next Page

| | | | |
|---|---|---|---|
| **Prior Balance:** | $4,812.30 | | |
| **Payments Received:** | ($3,521.53) | **Last Payment:** | 3/17/2017 |
| **Current Fees:** | $247.50 | | |
| **Advanced Costs:** | $3.80 | | |
| **Administrative Cost/Late Charges:** | $0.18 | | |
| **Amount to be Applied from Trust:** | ($1,268.75) | | |
| **TOTAL AMOUNT DUE:** | **$273.50** | | |

Thank You For Your Business