**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, et al., | 2:13-cv-01183-HDM-NJK |
| Plaintiffs, | |
| | ORDER |
| vs. | |
| MRI INTERNATIONAL, INC., et al., | |
| Defendants. | |

Damon Key's motion to file a surreply to plaintiffs' reply to response to the application for an order to show cause (ECF No. 641) is granted. Damon Key shall file its surreply, attached as Exhibit 1 to the motion, on or before April 24, 2017.

IT IS SO ORDERED.

DATED: This 19th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE