GREGG ZUCKER, ESQ.
Cal. Bar No. 166692 (*pro hac vice*)
Email: gregg@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
2049 Century Park E., Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-7561
Facsimile: (310) 979-8701
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING APRIL 2017** |

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING APRIL 2017

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2016, the Court issued its order [550] ("Order re Fees") approving the Stipulation re Payment of Attorneys' Fees [549] ("Stipulation re Fees"), providing a procedure for payment of legal fees and costs from Plan funds that are presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Plan incurred legal fees and costs in April 2017, in the amount of $6,274.12, for coordinating global settlement discussions, negotiating with Plaintiffs, communications with multiple counsel and Plan fiduciaries regarding settlement issues, and preparing an Answer and Initial Disclosures on behalf of the Plan;

WHEREAS such fees and costs are payable as follows:

- $3,748.50 payable to Foundation Law Group, LLP, lead counsel for the Plan, focusing on settlement discussions with Plaintiffs and coordination of global settlement discussions; and
- $2,525.62 payable to Enenstein Ribakoff LaViña & Pham, local counsel for the Plan, focusing on document preparation;

WHEREAS the Plan's invoices are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees through this Stipulation;

NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses for the month of April 2017, in the total amount of $6,274.12, shall be made from the funds held by LPL Financial for the benefit of the Plan with the specific breakdown of this total amount below;

2. $3,748.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

3. $2,525.62 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Ribakoff LaViña & Pham;

4. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

5. Payment of attorneys' fees and expenses for the month of April 2017 (per items 2 and 3 above) shall be made from cash on hand that is held in the name of the Plan.

DATED this 3rd day of May, 2017

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons
   *Attorneys for Plaintiffs*

DATED this 3rd day of May, 2017

**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**

By: /s/ Robert A. Rabbat
   *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED this 3rd day of May, 2017

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**

By: : /s/ Robert W. Cohen
   *Attorneys for Plaintiffs*

DATED this 3rd day of May, 2017

**FOUNDATION LAW GROUP LLP**

By: /s/ Gregg D. Zucker
   *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this __8th__ day of __May__, 2017.

*Howard D. McKibben*
_____

3
STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING APRIL 2017