GREGG ZUCKER, ESQ.
Cal. Bar No. 166692 (*pro hac vice*)
Email: gregg@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
2049 Century Park E., Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-7561
Facsimile: (310) 979-8701
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant*
*Suzuki Enterprises, Inc. Profit Sharing Plan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>  Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>  Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br>ORDER GRANTING<br><br>**STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING MAY 2017** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2016, the Court issued its order [550] ("Order re Fees") approving the Stipulation re Payment of Attorneys' Fees [549] ("Stipulation re Fees"), providing a procedure for payment of legal fees and costs from Plan funds that are presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Plan incurred legal fees and costs in May 2017 in the amount of $26,793.50, in connection with: coordinating global settlement discussions, communications with multiple counsel, Plan fiduciaries and the Court regarding settlement issues, preparing an Answer and Initial Disclosures, and commencing work on the Pre-Trial Order;

WHEREAS such fees and costs are payable as follows:

- $13,506.50 payable to Foundation Law Group, LLP, lead counsel for the Plan; and
- $13,286.50 payable to Enenstein Ribakoff LaViña & Pham, local counsel for the Plan;

WHEREAS the invoices for the Plan's legal fees with specific descriptions of the work accomplished are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees through this Stipulation;

NOW, therefore, the Parties stipulate that:

1. Payment of the Plan's legal fees and expenses for the month of May 2017, in the total amount of $26,793.00, shall be made from the funds held by LPL Financial for the benefit of the Plan with the specific breakdown of this total amount below;

2. $13,506.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

3. $13,286.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Ribakoff LaViña & Pham;

4. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

5. Payment of attorneys' fees and expenses for the month of May 2017 (per items 2 and 3 above) shall be made from cash on hand that is held in the name of the Plan.

DATED this 2nd day of June, 2017                   DATED this 2nd day of June, 2017

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**          **ENENSTEIN RIBAKOFF LaVIÑA & PHAM**

By: /s/ James E. Gibbons                            By: /s/ Robert A. Rabbat
   *Attorneys for Plaintiffs*                          *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED this 2nd day of June, 2017                   DATED this 2nd day of June, 2017

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**              **FOUNDATION LAW GROUP LLP**

By: : /s/ Robert W. Cohen                           By: /s/ Gregg D. Zucker
   *Attorneys for Plaintiffs*                          *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this __5th__ day of ___June___, 2017.

_____
United States District Judge

# **CERTIFICATE OF SERVICE**

    Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on the 2nd day of June, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING MAY 2017** via mandatory electronic service via Pacer.  Parties may access this filing through the Court's CM/ECF.

