# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>　　　　　　　Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>ORDER GRANTING **STIPULATION AND [PROPOSED] ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING JULY 2017** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2016, the Court issued its order [550] ("Order re Fees") approving the Stipulation re Payment of Attorneys' Fees [549] ("Stipulation re Fees"), providing a procedure for payment of legal fees and costs from Plan funds that are presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Plan incurred legal fees and costs in July 2017 in the amount of $13,025.50, in connection with: coordinating global settlement discussions, communications with multiple counsel, Plan fiduciaries and the Court regarding settlement issues, and research regarding ERISA issues;

WHEREAS such fees and costs are payable as follows:

- $10,591.00 payable to Foundation Law Group LLP, lead counsel for the Plan;
- $1,309.50 payable to Enenstein Pham & Glass, local counsel for the Plan;
- $1,125.00 payable Brucker & Morra, APC, ERISA counsel for the Plan.

WHEREAS the invoices for the Plan's legal fees with specific descriptions of the work accomplished are attached hereto as Exhibit "A";

WHEREAS Foundation Law Group previously advanced a $10,000 retainer to Mitchell Silberberg & Knupp LLP to secure services of counsel experienced in class action settlement matters;

WHEREAS Foundation Law Group LLP was reimbursed for the $10,000 retainer it had advanced in its January 2017 fee application;

WHEREAS Mitchell Silberberg & Knupp LLP is in the process of returning the retainer in a check made payable to Foundation Law Group LLP, and this returned retainer should serve as an offset/credit to Foundation Law Group LLP's outstanding invoices for legal services;

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees through this Stipulation;

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING JULY 2017

NOW, therefore, the Parties stipulate as follows:

1. Payment of the Plan's legal fees and expenses for the month of June 2017, in the total amount of $13,025.50, shall be made from the funds returned from Mitchell, Silberberg & Knupp, LLP and from the funds held by LPL Financial for the benefit of the Plan, with the specific breakdown of this total amount below;

2. $10,000.00 of the funds returned from Mitchell, Silberberg & Knupp, LLP shall be released from the preliminary injunction [183] and used to satisfy $10,000 of the outstanding invoice submitted by Foundation Law Group LLP;

3. $591.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

4. $1,309.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Pham & Glass;

5. $1,125.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Brucker & Morra, APC.

6. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

7. Payment of attorneys' fees and expenses for the month of July 2017 (per items 2-4 above) shall be made from cash on hand that is held in the name of the Plan.

DATED this 16th day of August, 2017                DATED this 16th day of August, 2017

**MANNING & KASS ELLROD**                          **ENENSTEIN PHAM & GLASS**
**RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons    *Attorneys for*        By: /s/ Robert A. Rabbat
*Plaintiffs*                                       *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

.

...

| | |
|---|---|
| DATED this 16th day of August, 2017 | DATED this 16th day of August, 2017 |
| **LAW OFFICES OF ROBERT W. COHEN, A.P.C.** | **FOUNDATION LAW GROUP LLP** |
| By: : /s/ Robert W. Cohen | By: /s/ Gregg D. Zucker |
| *Attorneys for Plaintiffs* | *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan* |

### ORDER

The stipulation of the parties (ECF No. 716) is GRANTED.

IT IS SO ORDERED.

DATED this 17th day of August, 2017.

*/s/ Howard D. McKibben*
_____
United State District Court Judge

4

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING JULY 2017