**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, KEIKO SUZUKI, PAUL MUSASHI SUZUKI AS TRUSTEE OF THE PAUL MUSASHI SUZUKI IRREVOCABLE TRUST DATED MAY 10, 2013, CATHERINE MAI SUZUKI AS TRUSTEE OF THE CATHERINE MAI SUZUKI IRREVOCABLE TRUST DATED MAY 10, 2013, FIRST HAWAIIAN BANK AS TRUSTEE OF THE JUNZO SUZUKI IRREVOCABLE TRUST UAD 07/12/2013, FIRST HAWAIIAN BANK AS TRUSTEE OF THE KEIKO SUZUKI IRREVOCABLE TRUST UAD 07/12/2013, FIRST HAWAIIAN BANK AS TRUSTEE OF THE JUNZO SUZUKI AND KEIKO SUZUKI IRREVOCABLE LIFE INSURANCE TRUST U/A DTD 5/1/2008, SUZUKI ENTERPRISES INC., SUZUKI ENTERPRISES INC. PROFIT SHARING PLAN, PUUIKENA INVESTMENTS, LLLP, and ICAG, INC., and DOES 1-500,<br><br>　　　　　Defendants. | 2:13-cv-01183-HDM-NJK<br><br>ORDER |

1

First Hawaiian Bank shall file a response to the plaintiffs' application for an order to show cause (ECF No. 721) on or before September 20, 2017.

DATED: This 31st day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE