# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br>ORDER GRANTING<br>**STIPULATION AND [PROPOSED] ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING SEPTEMBER 2017** |

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING SEPTEMBER 2017

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2016, the Court issued its order [550] ("Order re Fees") approving the Stipulation re Payment of Attorneys' Fees [549] ("Stipulation re Fees"), providing a procedure for payment of legal fees and costs from Plan funds that are presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Plan incurred legal fees and costs in September 2017 in the amount of $1,100.50, in connection with: coordinating global settlement discussions, and communications with multiple counsel, Plan fiduciaries and the Court regarding settlement issues;

WHEREAS such fees and costs are payable as follows:

- $952.00 payable to Foundation Law Group LLP, lead counsel for the Plan;
- $148.50 payable to Enenstein Pham & Glass, local counsel for the Plan;

WHEREAS the invoices for the Plan's legal fees with specific descriptions of the work accomplished are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees through this Stipulation;

NOW, therefore, the Parties stipulate as follows:

1. $952.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

2. $148.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Enenstein Pham & Glass;

3. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

4. Payment of attorneys' fees and expenses for the month of September 2017 (per items 1-3 above) shall be made from cash on hand that is held in the name of the Plan.

DATED this 3rd day of October, 2017        DATED this 3rd day of October, 2017

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**        **ENENSTEIN PHAM & GLASS**

By: /s/ James E. Gibbons        By: /s/ Robert A. Rabbat
*Attorneys for Plaintiffs*        *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED this 3rd day of October, 2017        DATED this 3rd day of October, 2017 2017

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**        **FOUNDATION LAW GROUP LLP**

By: : /s/ Robert W. Cohen
   *Attorneys for Plaintiffs*        By: /s/ Gregg D. Zucker
        *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this  11th  day of  October , 2017.

_____
United State District Court Judge

3
STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING AUGUST 2017