JAMES E. GIBBONS (*pro hac vice*)
Cal. State Bar No. 130631
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (*pro hac vice*)
Cal. State Bar No. 150310
MARIKO TAENAKA (*pro hac vice*)
Cal. State Bar No. 273895
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, Individually and On Behalf of All Others Similarity Situated, <br><br> Plaintiff, <br><br> v. <br><br> MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500, <br><br> Defendants. | Case No.: 2:13-cv-01183-HDM-NJK <br> [*Hon. Howard D. McKibben*] <br><br> **DECLARATION OF JUN IGARASHI IN SUPPORT OF MOTION FOR FINAL APPROVAL** |

I, JUN IGARASHI, declare

1. I am a lawyer admitted to practice law in Japan, and a member of and the lead administrator of the MRI Higaisha Bengodan, which serves as the Court-appointed Notice Administrator regarding the settlement with Defendant LVT, Inc., doing business as Sterling Escrow, as set forth in the

1
AFFIDAVIT OF JUN IGARASHI

Settlement Agreement. As the lead administrator, I oversaw the administrative process. I have personal knowledge of the facts stated herein and could testify if called as a witness.

2. The Notice Administrator received one objection from Ms. Mamiko Fujiawara to the Settlement on September 20, 2017. The objection was accompanied by an initial claim form completed by Ms. Fujiwara.

3. A true and correct copy of the objection of Class member Mamiko Fujiwara is attached here as Exhibit A.

4. The objection, which is in Japanese, states that $800,000 to settle the entire matter would be insufficient to recompense all of the thousands of investors. She explains that she made three investments of 1,500,000 yen each, for a total of 4,500,000 yen (approximately $45,000) to Wells Fargo Bank, and questions why Wells Fargo Bank and the state government never investigated MRI. She also states that even if Sterling Escrow does not have money, that is not evidence that MRI lacks assets. She goes on further to claim that Mr. Fujinaga has $1.5 billion in assets, and asks whether his assets have been confiscated. She urges that MRI should be required to disclose where all of the funds were diverted to, and that if these types of fraud cases are not properly addressed, criminals will continue to defraud their victims.

5. On September 20, 2017 after receiving her objection, I telephoned Ms. Fujiwara and explained to her that the $800,000 settlement will only release Sterling Escrow, and that the matter will continue as to the remaining defendants. Ms. Fujiwara explained that she did not really understand that she was issuing a formal objection, but she contacted us because the notice required that complaints should be sent in by September 14, 2017. At the conclusion of our conversation, Ms. Fujiwara stated that she would withdraw her objection. I have not, however, received a formal retraction of her objection.

6. To date, the Notice Administrator has not received a single request for exclusion to the Settlement.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Executed October 24th, 2017 in Tokyo, Japan.

五十嵐 淳

Jun Igarashi

2

AFFIDAVIT OF JUN IGARASHI

# EXHIBIT A

# EXHIBIT A

２０１７年９月１４日

裁判所へ送った和解異議書を送付します。
また第一次請求フォームも同封します。

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　藤原真美子

裁判所様

　原告：タキグチほか、被告ＭＲＩインターナショナルほか事件におけるスターリング・エスクローの和解に異議があります。
なぜなら、なぜスターリング・エスクローとだけの和解になるのかが解かりません。
スターリング・エスクローは資金の通過点に過ぎないのでは？（ウエルスファーゴ銀行から、そこにお金を入れていたというのも怪しいです）
そしてスターリング・エスクローにお金が無かったからといって、ＭＲＩの資金が無かったといえるのでしょうか？
ＭＲＩは事件発覚前まで病院に投資していたのだから病院とかの投資先にあるのではないですか？病院が破綻していて回収が難しいなら州政府は病院の破産処理をしてＭＲＩ投資者に分配してほしいです。病院を破産させるのが難しいなら権利を認めて少しずつでも返してもらいたいです。
私は一口１５０万３口計４５０万出資しました。ウエルスファーゴ銀行に送金したのです。多くの出資者がウエルスファーゴ銀行に送金しています。銀行や州政府はＭＲＩについて調べなかったのですか？
ウェルファーゴ銀行から使途不明金の移動があったそうですが、それについて調べましたか？
あの後、多くのの銀行員が首切りされたとありましたが、なぜですか？不正口座の作成、悪用があったのではないですか？
８７００人から集めた１３６５億円がそんなにすぐになくなるはずありません。（いくらかは投資もせずに無駄に使っても。寄付したといわれるお金も善意によって返してもらえたらと思います。人のいいおとなしい日本人が騙されて困っているのです）
タックスヘブンに設立されたファンドに移されたのではないですか？
フジナガの資産は１５００億あったというのに、資産は全部没収しましたか？
他の共犯者も資産隠しはないですか？
人を騙したお金でぜいたくざんまいして図々しい。牢屋にも入らず年金生活を送れるのは幸せなことです。多くの出資者は普段の生活が狂い苦しんでいます。
私は細々と生活し、安い給料で必死に働かなければならず、（このようなことを十分考える時間もありません）　生活の頼みの綱で投資していたのに、病気になって働けなくなったらどうしようかと思います。
それにしても和解金が８０万ドルでは少な過ぎます。なぜならそこから弁護団料を差し引いて投資者数で分配すると無いに等しいからです。それで終わりなんて恐怖です。それで和解といえるのでしょうか？
また出資者は自分の思い違いによって大金を消失させた自責の念で苦しんでいます。
破綻した病院を立て直したと納得できるような投資金を出資者の権利として認め利益がでたときは出資者に少しでも配当を出すとか、魂の救済処置というものは出来ないのでしょ

うか？時間がかかってもいいので戻してほしい。日本だと金融機関が倒産したら８～６割は戻ります。

ＭＲＩの全てのお金の流れがどこでどうなったかを開示するべきです。そうでないとなぜ８０万ドルしか出てこないのかがわかりません。被害額からいって少な過ぎます。

このような詐欺犯罪をうやむやにしていると悪いことを考える人が図にのって詐欺犯罪が耐えなくなります。（また本当はそんなに心根も悪くない人でも簡単に犯罪に手を染めてしまう環境を作ることになります）

日本でもオレオレ詐欺のような巧妙な詐欺被害が増大しています。

北朝鮮も最初の対応を野放しにしていたから、今や手が付けられず、ミサイルを飛ばし続けます。

能力のある心優しき正義の人達が善良な市民の生活を守ってくれることを願います。

For many reasons
there is too few it for 800000dollars.

9/14/2017                                            Mamiko Fujiwara