**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, AND HIDENAO TAKAMA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>MRI INTERNATIONAL, INC., EDWIN J FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, KEIKO SUZUKI, PAUL MUSASHI SUZUKI AS TRUSTEE OF THE PAUL MUSASHI SUZUKI IRREVOCABLE TRUST DATED MAY 10, 2013, CATHERINE MAI SUZUKI AS TRUSTEE OF THE CATHERINE MAI SUZUKI IRREVOCABLE TRUST DATED MAY 10, 2013, FIRST HAWAIIAN BANK AS TRUSTEE OF THE JUNZO SUZUKI IRREVOCABLE TRUST UAD 07/12/2013, FIRST HAWAIIAN BANK AS TRUSTEE OF THE KEIKO SUZUKI IRREVOCABLE TRUST UAD 07/12/2013, FIRST HAWAIIAN BANK AS TRUSTEE OF THE JUNZO SUZUKI AND KEIKO SUZUKI IRREVOCABLE LIFE INSURANCE TRUST U/A DTD 5/1/2008, SUZUKI ENTERPRISES INC., SUZUKI ENTERPRISES INC. PROFIT SHARING PLAN, PUUIKENA INVESTMENTS, LLLP, and ICAG, INC., and DOES 1-500,<br><br>              Defendants. | 2:13-cv-01183-HDM-NJK<br><br>ORDER |

1

1    Defendant First Hawaiian Bank ("FHB") has moved for leave to

2  file under seal three Suzuki family trust documents and those

3  portions of FHB's opposition to the plaintiffs' order to show cause

4  and FHB's reply to the plaintiffs' response to its motion for

5  attorney's fees that cite provisions of the trust documents.  (ECF

6  Nos. 728, 731 & 738-2).  The Suzuki defendants have designated the

7  trust documents as "highly confidential."  After reviewing the

8  materials FHB and the Suzukis sought to have filed under seal, the

9  court found no reason to seal the documents in their entirety but

10 recognized that they did contain sensitive information, such as

11 birth dates, that should be redacted from any public filing.  The

12 court therefore ordered FHB and/or the Suzukis to show cause with

13 specificity on or before October 26, 2017, why other portions of

14 the trust documents and the pleadings citing the trust documents

15 should be sealed.  Neither FHB nor the Suzukis have filed a

16 response.

17    Accordingly, the motions for leave to file under seal are

18 GRANTED IN PART.  The birthdates contained in the trust documents

19 shall remain under seal.  FHB is accordingly ordered to refile the

20 trust documents (ECF Nos. 729-2 & 732-2 at 6-56), not under seal,

21 with the birth dates redacted.

22

23

24

25

26

27

28

FHB is further ordered to file, not under seal, its unredacted opposition to the application for order to show cause (ECF No,. 732-1) and its unredacted reply to the plaintiffs' response to its motion for attorney's fees (ECF No. 738).

**IT IS SO ORDERED.**

DATED: This 30th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE