JAMES E. GIBBONS (*pro hac vice*)
Cal. State Bar No. 130631
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (*pro hac vice*)
Cal. State Bar No. 150310
MARIKO TAENAKA (*pro hac vice*)
Cal. State Bar No. 273895
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**ORDER AND STIPULATION FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE MOTIONS AS TO DEFENDANT ICAG, INC.** |

1

STIPULATION TO CONTINUE THE DEADLINE FOR DISPOSITIVE MOTIONS
AS TO DEFENDANT ICAG, INC.

Plaintiffs and Defendant ICAG, Inc. submit this stipulation for an order continuing the deadline for dispositive motions.

WHEREAS discovery closed as to Plaintiffs' claims against Defendant ICAG, Inc. on October 23, 2017;

WHEREAS the parties have now agreed to terms of a settlement in this case;

WHEREAS, pursuant to FRCP 56(b) the dispositive motion deadline is 30 days after the close of discovery – i.e. Wednesday November 22, 2017;

WHEREAS in order to save judicial resources and attorneys' fees, the parties have determined that it is in the best interest for the parties to stipulate to a continuance of the dispositive motion deadline so the requisite actions for finalizing the settlement and dismissal of the case through the Court can be accomplished;

NOW, therefore, the Parties jointly move that the Court enter an order providing for:

1. A 30-day continuance of the dispositive motion deadline to Friday December 22, 2017.

Dated: November 9, 2017

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:   /s/ James Gibbons
    JAMES E. GIBBONS
    STEVEN J. RENICK
    Attorneys for Plaintiffs

LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation

By:   /s/ Robert W. Cohen
    ROBERT W. COHEN
    MARIKO TAENAKA
    Attorneys for Plaintiffs

HUTCHISON & STEFFEN, LLC

By:   /s/   Jacob A. Reynolds
    Jacob A. Reynolds
    Attorneys for Defendant ICAG, Inc.

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __November 13, 2017__          _____
                                       United States District Judge

STIPULATION TO CONTINUE THE DEADLINE FOR DISPOSITIVE MOTIONS
AS TO DEFENDANT ICAG, INC.