JAMES E. GIBBONS (*pro hac vice*)
Cal. State Bar No. 130631
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (*pro hac vice*)
Cal. State Bar No. 150310
MARIKO TAENAKA (*pro hac vice*)
Cal. State Bar No. 273895
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES** |

1

WHEREAS, the Court granted final approval of the Settlement Agreement entered into by Plaintiffs and LVT, Inc., dba Sterling Escrow;

WHEREAS, Class Counsel petitioned the Court for an award of attorneys' fees in compensation for the legal services they provided to Plaintiffs and the Class in connection with the prosecution of this action to be paid out of the Settlement Fund; and

WHEREAS, the Court has reviewed the motion for an award of attorneys' fees, and has heard from Class Counsel during the final approval hearing on November 17, 2017, and due consideration having been had thereon.

NOW THEREFORE, it is hereby ordered:

1. Class Counsel is awarded $200,000 as attorneys' fees to be paid from the Settlement Fund created by the settlement with LVT, Inc., dba Sterling Escrow;

2. In making this award of attorneys' fees to be paid from the Settlement Fund, the Court considered and found that:

   a. The settlement with Sterling Escrow created a fund of $800,000 and Class Members who file timely and valid claims will benefit from the settlement reached by Class Counsel;

   b. Notice was disseminated to Class Members stating that Class Counsel would be moving for attorneys' fees equal to 25% of the settlement or $200,000;

   c. The litigation of this action involved complex factual and legal issues and was actively prosecuted since its filing, and absent settlement, this action would have continued to involve complex factual and legal issues;

   d. If Class Counsel had not achieved the settlement with Sterling Escrow, there was a risk of either a smaller or no recovery;

   e. The amount of attorneys' fees awarded from the settlement fund is fair and reasonable.

**IT IS SO ORDERED.**

Date: _____November 17__, 2017

_____
HONORABLE HOWARD D. MCKIBBEN