JAMES E. GIBBONS (*pro hac vice*)
Cal. State Bar No. 130631
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (*pro hac vice*)
Cal. State Bar No. 150310
MARIKO TAENAKA (*pro hac vice*)
Cal. State Bar No. 273895
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br>*Hon. Howard D. McKibben*<br><br>**STIPULATION AND ORDER ADDING CATHERINE SUZUKI AS A PARTY IN HER CAPACITY AS TRUSTEE OF THE JUNZO SUZUKI IRREVOCABLE TRUST, THE KEIKO SUZUKI IRREVOCABLE TRUST, AND THE JUNZO SUZUKI AND KEIKO SUZUKI IRREVOCABLE TRUST** |

1

WHEREAS, Junzo and Paul Suzuki and their affiliated entities and trusts (excepting First Hawaiian Bank), entered into a settlement agreement with plaintiffs on September 20, 2017;

WHEREAS, the parties previously sought First Hawaiian Bank's execution of the settlement;

WHEREAS, on December 6 and 8, 2017, Junzo, Keiko, Catherine (Ishii), and Paul Suzuki removed First Hawaiian Bank as trustee of their three irrevocable trusts and appointed Catherine Suzuki as trustee in its place;

WHEREAS, Catherine Suzuki has executed the settlement as the trustee of (1) the Junzo Suzuki Irrevocable Trust, (2) the Keiko Suzuki Irrevocable Trust, and (3) the Junzo and Keiko Suzuki Irrevocable Trust;

WHEREAS, the addition of Catherine Suzuki as trustee of the trusts will help facilitate Court approval of the class action settlement; and

WHEREAS, Federal Rule of Civil Procedure 21 provides in pertinent part that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party…"

Based on the forgoing, the parties stipulate as follows:

1. That the Court add (1) Catherine Suzuki, trustee of the Junzo Suzuki Irrevocable Trust, (2) Catherine Suzuki, trustee of the Keiko Suzuki Irrevocable Trust, and (3) Catherine Suzuki, trustee of the Junzo and Keiko Suzuki Irrevocable Trust, as defendants to this action.

Dated: December 11, 2017

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ James Gibbons
    JAMES E. GIBBONS
    STEVEN J. RENICK
    Attorneys for Plaintiffs

LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation

By: /s/ Robert W. Cohen
    ROBERT W. COHEN
    MARIKO TAENAKA
    Attorneys for Plaintiffs

PAUL HASTINGS LLP

By: /s/ Nicolas Morgan
NICOLAS MORGAN
Attorneys for Defendant Junzo and Paul Suzuki

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 12, 2017

*Howard D McKibben*

United States District Judge