JAMES E. GIBBONS (pro hac vice)
Cal. State Bar No. 130631
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (pro hac vice)
Cal. State Bar No. 150310
MARIKO TAENAKA (pro hac vice)
Cal. State Bar No. 273895
LAW OFFICES OF ROBERT W. COHEN, A.P.C.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>    Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>    Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING DECEMBER 2017** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2016, the Court issued its order [550] ("Order re Fees") approving the Stipulation re Payment of Attorneys' Fees [549] ("Stipulation re Fees"), providing a procedure for payment of legal fees and costs from Plan funds that are presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Plan incurred legal fees and costs in December 2017 in the amount of $5,890.50, in connection with: coordinating global settlement discussions, and communications with multiple counsel, Plan fiduciaries and the Court regarding settlement issues;

WHEREAS such fees and costs are payable as follows:

- $5,890.50 payable to Foundation Law Group LLP, lead counsel for the Plan;

WHEREAS the invoices for the Plan's legal fees with specific descriptions of the work accomplished are attached hereto as Exhibit "A";

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees through this Stipulation;

NOW, therefore, the Parties stipulate as follows:

1. $5,890.50 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP; and

2. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further application for payment of attorneys' fees and expenses; and

3. Payment of attorneys' fees and expenses for the month of December 2017 shall be made from cash on hand that is held in the name of the Plan.

DATED: December 26, 2017

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons
*Attorneys for Plaintiffs*

DATED: December 26, 2017

**ENENSTEIN PHAM & GLASS**

By: /s/ Robert A. Rabbat
*Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED: December 26, 2017

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**

By: /s/ Robert W. Cohen
*Attorneys for Plaintiffs*

DATED: December 26, 2017

**FOUNDATION LAW GROUP LLP**

By: /s/ Gregg D. Zucker
*Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this  27th  day of   December  , 2017.

_____
United State District Court Judge

STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING DECEMBER 2017

# **CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on December 26, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC., PROFIT SHARING PLAN DURING DECEMBER 2017** via mandatory electronic service via Pacer.  Parties may access this filing through the Court's CM/ECF.

       /s/ Mariko Taenaka
       Mariko Taenaka

# EXHIBIT A



# INVOICE

Invoice # 1961
Date: 12/26/2017

Suzuki Enterprises, Inc. Profit Sharing Plan

## 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

## Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al.

