| | |
|---|---|
| 1 | |
| 2 | JAMES E. GIBBONS (*pro hac vice*)<br>Cal. State Bar No. 130631 |
| 3 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |
| 4 | 801 South Figueroa Street, 15th Floor<br>Los Angeles, CA 90017 |
| 5 | Tel. (213) 624-6900<br>jeg@manningllp.com |
| 6 | ROBERT W. COHEN (*pro hac vice*) |
| 7 | Cal. State Bar No. 150310<br>MARIKO TAENAKA (*pro hac vice*) |
| 8 | Cal. State Bar No. 273895<br>**LAW OFFICES OF ROBERT W. COHEN, A.P.C.** |
| 9 | 1901 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067 |
| 10 | Tel. (310) 282-7586<br>rwc@robertwcohenlaw.com |
| 11 | mt@robertwcohenlaw.com |
| 12 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br>*Hon. Howard D. McKibben*<br><br>**STIPULATION AND ORDER ALLOWING PAYMENT OF DELINQUENT BILLS ASSOCIATED WITH THE SUZUKIS' REAL PROPERTY** |

WHEREAS, on September 18, 2014, the Court entered a preliminary injunction freezing the assets of Defendants Junzo and Paul Musashi Suzuki (the "Suzukis") with an allowance for "normal living expenses and legal fees." Dkt No. 183, at 17.

WHEREAS, Defendants Junzo and Paul Suzuki and their affiliated entities ("Suzuki Defendants") and trusts entered into a Settlement Agreement with Plaintiffs on December 11, 2017;

WHEREAS, the Settlement Agreement provides that the Suzukis will list and sell real property they own and pay 62% of the net proceeds to Plaintiffs;

WHEREAS, the Court preliminarily approved the settlement with the Suzukis by orders dated January 3, 2018 (Dkt. 789) and January 11, 2018 (Dkt.797);

WHEREAS, on January 3, 2018, the Court also granted the parties' stipulation to appoint certain brokers for the sale of real properties (Dkt. 790);

WHEREAS, upon performing due diligence on the properties, the brokers notified the parties of unpaid property taxes, maintenance and homeowner's association fees on most of the properties, totaling $181,017.32 ("Delinquent Bills"). An excel spreadsheet summarizing the unpaid bills and copies of the invoices are attached hereto as Exhibits A and B, respectively;

WHEREAS, the continued failure to pay these taxes and fees may result in the foreclosure of some of the properties;

WHEREAS, Plaintiffs agree to the unfreezing of certain assets for the payment of Delinquent Bills, so long as Plaintiffs are reimbursed for advancing the funds upon the sale of the real properties;

WHERAS, on February 1, 2018, the Court authorized First Hawaiian Bank to transfer funds held on behalf of the Junzo Suzuki Irrevocable Trust to Santander Bank, N.A. (Dkt.799); and

WHEREAS, the court-appointed claims administrator Heffler Claims Group has confirmed its ability to pay the Delinquent Bills out of funds being held at Santander Bank, N.A. on behalf of the Junzo Suzuki Irrevocable Trust;

Based on the forgoing, the parties stipulate as follows:

1. Heffler Claims Group is directed to pay the following Delinquent Bills out of funds in the account designated for the Junzo Suzuki Irrevocable Trust, totaling $181,017.32:

STIPULATION AND ORDER ALLOWING PAYMENT OF DELINQUENT BILLS

a. $75,114.14 payable to MGM Resorts International for unpaid homeowner's association fees for the property located at 145 E. Harmon Ave. Units 27602, 27604, Las Vegas, Nevada 89109;

b. 7,356.60 payable to HVVS Owners Association, Inc. for unpaid homeowner's association fees for a timeshare interest at the Hilton Waikiki Hawaiian Village;

c. $7,923.27 payable to the City and County of Honolulu for unpaid property taxes for the property located at 445 Seaside Ave., Unit 3014, Honolulu, HI 96815;

d. $468.05 payable to Hawaiiana Management for unpaid homeowner's association fees for the property located at 445 Seaside Ave., Unit 3014, Honolulu, HI 96815;

e. $20,235.84 payable to the City and County of Honolulu for unpaid property taxes for the property located at 1550 Hoaaina Street, Honolulu HI 96821;

f. $68,429.77 payable to the City and County of Honolulu for unpaid property taxes for the property located at 398 Puuikena Drive, Honolulu HI 96821; and

g. $1,489.75 payable to Hawaiiana Management for unpaid homeowner's association fees for the property located at 1550 Hoaaina Street, Honolulu HI 96821;

2. Plaintiffs shall be credited for the entire amount of the Delinquent Bills paid. Upon the first sale of real property, Plaintiffs shall first be repaid the entire amount of the Delinquent Bills from the net proceeds of that sale, and then the remaining proceeds from the sale shall be distributed as set forth in paragraph 2.3 of the Settlement Agreement.

Dated: February 2, 2018

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:  /s/ James Gibbons
JAMES E. GIBBONS
STEVEN J. RENICK
Attorneys for Plaintiffs

LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation


By:  /s/ Robert W. Cohen
    ROBERT W. COHEN
    MARIKO TAENAKA
    Attorneys for Plaintiffs


PAUL HASTINGS LLP


By:  /s/ Nicolas Morgan
    NICOLAS MORGAN
    Attorneys for Defendant Junzo and Paul Suzuki


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 5, 2018

_____
United States District Judge