1  JAMES E. GIBBONS (*pro hac vice*)
2  Cal. State Bar No. 130631
   **MANNING & KASS**
3  **ELLROD, RAMIREZ, TRESTER LLP**
   801 South Figueroa Street, 15th Floor
4  Los Angeles, CA 90017
   Tel. (213) 624-6900
5  jeg@manningllp.com

6  ROBERT W. COHEN (*pro hac vice*)
   Cal. State Bar No. 150310
7  MARIKO TAENAKA (*pro hac vice*)
   Cal. State Bar No. 273895
8  **LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
   1901 Avenue of the Stars, Suite 1900
9  Los Angeles, CA 90067
   Tel. (310) 282-7586
10 rwc@robertwcohenlaw.com
   mt@robertwcohenlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br>*Hon. Howard D. McKibben*<br><br>**STIPULATION AND ORDER AUTHORIZING THE SALE OF 145 E. HARMON AVE., UNITS 2702 & 2704** |

Plaintiffs Shige Takiguchi, et al. and Defendants (1) Junzo Suzuki, (2) Paul Suzuki, (3) Keiko Suzuki, (4) Suzuki Enterprises, Inc. Profit Sharing Plan ("the SEI PSP"), (5) Catherine (Ishii) Suzuki, trustee of the Junzo Suzuki Irrevocable Trust, (6) Catherine Suzuki, trustee of the Keiko Suzuki Irrevocable Trust, (7) Catherine Suzuki, trustee of the Junzo Suzuki and Keiko Suzuki Irrevocable Trust, (9) Suzuki Enterprises, Inc., (8) Puuikena Investments LLP, (9) Catherine Suzuki, individually and as trustee of the Catherine Suzuki Irrevocable Trust dated May 10, 2013, (10) Paul Musashi Suzuki, trustee of the Paul Musashi Suzuki Irrevocable Trust dated May 10, 2013 (collectively "the Suzuki Defendants"), submit this stipulation and order authorizing sale of real properties located at 145 E. Harmon Avenue, Units 2702 and 2704, Las Vegas, Nevada 89109.

WHEREAS, on January 3, 2018, this Court preliminarily approved the settlement with the Suzuki Defendants by orders dated January 3, 2018 (Dkt. 789) and January 11, 2018 (Dkt.797);

WHEREAS, on January 3, 2018, the Court also granted the parties' stipulation to appoint certain brokers for the sale of real properties (Dkt. 790);

WHEREAS, pursuant to the Settlement Agreement and the orders of the Court, the Suzuki Defendants retained Heidi Williams of Realty ONE Group on January 22, 2018 and she listed the properties located at 145 E. Harmon Avenue, Units 2702 and 2704, Las Vegas, Nevada 89109 ("Properties") for sale;

WHEREAS, upon reviewing the comparable sales in the area and consulting with Ms. Williams, the parties agreed to list the Properties for $599,888;

WHEREAS, on February 15, 2018 the Suzuki Defendants received an offer to purchase the Properties for $578,888;

WHEREAS, on February 16, 2018, upon discussions with Ms. Williams, the parties agreed to present a counter-offer of $585,000, contingent upon Court approval;

WHEREAS, on February 20, 2018, the potential buyer accepted the counter-offer to purchase the Properties for $585,000;

WHEREAS the parties and Ms. Williams believe that it is a strong offer and is in the best interest of the Parties;

WHEREAS, a copy of the executed Purchase and Sale Agreement is attached hereto as Exhibit A;

and

WHEREAS, a declaration from Ms. Williams is attached hereto as Exhibit B;

Based on the forgoing, the parties stipulate as follows:

1. That the Court authorize the sale of 145 E. Harmon Avenue, Units 2702 and 2704, Las Vegas, Nevada 89109 for $585,000 and pursuant to the terms of the Purchase and Sale Agreement attached hereto as Exhibit A.

Dated: February 20, 2018

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ James Gibbons
    JAMES E. GIBBONS
    STEVEN J. RENICK
    Attorneys for Plaintiffs

LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation

By: /s/ Robert W. Cohen
    ROBERT W. COHEN
    MARIKO TAENAKA
    Attorneys for Plaintiffs

PAUL HASTINGS LLP

By: /s/ Nicolas Morgan
    NICOLAS MORGAN
    Attorneys for Defendant Junzo and Paul Suzuki

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 26, 2018

*Howard D. McKibben*
United States District Judge