# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHIGE TAKIGUCHI, FUMI NONAKA, ) 2:13-cv-01183-HDM-VCF
MITSUAKI TAKITA, TATSURO SAKAI, )
SHIZUKO ISHIMORI, YUKO NAKAMURA, )
MASAAKI MORIYA, HATSUNE HATANO, ) ORDER
and HIDENAO TAKAMA, individually )
and on behalf of all others )
similarly situated, )
)
           Plaintiffs, )
)
vs. )
)
MRI INTERNATIONAL, INC., EDWIN J.
FUJINAGA, JUNZO SUZUKI, PAUL
MUSASHI SUZUKI, LVT, INC., dba
STERLING ESCROW, and, DOES 1-500,

           Defendants.

_____

    On April 17, 2018, the parties filed a stipulation for fourth continuance of deadline to file motion for preliminary approval of class action settlement as to MRI International, Inc. and Edwin Fujinaga (ECF No. 824). Good cause showing, the stipulation is granted.

    IT IS SO ORDERED.

    DATED: This 17th day of April, 2018.

                                */s/ Howard D. McKibben*
                              UNITED STATES DISTRICT JUDGE

1