JAMES E. GIBBONS (pro hac vice)
Cal. State Bar No. 130631
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (pro hac vice)
Cal. State Bar No. 150310
MARIKO TAENAKA (pro hac vice)
Cal. State Bar No. 273895
LAW OFFICES OF ROBERT W. COHEN, A.P.C.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>    Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>    Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**STIPULATION AND ORDER RE PAYMENT OF ATTORNEYS FEES AND COSTS INCURRED BY SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN DURING MAY 2018** |

WHEREAS Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS on December 2, 2016, the Court issued its order [550] ("Order re Fees") approving the Stipulation re Payment of Attorneys' Fees [549] ("Stipulation re Fees"), providing a procedure for payment of legal fees and costs from Plan funds that are presently subject to the preliminary injunction [183] issued by this Court;

WHEREAS the Plan incurred legal fees and costs in May 2018 in the amount of $3,511.00, in connection with: terminating the Plan, and communications with multiple counsel, Plan fiduciaries and the Court regarding settlement issues;

WHEREAS such fees and costs are payable as follows:

- $2,261.00 payable to Foundation Law Group LLP, lead counsel for the Plan; and
- $1,250.00 payable to Brucker & Morra, APC, ERISA counsel;

WHEREAS the invoices for the Plan's legal fees with specific descriptions of the work accomplished are attached hereto as Exhibit "A";

WHEREAS Foundation Law Group LLP and Brucker & Morra, APC have agreed to that any legal work for June 2018 shall not exceed $2,000.00 total;

WHEREAS the Parties have communicated a mutual desire to avoid the necessity of a formal motion for attorneys' fees through this Stipulation;

NOW, therefore, the Parties stipulate as follows:

1. $2,261.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

2. $1,250.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Brucker & Morra, APC;

3. Up to $2,000.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP and Brucker & Morra, APC for legal services they will provide in June 2018;

4. The remaining funds held by LPL Financial for the benefit of the Plan shall remain frozen and subject to the preliminary injunction [183] pending a further Court order; and

5. Payment of attorneys' fees and expenses for the month of May and June 2018 shall be made from cash on hand that is held in the name of the Plan.

DATED: June 5, 2018
**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**
By: /s/ James E. Gibbons
*Attorneys for Plaintiffs*

DATED: June 5, 2018
**ENENSTEIN PHAM & GLASS**
By: /s/ Robert A. Rabbat
*Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED: June 5, 2018
**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**
By:  /s/ Robert W. Cohen
   *Attorneys for Plaintiffs*

DATED: June 5, 2018
**FOUNDATION LAW GROUP LLP**

By: /s/ Gregg D. Zucker
   *Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this  7th  day of   June   , 2018.

_____
United State District Court Judge