JAMES E. GIBBONS (pro hac vice)
Cal. State Bar No. 130631
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (pro hac vice)
Cal. State Bar No. 150310
MARIKO TAENAKA (pro hac vice)
Cal. State Bar No. 273895
LAW OFFICES OF ROBERT W. COHEN, A.P.C.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**STIPULATION AND ORDER RE PAYMENT OF FUNDS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

WHEREAS, plaintiffs Shige Takiguchi, et al. ("Plaintiffs") and (1) Junzo Suzuki, (2) Paul Suzuki, (3) Keiko Suzuki, (4) the Suzuki Enterprises, Inc. Profit Sharing Plan, (5) Catherine Suzuki, trustee of the Junzo Suzuki Irrevocable Trust, (6) Catherine Suzuki, trustee of the Keiko Suzuki Irrevocable Trust, (7) Catherine Suzuki, trustee of the Junzo Suzuki and Keiko Suzuki Irrevocable Trust, (8) Suzuki Enterprises, Inc., (9) Puuikena Investments LLP, (10) Catherine Mai Suzuki, trustee of the Catherine Suzuki Irrevocable Trust dated May 10, 2013, and (11) Paul Musashi Suzuki, trustee of the Paul Musashi Suzuki Irrevocable Trust dated May 10, 2013 (collectively, the "Suzuki Defendants") are collectively referred to herein as the "Parties";

WHEREAS, on December 11, 2017 the Suzuki Defendants entered into a Settlement Agreement with Plaintiffs by which they agreed to pay certain funds and assign certain interests as consideration for resolution this action;

WHEREAS, pursuant to the Settlement Agreement the Suzuki Defendants assigned their interests in the $429,400 deposit they paid for the attempted purchase of Unit 1402 of the One Ala Moana condominium project located at 1555 Kapiolani Blvd., Honolulu, Hawaii 96814 ("One Ala Moana Deposit"); and

WHEREAS, on May 22, 2018 the Court granted final approval of the class action settlement with the Suzuki Defendants (Dkt. 840).

NOW, therefore, the Parties stipulate as follows:

1. Kapiolani Residential, LLC, Title Guaranty Escrow Services, Inc., and any other entity or individual that maintains custody, possession or control of any portion of the One Ala Moana Deposit is ordered to wire transfer the funds in its custody, possession or control to the qualified settlement account designated by Heffler Claims Group within five days from receipt of this order.

Dated: June 22, 2018
    MANNING & KASS
    ELLROD, RAMIREZ, TRESTER LLP

    By:    /s/ James Gibbons
        JAMES E. GIBBONS
        STEVEN J. RENICK
        Attorneys for Plaintiffs

STIPULATION AND ORDER RE PAYMENT OF FUNDS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT

LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation


By:    /s/ Robert W. Cohen
     ROBERT W. COHEN
     MARIKO TAENAKA
     Attorneys for Plaintiffs


PAUL HASTINGS LLP


By:    /s/   Nicolas Morgan
     NICOLAS MORGAN
     Attorneys for Defendant the Suzuki Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 22, 2018

*Howard D. McKibben*
United States District Judge