JAMES E. GIBBONS (pro hac vice)
Cal. State Bar No. 130631
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (pro hac vice)
Cal. State Bar No. 150310
MARIKO TAENAKA (pro hac vice)
Cal. State Bar No. 273895
LAW OFFICES OF ROBERT W. COHEN, A.P.C.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**STIPULATION AND ORDER RE DIRECTING PAYMENT OF FUNDS HELD IN TRUST BY LAW FIRMS AND FINANCIAL INSTITUTIONS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

WHEREAS, plaintiffs Shige Takiguchi, et al. ("Plaintiffs") and (1) Junzo Suzuki, (2) Paul Suzuki, (3) Keiko Suzuki, (4) the Suzuki Enterprises, Inc. Profit Sharing Plan, (5) Catherine Suzuki, trustee of the Junzo Suzuki Irrevocable Trust, (6) Catherine Suzuki, trustee of the Keiko Suzuki Irrevocable Trust, (7) Catherine Suzuki, trustee of the Junzo Suzuki and Keiko Suzuki Irrevocable Trust, (8) Suzuki Enterprises, Inc., (9) Puuikena Investments LLP, (10) Catherine Mai Suzuki, trustee of the Catherine Suzuki Irrevocable Trust dated May 10, 2013, and (11) Paul Musashi Suzuki, trustee of the Paul Musashi Suzuki Irrevocable Trust dated May 10, 2013 (collectively, the "Suzuki Defendants") are collectively referred to herein as the "Parties";

WHEREAS, on December 11, 2017 the Suzuki Defendants entered into a Settlement Agreement with Plaintiffs by which they agreed to pay certain funds held at various financial institutions or attorney trust accounts as consideration for resolution this action;

WHEREAS, on May 22, 2018 the Court granted final approval of the class action settlement with the Suzuki Defendants (Dkt. 840);

WHEREAS, pursuant to the Settlement Agreement the following entities are required towire transfer the entire balances from the accounts designated below to the Court appointed claims administrator, Heffler Claims Group to be held in a qualified settlement fund:

1. The entire balance held in trust by Damon Key Leong Kupchak Hastert for the benefit of Junzo Suzuki, Keiko Suzuki, Paul Suzuki, Catherine Suzuki, Suzuki Enterprises, Inc., or Puuikena Investments LLLP;

2. The entire balance held in trust by McDonald Carano LLP for the benefit of Junzo Suzuki, Keiko Suzuki, Paul Suzuki, Catherine Suzuki, Suzuki Enterprises, Inc., or Puuikena Investments LLLP;

3. The entire balance of account number xx-xx3072 at First Hawaiian Bank in the name of Junzo and Keiko Suzuki;

4. The entire balance of account number xx-xx3746 at First Hawaiian Bank in the name of Suzuki Enterprises, Inc.;

STIPULATION AND ORDER RE PAYMENT OF FUNDS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT

5. The entire balance of account number xxx-x1J26 at Merrill Edge Wealth Management (Bank of America, N.A.) in the name of Junzo Suzuki Trustee U/A DTD 08/19/20013;

6. The entire balance of account number xxx-x1J27 held at Merrill Edge Wealth Management (Bank of America, N.A.) in the name of Keiko Suzuki Trustee U/A DTD 08/19/20013;

7. The entire balance of account number xxxx-xxxx-3467 held at Bank of America, N.A. in the name of Junzo Suzuki and Keiko Suzuki;

NOW, therefore, the Parties stipulate as follows:

1. Damon Key Leong Kupchak Hastert is ordered to wire transfer the entire balance it holds in trust for the benefit of Junzo Suzuki, Keiko Suzuki, Paul Suzuki, Catherine Suzuki, Suzuki Enterprises, Inc., or Puuikena Investments LLLP to the qualified settlement account designated by Heffler Claims Group;

2. McDonald Carano LLP is ordered to wire transfer $22,912.62 it holds in trust for the benefit of Junzo Suzuki, Keiko Suzuki, Paul Suzuki, Catherine Suzuki, Suzuki Enterprises, Inc., or Puuikena Investments LLLP to the qualified settlement account designated by Heffler Claims Group. The remaining balance of $20,294.20 that McDonald Carano LLP holds in trust shall be retained by them for the payment of outstanding legal expenses owed by the Suzuki Defendants. In order to make up for the funds being retained by McDonald Carano LLP, $20,294.20 shall be credited to Plaintiffs from the excess funds from the irrevocable trust accounts in the name of Junzo Suzuki and/or Keiko Suzuki, which are already in the custody of Heffler Claims Group;

3. First Hawaii Bank is ordered to wire transfer the entire balance in account number xx-xx3072 held in the name of Junzo and Keiko Suzuki to the qualified settlement account designated by Heffler Claims Group;

STIPULATION AND ORDER RE PAYMENT OF FUNDS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT

4. First Hawaii Bank is ordered to wire transfer the entire balance in account number xx-xx3746 at First Hawaiian Bank held in the name of Suzuki Enterprises, Inc. to the qualified settlement account designated by Heffler Claims Group;

5. Merrill Edge Wealth Management (Bank of America, N.A.) is ordered to wire transfer the entire balance in account number xxx-x1J26 held in the name of Junzo Suzuki Trustee U/A DTD 08/19/20013 to the qualified settlement account designated by Heffler Claims Group;

6. Merrill Edge Wealth Management (Bank of America, N.A.) is ordered to wire transfer the entire balance in account number xxx-x1J27 in the name of Keiko Suzuki Trustee U/A DTD 08/19/20013 to the qualified settlement account designated by Heffler Claims Group; and

7. Bank of America, N.A. is ordered to wire transfer the entire balance in account number xxxx-xxxx-3467 at Bank of America, N.A. held in the name of Junzo Suzuki and Keiko Suzuki to the qualified settlement account designated by Heffler Claims Group.

Dated: June 22, 2018

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:   /s/ James Gibbons
      JAMES E. GIBBONS
      STEVEN J. RENICK
      Attorneys for Plaintiffs


LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation


By:   /s/ Robert W. Cohen
      ROBERT W. COHEN
      MARIKO TAENAKA
      Attorneys for Plaintiffs

STIPULATION AND ORDER RE PAYMENT OF FUNDS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PAUL HASTINGS LLP


                                    By:    /s/    Nicolas Morgan
                                           NICOLAS MORGAN
                                           Attorneys for Defendant the Suzuki
                                           Defendants

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this 22nd day of June, 2018.

*[signature: Howard D. McKibben]*
_____
United State District Court Judge