JAMES E. GIBBONS (pro hac vice)
Cal. State Bar No. 130631
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (pro hac vice)
Cal. State Bar No. 150310
MARIKO TAENAKA (pro hac vice)
Cal. State Bar No. 273895
LAW OFFICES OF ROBERT W. COHEN, A.P.C.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>               Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>               Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**STIPULATION AND ORDER RE PAYMENT OF SUZUKI ENTERPRISES, INC. PROFIT SHARING PLAN FUNDS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

WHEREAS, Defendant Suzuki Enterprises, Inc. Profit Sharing Plan (the "Plan") and Plaintiffs are collectively referred to herein as the "Parties";

WHEREAS, on December 11, 2017 the Plan entered into a Settlement Agreement with Plaintiffs by which it agreed to pay $5,000,000, plus 62% of any amount in excess of the $5,000,000 as consideration for resolution this action ("Settlement Proceeds");

WHEREAS, pursuant to the Settlement Agreement, 38% of any amount exceeding $5,000,000 shall be paid to an account designated by Junzo Suzuki;

WHEREAS, the Settlement Agreement provides for specific instructions on the method of payment of the Settlement Proceeds and for termination of the Plan upon payment of the Settlement Proceeds;

WHEREAS, on May 22, 2018 the Court granted final approval of the class action settlement (Dkt. 840);

WHEREAS, the Plan's current account balance, held by LPL Financial LLC ("LPL") for the benefit of the Plan, is $5,058,371.82;

WHEREAS, the Plan's account balance may increase or decrease at the time LPL actually transfers the funds as a result of market fluctuation;

WHEREAS, the Court has already approved the payment of up to $2,000 in attorneys' fees for legal expenses incurred in June 2018 (Dkt. 847);

WHEREAS the attorneys' fees for legal expenses incurred by the Plan in June 2018 are payable as follows:

- $595.00 payable to Foundation Law Group LLP; and
- $375.00 payable to Brucker & Morra, APC;

WHEREAS the invoices for the Plan's legal fees with specific descriptions of the work accomplished are attached hereto as Exhibit "A";

NOW, therefore, the Parties stipulate as follows:

1. $595.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Foundation Law Group LLP;

2. $375.00 of the funds held by LPL Financial for the benefit of the Plan shall be unfrozen and released from the preliminary injunction [183] and paid to Brucker & Morra, APC;

3. After payment of legal fees to Foundation Law Group LLP and Brucker & Morra, APC, within 5 days of this order, LPL is hereby ordered to disburse the entire balance of LPL Account No. XXXX-6536, held by LPL for the benefit of the Plan to the Marshall Suzuki Law Group Client Trust Account.

4. Within 5 days from confirmation of the funds, Marshall Suzuki Law Group shall pay Heffler Claims Group the Settlement Proceeds of Five Million Dollars ($5,000,000) plus 62% of any amount exceeding $5,000,000.

5. Marshall Suzuki Law Group shall pay the remainder of the funds, i.e. 38% of any amount exceeding $5,000,000, at the direction of Junzo Suzuki.

6. The Plan shall be terminated as of June 30, 2018.

DATED: June 25, 2018

**MANNING & KASS ELLROD RAMIREZ, TRESTER LLP**

By: /s/ James E. Gibbons
*Attorneys for Plaintiffs*

DATED: June 25, 2018

**ENENSTEIN PHAM & GLASS**

By: /s/ Robert A. Rabbat
*Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

DATED: June 25, 2018

**LAW OFFICES OF ROBERT W. COHEN, A.P.C.**

By: /s/ Robert W. Cohen
*Attorneys for Plaintiffs*

DATED: June 25, 2018

**FOUNDATION LAW GROUP LLP**

By: /s/ Gregg D. Zucker
*Attorneys for Suzuki Enterprises, Inc., Profit Sharing Plan*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this 29th day of June, 2018.

_____
United State District Court Judge