JAMES E. GIBBONS (pro hac vice)
Cal. State Bar No. 130631
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Tel. (213) 624-6900
jeg@manningllp.com

ROBERT W. COHEN (pro hac vice)
Cal. State Bar No. 150310
MARIKO TAENAKA (pro hac vice)
Cal. State Bar No. 273895
LAW OFFICES OF ROBERT W. COHEN, A.P.C.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel. (310) 282-7586
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, et. al, Individually and On Behalf of All Others Similarity Situated,<br><br>Plaintiffs,<br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No.: 2:13-cv-01183-HDM-NJK<br><br>**STIPULATION AND ORDER RE LIQUIDATION OF LIFE INSURANCE POLICY AND PAYMENT OF FUNDS PURSUANT TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

WHEREAS, plaintiffs Shige Takiguchi, et al. ("Plaintiffs") and (1) Junzo Suzuki, (2) Paul Suzuki, (3) Keiko Suzuki, (4) the Suzuki Enterprises, Inc. Profit Sharing Plan, (5) Catherine Suzuki, trustee of the Junzo Suzuki Irrevocable Trust, (6) Catherine Suzuki, trustee of the Keiko Suzuki Irrevocable Trust, (7) Catherine Suzuki, trustee of the Junzo Suzuki and Keiko Suzuki Irrevocable Trust, (8) Suzuki Enterprises, Inc., (9) Puuikena Investments LLP, (10) Catherine Mai Suzuki, trustee of the Catherine Suzuki Irrevocable Trust dated May 10, 2013, and (11) Paul Musashi Suzuki, trustee of the Paul Musashi Suzuki Irrevocable Trust dated May 10, 2013 (collectively, the "Suzuki Defendants") are collectively referred to herein as the "Parties";

WHEREAS, on December 11, 2017 the Suzuki Defendants entered into a Settlement Agreement with Plaintiffs by which they agreed to surrender and liquidate certain life insurance policies and pay the surrender value to Plaintiffs as consideration for resolution this action;

WHEREAS, on May 22, 2018 the Court granted final approval of the class action settlement with the Suzuki Defendants (Dkt. 840);

WHEREAS, pursuant to the Settlement Agreement, the life insurance policy, Pacific Guardian Life Policy No. 0007005184 owned by Keiko Suzuki shall be surrendered by the Suzuki Defendants and liquidated, with the entire surrender proceeds wire transferred to the Court appointed claims administrator, Heffler Claims Group.

WHEREAS, as of June 22, 2018, this Court's preliminary injunction order (Dkt. 183) freezing the assets of the Suzuki Defendants is permanently lifted and vacated;

NOW, therefore, the Parties stipulate as follows:

1. Pacific Guardian Life is ordered to process the surrender of Policy No. 0007005184 owned by Keiko Suzuki, and transfer the entire surrender value to the qualified settlement account designated by Heffler Claims Group; and
2. The Suzuki Defendants are ordered to reasonably cooperate with Plaintiffs and the life insurance policy issuers as necessary in effectuating the surrender of the above policies.

Dated: August 3, 2018

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ James Gibbons
JAMES E. GIBBONS
STEVEN J. RENICK
Attorneys for Plaintiffs

LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation

By: /s/ Robert W. Cohen
ROBERT W. COHEN
MARIKO TAENAKA
Attorneys for Plaintiffs

PAUL HASTINGS LLP

By: /s/ Nicolas Morgan
NICOLAS MORGAN
Attorneys for Defendant the Suzuki Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 6, 2018

_____
United States District Judge