REX D. GARNER (Nevada Bar No. 9401)
rex.garner@akerman.com
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
T: +1 702 634 5000
F: +1 702 380 8572

LISA M. SIMONETTI (*Admitted Pro Hac Vice*)
lsimonetti@vedderprice.com
CHRISTOPHER R. RAMOS (*Admitted Pro Hac Vice*)
cramos@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

*Attorneys for Defendant*
*First Hawaiian Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIGE TAKIGUCHI, FUMI NONAKA, MITSUAKI TAKITA, TATSURO SAKAI, SHIZUKO ISHIMORI, YUKO NAKAMURA, MASAAKI MORIYA, HATSUNE HATANO, and HIDENAO TAKAMA, individually and on behalf of all others similarity situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRI INTERNATIONAL, INC., EDWIN J. FUJINAGA, JUNZO SUZUKI, PAUL MUSASHI SUZUKI, LVT, INC., dba STERLING ESCROW, and DOES 1-500,<br><br>Defendants. | Case No. 2:13-cv-01183-HDM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Howard D. McKibben |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

STIP. & ORDER OF DISMISSAL
2:13-CV-01183-HDM-NJK

LOS_ANGELES/#42089

## **STIPULATION**

Plaintiffs Shige Takiguchi, Fumi Nonaka, Mitsuaki Takita, Tatsuro Sakai, Shizuko Ishimori, Yuko Nakamura, Masaaki Moriya, Hatsune Hatano and Hidenao Takama (collectively, "Plaintiffs") and defendant First Hawaiian Bank ("FHB"), as former trustee of the Junzo Suzuki Irrevocable Trust UAD 07/12/2013, former trustee of the Keiko Suzuki Irrevocable Trust UA 07/12/2013 and former trustee of the Junzo and Keiko Suzuki Irrevocable Life Insurance Trust U/A DTD 05/01/2008, stipulate and agree as follows:

Pursuant to an Agreement of Settlement and Release entered into by Plaintiffs and FHB (together, the "Parties"), any and all claims asserted by Plaintiffs against FHB in this action have been resolved. (*See* ECF #791.) ACCORDINGLY, it is hereby STIPULATED and AGREED by the Parties that this action should be dismissed as to FHB, with prejudice.

/ / /

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

- 2 -

STIP. & ORDER OF DISMISSAL
2:13-CV-01183-HDM-NJK

LOS_ANGELES/#42089

SO STIPULATED.

Dated: September 27, 2018
VEDDER PRICE (CA), LLP

By: */s/ Lisa M. Simonetti*
    Lisa M. Simonetti

*Attorneys for Defendant
First Hawaiian Bank*

Dated: September 27, 2018
MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

By: */s/ James Gibbons*
    James Gibbons (admitted *pro hac vice*)
    801 South Figueroa Street, 15th Floor
    Los Angeles, CA 90017
    Telephone:   (213) 624-6900
    Email: jeg@manningllp.com

Dated: September 27, 2018
LAW OFFICES OF ROBERT W. COHEN, A.P.C.

By: */s/ Robert W. Cohen*
    Robert W. Cohen (admitted *pro hac* vice)
    Mariko Taenaka (admitted *pro hac vice*)
    1901 Avenue of the Stars, Suite 1900
    Los Angeles, CA 90067
    Telephone:   (310) 282-7586
    Email:   rwc@robertwcohenlaw.com

*Attorneys for Plaintiffs*

### ORDER

Pursuant to the Stipulation, IT IS SO ORDERED. This action is DISMISSED WITH PREJUDICE as against defendant First Hawaiian Bank.

Dated: _____

    HON. HOWARD D. MCKIBBEN
    UNITED STATES DISTRICT JUDGE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

STIP. & ORDER OF DISMISSAL
2:13-CV-01183-HDM-NJK

LOS_ANGELES/#42089

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically filed the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** with the United States District Court, District of Nevada, through the CM/ECF system.

                                            /s/ *Lisa M. Simonetti*
                                              Lisa M. Simonetti

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

STIP. & ORDER OF DISMISSAL
2:13-CV-01183-HDM-NJK

LOS_ANGELES/#42089