                                    /s/ Michelle Choto
                                         Michelle Choto

**Exhibit A – the Plan's invoices**



# INVOICE

Invoice # 1459
Date: 05/31/2017

Suzuki Enterprises, Inc. Profit Sharing Plan

## 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

## Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

| Type | Date | Attorney | Description | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | 05/01/2017 | Gregg Zucker | Review correspondence from Plaintiffs' counsel regarding settlement issues; telephone conferences with Mr. Morgan regarding same; strategize regarding same; correspondence to/from Mr. Morgan regarding same; correspondence to client regarding non-global settlement; correspondence to Mr. Rabbat and telephone conferences with Mr. Rabbat regarding Answer and Initial Disclosures; strategize regarding same. | 1.00 | $595.00 | $595.00 |
| Service | 05/02/2017 | Gregg Zucker | Strategize regarding Answer and Initial Disclosures; review subpoena re ICAG; telephone conference with Mr. Morgan regarding same and settlement discussions; strategize regarding experts; correspondence regarding same. | 1.00 | $595.00 | $595.00 |
| Service | 05/03/2017 | Gregg Zucker | Review expert disclosures; telephone conferences with Mr. Morgan, Mr. Rabbat and experts regarding same; strategize regarding same; telephone conference with Plaintiffs' counsel regarding same and settlement discussions; correspondence to/from Plaintiffs' counsel regarding same; review Initial Disclosures; strategize regarding same. | 2.70 | $595.00 | $1,606.50 |
| Service | 05/04/2017 | Gregg Zucker | Review and revise draft Initial Disclosures; review draft Answer; strategize regarding same; strategize regarding experts and trial preparation; prepare numerous correspondence regarding same. | 2.20 | $595.00 | $1,309.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/05/2017 | Gregg Zucker | Coordinate preparation of Answer and Initial Disclosures; review and revise same; strategize regarding same; correspondence regarding same; telephone conferences with Mr. Morgan regarding same; telephone conferences with local counsel regarding same. | 2.60 | $595.00 | $1,547.00 |
| Service | 05/07/2017 | Gregg Zucker | Strategize regarding Certificate of Interested Parties and additional information needed; strategize regarding pre-trial order requirements. | 0.30 | $595.00 | $178.50 |
| Service | 05/08/2017 | Gregg Zucker | Telephone conference with Mr. Morgan regarding settlement status; strategize regarding same; review Suzuki Answer and recent Orders from Court. | 0.60 | $595.00 | $357.00 |
| Service | 05/09/2017 | Gregg Zucker | Review correspondence regarding pre-trial order; correspondence to Messrs. Morgan and Rabbat regarding same; strategize regarding same; coordinate preparation of inserts into pre-trial order; correspondence regarding status of settlement offers; telephone conferences with Mr. Morgan and Plaintiffs' counsel regarding same; review and prepare correspondence from/to Plaintiffs' counsel regarding expert disclosure issues. | 0.90 | $595.00 | $535.50 |
| Service | 05/10/2017 | Gregg Zucker | Review and prepare correspondence regarding timing of expert disclosures; strategize regarding same; telephone conferences with Mr. Morgan and Plaintiffs' counsel regarding settlement status; prepare and review correspondence regarding pre-trial order; review documents for same and use at trial; strategize regarding same; correspondence with local counsel regarding ERISA law issues for inclusion into pre-trial order; correspondence to Plaintiffs' counsel regarding trial dates; telephone conference with Mr. Morgan regarding same; correspondence to Plaintiffs' counsel regarding service of additional defendants. | 1.90 | $595.00 | $1,130.50 |
| Service | 05/11/2017 | Gregg Zucker | Telephone conference with Plaintiffs' counsel and telephone calls to Mr. Morgan regarding settlement status; strategize regarding pre-trial order; correspondence to Mr. Rabbat regarding same; revise same; review and revise stipulation on same; review court order on same; correspondence regarding same. | 1.10 | $595.00 | $654.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/12/2017 | Gregg Zucker | Telephone conference with court regarding pre-trial order and settlement; correspondence to Plaintiffs' counsel regarding settlement agreement; strategize regarding same; review court order on pre-trial conference; calendaring new deadlines/conferences. | 0.70 | $595.00 | $416.50 |
| Service | 05/15/2017 | Gregg Zucker | Telephone conferences with Plaintiffs' counsel and Mr. Morgan regarding settlement discussions; strategize regarding same; correspondence to Mr. Morgan regarding same; correspondence to Plaintiffs' counsel regarding same; correspondence to client regarding same. | 1.30 | $595.00 | $773.50 |
| Service | 05/16/2017 | Gregg Zucker | Telephone conferences with and correspondence from/to Plaintiffs' counsel and Mr. Morgan regarding settlement; strategize regarding same. | 1.00 | $595.00 | $595.00 |
| Service | 05/17/2017 | Gregg Zucker | Prepare and review correspondence regarding SEI Plan balance. | 0.10 | $595.00 | $59.50 |
| Service | 05/18/2017 | Gregg Zucker | Review and prepare correspondence from/to Mr. Morgan and Plaintiffs' counsel regarding settlement; strategize regarding same; telephone conference with Plaintiffs' counsel regarding same; review settlement agreement; review prior correspondence regarding prior drafts of settlement. | 1.40 | $595.00 | $833.00 |
| Service | 05/19/2017 | Gregg Zucker | Review correspondence regarding settlement; telephone conference with Mr. Morgan regarding same; strategize regarding same. | 0.30 | $595.00 | $178.50 |
| Service | 05/21/2017 | Gregg Zucker | Strategize regarding Plaintiffs' recent settlement demand; telephone conference with Mr. Morgan regarding same. | 0.20 | $595.00 | $119.00 |
| Service | 05/22/2017 | Gregg Zucker | Review and prepare correspondence regarding telephone call on settlement issues; telephone conference with Mr. Morgan and Plaintiffs' counsel regarding same; correspondence to Mr. Morgan regarding account balance. | 0.40 | $595.00 | $238.00 |
| Service | 05/23/2017 | Gregg Zucker | Correspondence with Mr. Morgan and local counsel regarding settlement issues. | 0.10 | $595.00 | $59.50 |
| Service | 05/24/2017 | Gregg Zucker | Review correspondence regarding settlement issues; review motion for preliminary approval of Sterling settlement; correspondence to Plaintiffs' | 0.30 | $595.00 | $178.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | counsel regarding same; strategize regarding same. | | | |
| Service | 05/25/2017 | Gregg Zucker | Review and prepare correspondence from/to Plaintiffs' counsel regarding settlement issues; telephone conference with Mr. Morgan regarding plan contribution issues; prepare for and telephone conference with court regarding status of settlement discussions; strategize regarding plan contribution issues; correspondence to client regarding same; calendaring additional/new court conference and pre-trial order dates; prepare and review correspondence to/from Plaintiffs' counsel regarding final approval issues. | 1.40 | $595.00 | $833.00 |
| Service | 05/26/2017 | Gregg Zucker | Review minute orders from court; calendaring new dates/times for hearing; review correspondence from clerk. | 0.30 | $595.00 | $178.50 |
| Service | 05/30/2017 | Gregg Zucker | Review correspondence from Plaintiffs' counsel regarding settlement agreement; telephone conference with Plaintiffs' counsel regarding same; correspondence to/from court clerk regarding hearing on Sterling settlement; review recent orders regarding upcoming hearings and attorneys' fees. | 0.60 | $595.00 | $357.00 |
| Service | 05/31/2017 | Gregg Zucker | Preliminary review of redlined settlement agreement; correspondence to Mr. Morgan regarding same. | 0.30 | $595.00 | $178.50 |
| | | | | | **Subtotal** | $13,506.50 |
| | | | | | **Total** | $13,506.50 |

## Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| (  $0.00 | + | $13,506.50 | ) - ( | $0.00 | ) = | **$13,506.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1459 | 05/31/2017 | $13,506.50 | $0.00 | $13,506.50 |
| | | | **Outstanding Balance** | **$13,506.50** |
| | | | **Total Amount Outstanding** | **$13,506.50** |

Payment is due upon receipt unless otherwise agreed in writing.

## Remittance Advice

| **Checking Information** | |
|---|---|
| **Remit checks to:** | Foundation Law Group LLP<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071 |

| **Wire Transfer Information** | |
|---|---|
| **Bank Name/Address:** | Chase Bank<br>749 Foothill Blvd.<br>La Canada, CA 91011 |
| **Bank ABA/Routing #:** | 322271627 |
| **Name/Account #:** | Foundation Law Group LLP<br>Account Number- 525388950 |
| **SWIFT:** | CHASUS33 |

Please include the invoice number 1459 as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees assessed by your financial institution.

You may also pay by Chase QuickPay at billing@foundationlaw.com

**Enenstein Ribakoff LaViña & Pham**

3960 Howard Hughes Pkwy, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Fax: (702) 920-8228

Suzuki Enterprises, Inc. Profit Sharing Plan

May 31, 2017
Invoice No. 22399

Client:     Suzuki Enterprises, Inc. Profit Sharing Plan

Matter ID:  NV 400012.001 Suzuki adv. Takiguchi

**For Services Rendered Through 5/31/2017**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/2017 | RAR | CONFER RE ANSWER AND INITIAL DISCLOSURES; CONTINUE PREPARATION OF ANSWER | 2.00 | $990.00 |
| 5/2/2017 | RAR | CONTINUE DRAFTING ANSWER TO FIFTH AMENDED COMPLAINT; REVIEW SCHEDULING ORDER AND RULES REGARDING EXPERT DESIGNATIONS; TELEPHONE CONFERENCES WITH CO-COUNSEL RE SAME; ADDRESS INITIAL DISCLOSURES | 2.80 | $1,386.00 |
| 5/3/2017 | RAR | PREPARE AND SUBMIT STIPULATION RE PAYMENT OF FEES FOR APRIL; EMAILS RE SAME | 0.40 | $198.00 |
| 5/3/2017 | RAR | CONTINUE DRAFTING INITIAL DISCLOSURES | 1.20 | $594.00 |
| 5/3/2017 | RAR | CONTINUE DRAFTING ANSWER TO FIFTH AMENDED COMPLAINT | 1.00 | $495.00 |
| 5/4/2017 | RAR | CONTINUE DRAFTING ANSWER TO FIFTH AMENDED COMPLAINT; LEGAL RESEARCH REGARDING APPLICABLE STATUTES OF LIMITATION TO VARIOUS CAUSES OF ACTION IN FIFTH AMENDED COMPLAINT FOR USE IN DRAFTING ANSWER TO FIFTH AMENDED COMPLAINT | 4.90 | $2,425.50 |
| 5/4/2017 | RAR | CONTINUE DRAFTING PLAN INITIAL DISCLOSURES; REVIEW FILED DOCUMENTS AND OTHER AVAILABLE MATERIALS FOR USE IN DRAFTING INITIAL DISCLOSURES | 1.00 | $495.00 |
| 5/5/2017 | RAR | CONTINUE DRAFTING AND FINALIZE ANSWER TO FIFTH AMENDED COMPLAINT ON BEHALF OF PLAN | 5.20 | $2,574.00 |
| 5/5/2017 | RAR | CONTINUE REVIEW AND ANALYSIS OF AVAILABLE DOCUMENTS FOR USE IN DRAFTING INITIAL DISCLOSURES (.9); CONTINUE DRAFTING AND FINALIZE INITIAL DISCLOSURES ON BEHALF OF PLAN (.2); DRAFT CERTIFICATE OF INTERESTED PARTIES (.2) | 1.30 | $643.50 |
| 5/8/2017 | RAR | TELEPHONE CALL WITH ERISA COUNSEL RE CERTIFICATE OF INTERESTED PARTIES; EMAIL EXCHANGES RE SAME; REVISE AND FINALIZE CERTIFICATE OF INTERESTED PARTIES BASED ON DISCUSSIONS WITH ERISA COUNSEL | 0.50 | $247.50 |
| 5/9/2017 | RAR | ADDRESS PREPARATION OF JOINT PRE-TRIAL ORDER; REVIEW PLAINTIFFS' DRAFT JOINT PRE-TRIAL ORDER; FINALIZE AND FILE CERTIFICATE OF INTERESTED PARTIES | 1.20 | $594.00 |
| 5/10/2017 | MC | PREPARED TRIAL EXHIBITS AND LOG FOR ATTORNEY'S REVIEW RE JOINT PRE-TRIAL DISCLOSURES. | 0.50 | $70.00 |
| 5/10/2017 | RAR | REVIEW CORRESPONDENCE REGARDING ERISA ISSUES; ADDRESS JOINT PRE-TRIAL ORDER | 1.20 | $594.00 |