| Type | Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 12/01/2017 | Gregg Zucker | Review stip regarding expert deadline; prepare correspondence to Plaintiffs' counsel regarding same; prepare correspondence to Plaintiffs' counsel regarding status and FHB issues; telephone conference with Plaintiffs' counsel regarding same. | 0.40 | $595.00 | $238.00 |
| Service | 12/04/2017 | Gregg Zucker | Review settlement agreement; strategize regarding same; telephone conferences with Plaintiffs' counsel regarding FHB issues; telephone conference with Mr. Morgan regarding same; review and calendar expert deadline order/revision; correspondence to Ms. Simonetti regarding status of stipulation and settlement issues. | 0.60 | $595.00 | $357.00 |
| Service | 12/05/2017 | Gregg Zucker | Strategize regarding FHB issues; prepare and review numerous correspondence regarding same; telephone conference with FHB regarding resolution of same and timing; telephone conference with plaintiff's counsel regarding same; strategize regarding replacement trustee. | 0.80 | $595.00 | $476.00 |
| Service | 12/06/2017 | Gregg Zucker | Review and revise stipulation regarding FHB issues; review termination of trustee correspondence; correspondence to/from Mr. Morgan regarding same; correspondence to/from Mr. Morgan and Plaintiffs' counsel regarding timing of resolution with FHB and successor trustee issues; telephone conference with Plaintiffs' counsel regarding same; strategize regarding same; telephone conference with Ms. Simonetti regarding | 1.70 | $595.00 | $1,011.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | settlement with FHB; review settlement agreement from same; identify prospective successor trustees; telephone conference with Plaintiffs' counsel regarding same. | | | |
| Service | 12/07/2017 | Gregg Zucker | Prepare and review numerous correspondence regarding FHB issues; strategize regarding same; telephone conferences with Mr. Morgan and Plaintiffs' counsel regarding same; review settlement agreement. | 0.60 | $595.00 | $357.00 |
| Service | 12/08/2017 | Gregg Zucker | Prepare and review numerous correspondence regarding settlement logistics, FHB removal, Bengodan release and preliminary approval motion; strategize regarding same; telephone conferences with FHB, Mr. Morgan and Plaintiffs' counsel regarding same. | 1.90 | $595.00 | $1,130.50 |
| Service | 12/10/2017 | Gregg Zucker | Correspondence to/from FHB and Plaintiffs' counsel regarding resolution of issues with FHB; strategize regarding same. | 0.40 | $595.00 | $238.00 |
| Service | 12/11/2017 | Gregg Zucker | Prepare and review numerous correspondence regarding settlement and FHB issues; review settlement and finalize same; correspondence regarding change to same; strategize regarding same; review trust agreement regarding FHB issues; telephone conference with Plaintiffs' counsel regarding same; review filings regarding preliminary approval motion; correspondence regarding upcoming deadlines for same. | 1.50 | $595.00 | $892.50 |
| Service | 12/12/2017 | Gregg Zucker | Review order setting hearing on Motion for Preliminary Hearing; calendar same; correspondence to/from Plaintiffs' counsel regarding FHB communications; strategize regarding same. | 0.30 | $595.00 | $178.50 |
| Service | 12/13/2017 | Gregg Zucker | Prepare and review correspondence regarding FHB issues and new LPL accounts; telephone conference with Mr. Morgan regarding same. | 0.30 | $595.00 | $178.50 |
| Service | 12/14/2017 | Gregg Zucker | Strategize regarding FHB issues; correspondence to Plaintiffs' counsel regarding same; telephone conference with Plaintiffs' counsel regarding same; correspondence to Mr. Morgan regarding same. | 0.60 | $595.00 | $357.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 12/15/2017 | Gregg Zucker | Prepare and review numerous correspondence regarding FHB, trust account assets, transfer of money to LPL or other institution; strategize regarding same. | 0.30 | $595.00 | $178.50 |
| Service | 12/18/2017 | Gregg Zucker | Telephone conference with Plaintiffs' counsel regarding stipulation with FHB; strategize regarding same. | 0.20 | $595.00 | $119.00 |
| Service | 12/19/2017 | Gregg Zucker | Prepare and review correspondence regarding resolution of issues with FHB and status. | 0.10 | $595.00 | $59.50 |
| Service | 12/20/2017 | Gregg Zucker | Review settlement-related correspondence. | 0.10 | $595.00 | $59.50 |
| Service | 12/21/2017 | Gregg Zucker | Review court filings and order regarding stipulation for settlement with FHB; review correspondence regarding same. | 0.10 | $595.00 | $59.50 |

| | |
|---|---|
| **Subtotal** | **$5,890.50** |
| **Total** | **$5,890.50** |

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | **Total Amount Outstanding** |
|---|---|---|---|
| ( $0.00 | + $5,890.50 ) - ( | $0.00 ) = | **$5,890.50** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1961 | 12/26/2017 | $5,890.50 | $0.00 | $5,890.50 |
| | | | **Outstanding Balance** | **$5,890.50** |
| | | | **Total Amount Outstanding** | **$5,890.50** |

**FLG Chase IOLTA**

Invoice # 1961 - 12/26/2017

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 08/18/2017 | | | 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al. | | $10,000.00 | $10,000.00 |
| 08/21/2017 | | Payment for invoice #1567 | 1043-00001-Suzuki Enterprises, Inc. Profit Sharing Plan/Suzuki Enterprises, Inc. Profit Sharing Plan v. Shige Takiguchi et al. | $10,000.00 | | $0.00 |
| | | | **FLG Chase IOLTA Balance** | | **$0.00** | |

Payment is due upon receipt unless otherwise agreed in writing.

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Foundation Law Group LLP<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071 |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | Chase Bank<br>749 Foothill Blvd.<br>La Canada, CA 91011 |
| **Bank ABA/Routing #:** | 322271627 |
| **Name/Account #:** | Foundation Law Group LLP<br>Account Number- 525388950 |
| **SWIFT:** | CHASUS33 |

Please include the invoice number 1961 as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees assessed by your financial institution.

You may also pay by Chase QuickPay at billing@foundationlaw.com