Continued On Next Page

**Matter ID:** NV 400012.001

5/31/2017
Page: 2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 5/11/2017 | RAR | REVIEW AND ANALYZE DRAFT JOINT PRE-TRIAL ORDER AND DRAFT PLAN ADDITIONS TO SAME; REVIEW DOCUMENTS TO BE IDENTIFIED AS EXHIBITS AND IDENTIFY IN PROPOSED PRE-TRIAL ORDER ADDITIONS; REVIEW ERISA RELATED LEGAL RESEARCH FOR USE IN CRAFTING PLAN ADDITIONS TO JOINT PRE-TRIAL ORDER; REVIEW LOCAL RULES REGARDING JOINT PRE TRIAL ORDER | 2.70 | $1,336.50 |
| 5/11/2017 | RAR | REVIEW MINUTE ORDER RE TELEPHONIC STATUS CONFERENCE SET WITH COURT | 0.10 | $49.50 |
| 5/12/2017 | RAR | PARTICIPATE IN TELEPHONIC STATUS CONFERENCE | 0.50 | $247.50 |
| 5/12/2017 | RAR | REVIEW EMAILS RE SETTLEMENT AND SCHEDULING; REVIEW MINUTE ORDER RE DATES AND STATUS CONFERENCE | 0.20 | $99.00 |
| 5/25/2017 | RAR | ATTEND TELEPHONIC STATUS CONFERENCE WITH COURT AND ALL COUNSEL | 0.40 | $198.00 |
| 5/26/2017 | RAR | REVIEW MINUTE ORDERS OF COURT RE STATUS CONFERENCE AND CONTINUANCES | 0.10 | $49.50 |
| | | **Billable Hours / Fees:** | **27.20** | **$13,286.50** |

**Timekeeper Summary**

Timekeeper MC worked 0.50 hours at $140.00 per hour, total $70.00.

Timekeeper RAR worked 26.70 hours at $495.00 per hour, total $13,216.50.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 01/10/2017 | DOCUMENT RETRIEVAL - PACER INV. # 4138789-Q12017 | $2.50 | |
| 01/13/2017 | DOCUMENT RETRIEVAL - PACER INV. # 4138789-Q12017 | $2.10 | |
| 02/21/2017 | DOCUMENT RETRIEVAL - PACER INV. # 4138789 | $4.20 | |
| 03/16/2017 | DOCUMENT RETRIEVAL - PACER INV. # 4138789-Q12017 | $0.70 | |
| 03/16/2017 | DOCUMENT RETRIEVAL - PACER INV. # 4138789-Q12017 | $0.70 | |
| | **Total Costs:** | **$10.20** | |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 05/31/2017 | Check Number 104827076 (Bank of America) | ($2,525.62) |
| | **Total Payments Received:** | **($2,525.62)** |

Continued On Next Page

**Matter ID:** NV 400012.001

5/31/2017
Page: 3

___

|  |  |  |  |
|---|---:|---|---:|
| **Prior Balance:** | $2,525.62 |  |  |
| **Payments Received:** | ($2,525.62) | **Last Payment:** | 5/31/2017 |
| **Current Fees:** | $13,286.50 |  |  |
| **Advanced Costs:** | $10.20 |  |  |
| **Administrative Cost/Late Charges:** | $0.00 |  |  |
| **Amount to be Applied from Trust:** | ($0.00) |  |  |
| **TOTAL AMOUNT DUE:** | **$13,296.70** |  |  |

Thank You For Your Business